### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURA HETTINGER,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BOZZUTO MANAGEMENT COMPANY,**<br><br>*Defendant.* | **Case No. 1:23-cv-03687-JEB** |

### JOINT STATUS REPORT

Plaintiff Laura Hettinger and Defendant Bozzuto Management Company, pursuant to the Court's Order of September 9, 2024, submit this Joint Status Report. The Parties have continued to make progress on written discovery and document production. Defendant has made an additional document production on October 23, 2024, and has provided written responses to Plaintiff's First Set of Requests for Production of Documents and First Set of Interrogatories. Concurrently with this Joint Status Report, Defendant will be filing a Motion for Leave to File Third-Party Complaint against Conservice, LLC, an entity with which Defendant contracts for utility billing and utility management services.  Plaintiff takes no position on that motion.

The Parties may require the Court's guidance with respect to certain discovery issues in the near future. The Parties propose that they meet-and-confer to narrow the scope of their disputes and submit a joint status report to update the Court on any discovery disputes that require Court resolution by December 6, 2024. Given these pending disputes, the Parties continue to believe that settlement negotiations are premature. A proposed order is attached.

Respectfully submitted,

| | |
|---|---|
| */s/ Randolph T. Chen* | */s/ Joe Dugan* |
| F. Peter Silva II (DC Bar No. 1010483) | James D. Bragdon (Bar No. 1017743) |
| *psilva@tzlegal.com* | Christina F. Araviakis (Bar No. MD0203) |
| **TYCKO & ZAVAREEI LLP** | Joe Dugan (*pro hac vice*) |
| 2000 Pennsylvania Ave., NW, Suite 1010 | **GALLAGHER EVELIUS & JONES LLP** |
| Washington, District of Columbia 20006 | 218 North Charles St., Suite 400 |
| Telephone: (202) 973-0900 | Baltimore, MD 21201 |
| Facsimile: (202) 973-0950 | Telephone: (410) 727-7702 |
| | Fax: (410) 468-2786 |
| Jason S. Rathod (DC Bar No. 100082) | jbragdon@gejlaw.com |
| Nicholas A. Migliaccio (DC Bar No. 484366) | caraviakis@gejlaw.com |
| Randolph T. Chen (DC Bar No. 1032644) | jdugan@gejlaw.com |
| **MIGLIACCIO & RATHOD LLP** | |
| 412 H Street NE | *Attorneys for Defendant* |
| Washington DC 20002 | *Bozzuto Management Company* |
| Office: (202) 470-3520 | |
| Fax: (202) 800-2730 | |
| jrathod@classlawdc.com | |
| nmigliaccio@classlawdc.com | |

*Counsel for Plaintiff*
*Laura Hettinger and the Putative Classes*

November 8, 2024