IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAURA HETTINGER, <br><br> *Plaintiff,* <br><br> v. <br><br> BOZZUTO MANAGEMENT COMPANY, <br><br> *Defendant.* | Case No. 1:23-cv-03687-JEB |

~~PLAINTIFF'S PROPOSED~~ ORDER

Upon consideration of the Parties' Joint Status Report and the entire record, it is:

**ORDERED** that the Parties file a Joint Status Report by ~~December 20, 2024~~ Jan. 3, 2025, about the status of discovery. The Joint Status Report should document concrete compromise proposals advanced by the Parties as to the Utility Fee Data and Per-Gallon Rate Data disputes referenced in the December 6, 2024 Joint Status Report, the Parties' respective responses, and whether Court intervention is necessary.

**SO ORDERED.**

Dated: 12/9/24

/s/
THE HONORABLE JAMES E. BOASBERG
Judge, United States District Court
for the District of Columbia