# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURA HETTINGER,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BOZZUTO MANAGEMENT COMPANY,**<br><br>*Defendant/Third-Party Plaintiff.* | |
| **BOZZUTO MANAGEMENT COMPANY,**<br><br>*Defendant/Third-Party Plaintiff,*<br><br>v.<br><br>**CONSERVICE, LLC,**<br><br>*Third Party Defendant.* | Case No. JEB-23-3687 |

**DEFENDANT BOZZUTO MANAGEMENT COMPANY'S SECOND MOTION FOR EXTENSION OF TIME FOR THIRD-PARTY DEFENDANT CONSERVICE, LLC TO RESPOND TO THIRD-PARTY COMPLAINT**

Defendant Bozzuto Management Company ("Bozzuto") respectfully moves, with the consent of Third-Party Defendant Conservice, LLC ("Conservice"), for a further extension of time for Conservice to respond to Bozzuto's Third-Party Complaint, and for its motion states as follows:

1. On November 8, 2024, Bozzuto moved for leave to file a Third-Party Complaint against Conservice [ECF No. 34]. The Court granted that motion on November 12, 2024, and the Third-Party Complaint was docketed that same day [ECF No. 35].

918166

2.	On November 15, 2024, Bozzuto filed a waiver of service executed by Conservice [ECF No. 37], which resulted in a deadline of January 13, 2025 for Conservice to answer or otherwise respond to the Third-Party Complaint.

3.	On January 7, 2025, Bozzuto moved for a 30-day extension on Conservice's response to the Third-Party Complaint [ECF No. 43]. The Court granted that motion in a January 8, 2025 Minute Order, extending Conservice's response date to February 12, 2025.

4.	Since that time, Bozzuto and Conservice have continued discussing whether an out-of-court agreement could be reached that might obviate the need for the Third-Party Complaint.

5.	These discussions have been productive and are ongoing.

6.	To facilitate these ongoing discussions, Bozzuto and Conservice have agreed that it would be preferable to defer Conservice's deadline to answer or otherwise respond to the Third-Party Complaint by another thirty days.

7.	The proposed extension would not prejudice any party, and in particular would have no impact on Plaintiff, as Plaintiff has not asserted claims against Conservice.

WHEREFORE, Bozzuto respectfully requests that the Court extend the deadline for Conservice to respond to Bozzuto's Third-Party Complaint by thirty days, to and including March 14, 2025.

918166

3

                                        Respectfully submitted,

**GALLAGHER EVELIUS & JONES LLP**

        */s/ Joe Dugan*
Joe Dugan (*pro hac vice*)
James D. Bragdon (Bar No. 1017743)
Christina F. Araviakis (Bar No. MD0203)
218 North Charles St., Suite 400
Baltimore, MD  21201
Telephone: (410) 727-7702
Fax: (410) 468-2786
jbragdon@gejlaw.com
caraviakis@gejlaw.com

*Attorneys for Defendant*
*Bozzuto Management Company*

February 10, 2025