IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LAURA HETTINGER,** *Plaintiff,* v. **BOZZUTO MANAGEMENT COMPANY,** *Defendant/Third-Party Plaintiff.* | |
| **BOZZUTO MANAGEMENT COMPANY,** *Defendant/Third-Party Plaintiff,* v. **CONSERVICE, LLC,** *Third Party Defendant.* | Case No. JEB-23-3687 |

**DEFENDANT BOZZUTO MANAGEMENT COMPANY'S NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Defendant Bozzuto Management Company hereby dismisses its Third-Party Complaint against Conservice, LLC [ECF No. 35] without prejudice.

925763

2

                                                               Respectfully submitted,

                                                               **GALLAGHER EVELIUS & JONES LLP**

                                                                      */s/ Joe Dugan*
Joe Dugan (*pro hac vice*)
James D. Bragdon (Bar No. 1017743)
Christina F. Araviakis (Bar No. MD0203)
218 North Charles St., Suite 400
Baltimore, MD  21201
Telephone: (410) 727-7702
Fax: (410) 468-2786
jbragdon@gejlaw.com
caraviakis@gejlaw.com

*Attorneys for Defendant*
*Bozzuto Management Company*

March 26, 2025

925763