**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

LAURA HETTINGER,

*Plaintiff,*

v.

BOZZUTO MANAGEMENT COMPANY,

*Defendant.*

Case No. 1:23-cv-03687-JEB

**ORAL HEARING REQUESTED**

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT AS CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

Plaintiff Laura Hettinger moves this Court for an Order certifying this action as a class action under Federal Rules of Civil Procedure 23(a), (b)(2), and (b)(3), appointing Ms. Hettinger as the representative of the class, and appointing Ms. Hettinger's counsel as counsel for the class pursuant to Federal Rule of Civil Procedure 23(g). Ms. Hettinger seeks certification of two classes:

> **Drip-Pricing Class:** All current and former residential tenants at a Bozzuto-managed property who filed a rental application while Bozzuto managed that property and who were charged or paid a Service Fee or variable utility charges between December 5, 2020, and August 27, 2025.
>
> **Overcharge Class**: All current and former residential tenants of the Properties at a Bozzuto-managed property in the District of Columbia who were charged or paid a per-1,000 gallon rate for water or sewer service greater than the lawfully established regulatory cap at any point since December 5, 2020.

Ms. Hettinger makes this motion on the ground that the numerosity, commonality, typicality, and adequacy requirements of Fed. R. Civ. P. 23(a) are met. Ms. Hettinger also makes this motion on the ground that questions of law and fact common to the class predominate over any questions affecting individual members, and a class action is the superior method for

adjudicating the disputes, satisfying the requirements of Fed. R. Civ. P. 23(b)(3). Finally, Ms. Hettinger makes this motion because Bozzuto "has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole" as required under Fed. R. Civ. P. 23(b)(2).

Ms. Hettinger bases the motion on the following documents: this Motion; the accompanying Memorandum in Support of Ms. Hettinger's Motion, which is being filed contemporaneously with this Motion; the Declarations of F. Peter Silva II and all exhibits thereto; the expert reports Dr. Keith Wilcox and Arthur Olsen, and all exhibits thereto; the pleadings, record, and other filings in this case; and any other matters the Court may consider. Ms. Hettinger requests the opportunity to present oral argument if the Court would find it useful.

For these reasons, Ms. Hettinger respectfully requests that this Court grant this Motion and enter an order:

(1) certifying this action as a class action and certifying the proposed classes;

(2) appointing Ms. Hettinger class representative;

(3) appointing Hassan Zavareei and F. Peter Silva II of Tycko & Zavareei LLP and Jason Rathod, Nicholas Migliaccio, and Randolph Chen of Migliaccio & Rathod LLP as Class Counsel;

(4) requiring Defendant Bozzuto Management Company ("Bozzuto") to bear the cost of class notice as Bozzuto's liability under Subcount A has already been determined;

(5) directing the parties to confer and submit a joint scheduling order within 14 days;

(6) requiring Bozzuto to produce Class Member information sufficient to provide class certification notice within 21 days; and,

(7) directing Ms. Hettinger to submit a proposed notice plan within 30 days of receiving Class Members' information from Bozzuto.

Respectfully submitted,

Date: December 5, 2025

*F. Peter Silva II*

F. Peter Silva II (DC Bar No. 1010483)
Hassan A. Zavareei (DC Bar No. 456161)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave., NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*psilva@tzlegal.com*

Randolph T. Chen (DC Bar No. 1032644)
Jason S. Rathod (DC Bar No. 100082)
Nicholas A. Migliaccio (DC Bar No. 484366)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington DC 20002
Office: (202) 470-3520
Fax: (202) 800-2730
rchen@classlawdc.com
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Counsel for Plaintiff Laura Hettinger and the Putative Classes*

**LOCAL CIVIL RULE 7(m) STATEMENT**

Counsel for Plaintiff conferred with counsel for Defendant prior to filing. Counsel for Defendant indicated that Defendant does not consent to the relief sought in this motion.

*F. Peter Silva II*
F. Peter Silva II