**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAURA HETTINGER,<br><br>*Plaintiff,*<br><br>v.<br><br>BOZZUTO MANAGEMENT COMPANY,<br><br>*Defendant.* | Case No. 1:23-cv-03687-JEB |

**DECLARATION OF F. PETER SILVA II IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, APPOINTMENT AS CLASS REPRESENTATIVE, AND APPOINTMENT OF CLASS COUNSEL**

I, F. Peter Silva II, do hereby declare as follows:

1. I am Of Counsel at the law firm of Tycko & Zavareei and counsel of record for Plaintiff Laura Hettinger ("Plaintiff") in the above-captioned case. I submit this declaration in support of Plaintiff's Motion for Class Certification, Appointment as Class Representative, and Appointment of Class Counsel. I make this declaration based on my personal knowledge and the records of my law firm. If called upon to do so, I could and would testify competently to the matters set forth herein.

2. Attached hereto as **EXHIBIT 1** is a spreadsheet identifying the properties managed by Bozzuto Management Company ("Bozzuto") in the District of Columbia and providing a summary table of form documents produced, with citations to each property's produced application form, website, pricing sheet, and lease. This spreadsheet summarizes information produced by Bozzuto in discovery.

3. Attached hereto as **EXHIBIT 2** is a true and correct copy of Ms. Hettinger's rental application to the Novel South Capitol building, produced by Bozzuto in discovery as Bozzuto002745-2748.

4. Attached hereto as **EXHIBIT 3** is a true and correct copy of screenshots depicting the Novel South Capitol building websites, produced by Bozzuto in discovery as Bozzuto003303-3316. This document was stamped as Exhibit 12 to the deposition of Bozzuto's Rule 30(b)(6) witness, Alexa Sclavounos.

5. Attached hereto as **EXHIBIT 4** is a true and correct copy of the pricing sheet for the Novel South Capitol building, produced by Bozzuto in discovery as Bozzuto002744. This document was stamped as Exhibit 2 to the deposition of Alexa Sclavounos.

6. Attached hereto as **EXHIBIT 5** is a true and correct copy of Ms. Hettinger's rental lease at the Novel South Capitol building, produced by Bozzuto in discovery as Bozzuto002757-2826.

7. Attached hereto as **EXHIBIT 6** is a spreadsheet identifying properties managed by Bozzuto where tenants were charged water and/or sewer rates exceeding the regulatory cap based on a sampling of bills produced by Bozzuto in discovery.

8. Attached hereto as **EXHIBIT 7** is a true and correct copy of the D.C. Water and Sewer Authority Consumer Bill of Rights.

9. Attached hereto as **EXHIBIT 8** is a true and correct copy of excerpts from the deposition transcript of Alexa Sclavounos.

10. Attached hereto as **EXHIBIT 9** is a true and correct copy of excerpts from the deposition transcript of Laura Hettinger.

11. Attached hereto as **EXHIBIT 10** is a true and correct copy of Tycko & Zavareei LLP's firm resume, which includes Ms. Hettinger's counsel's credentials.

12. Attached hereto as **EXHIBIT 11** is a true and correct copy of Migliaccio & Rathod LLP's firm resume, which includes Ms. Hettinger's counsel's credentials.

13. Attached hereto as **EXHIBIT 12** is a true and correct copy of the Expert Report of Keith Wilcox in Support of Ms. Hettinger's Motion for Class Certification.

14. Attached hereto as **EXHIBIT 13** is a true and correct copy of the document produced by Bozzuto in discovery as Bozzuto008326–8334.

15. Attached hereto as **EXHIBIT 14** is a true and correct copy of the document produced by Bozzuto in discovery as Bozzuto008268–8272.

16. Attached hereto as **EXHIBIT 15** is a true and correct copy of the document produced by Bozzuto in discovery as Bozzuto013424–13426.

17. Attached hereto as **EXHIBIT 16** is a true and correct copy of the Expert Report of Arthur Olsen in Support of Ms. Hettinger's Motion for Class Certification.

18. Attached hereto as **EXHIBIT 17** is a true and correct copy of Ms. Hettinger's ledger of payments made to Bozzuto, produced by Bozzuto in discovery as Bozzuto002827–2829.

19. Attached hereto as **EXHIBIT 18** is a true and correct copy of the transcript of the discovery hearing held in this case on September 12, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on this 5th day of December, 2025 in Chula Vista, California.

*<u>/s/ F. Peter Silva II</u>*

F. Peter Silva II (DC Bar No. 1010483)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave., NW, Suite 1010
Washington, D.C. 20006
Tel.: (202) 973-0900
Fax: (202) 973-0950
psilva@tzlegal.com

*Counsel for Plaintiff Laura Hettinger and the Putative Classes*