# EXHIBIT 1

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Information Summarized from Form Documents: Lease, Website, Rental Application, Pricing Sheet Admissible under Fed. R. Evid. 1006** | | | | | | | | | | | **Information Summarized from BOZZUTO043556-043558** | | | |
| 2 | **Property Name** | **Address** | **Lease Citation** | **Pin-Cite to Utility Addendum re: Service Fee, Utilities, and Eviction Clause** | **Service Fee** | **Utilities** | **Third-Party Biller** | **Website Citation** | **Rental Application Citation** | **Pricing Sheet Citation** | **Does Pricing Sheet Disclose Service Fee Amount?** | **Active/ Inactive (as of 9/22/2025)** | **Date of Original BMC PMA** | **Separation Date** | **Unit Count** |
| 3 | 77H | 77 H St. NW | BOZZUTO 000001-000063 | BOZZUTO 000009 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 002902-002917 | BOZZUTO 004999-005002 | BOZZUTO 003728 | No | Active | 11/12/2013 | N/A | 303 |
| 4 | 450 K | 450 K St. NW | BOZZUTO 000064-100112 | BOZZUTO 000072 | $4.30-$5.00 | Water/Sewer | Conservice | BOZZUTO 002918-002931 | BOZZUTO 006234-006235 | BOZZUTO 003729 | No | Active | 1/15/2019 | N/A | 233 |
| 5 | 555 | 555 E St. SW | BOZZUTO 000113-000191 | BOZZUTO 000124-000125 | $7.00-$8.00 | Water/Sewer; HVAC | Conservice | BOZZUTO 002932-002946 | BOZZUTO 004944-004948 | BOZZUTO 003730 | No | Inactive | 12/11/2018 | 4/9/2025 | 194 |
| 6 | 565 Penn Residence | 565 Penn. Ave. NW | BOZZUTO 000192-000257 | BOZZUTO 000200-000201 | $7.00-$8.00 | Water/Sewer; Gas | Conservice | BOZZUTO 002947-002962 | BOZZUTO 005003-005007 | BOZZUTO 003731 | Yes | Active | 6/15/2007 | N/A | 135 |
| 7 | 909 | 909 New Jersey Ave. SE | BOZZUTO 000258-000314 | BOZZUTO 000266 | $4.05 | Water/Sewer | PayLease | BOZZUTO 002963-002981 | BOZZUTO 005201-005207 | BOZZUTO 005442 | No | Active | 2020 | N/A | 237 |
| 8 | 1331 | 1331 Maryland Ave. SW | BOZZUTO 000315-000397 | BOZZUTO 000326 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 002982-003050 | BOZZUTO 005106-005115 | BOZZUTO 003732 | Yes | Active | 2/1/2015 | N/A | 373 |
| 9 | 5333 Connecticut | 5333 Conn. Ave. NW | BOZZUTO 000398-000447 | BOZZUTO 000406 | $4.30-$6.00 | Water/Sewer | Conservice | BOZZUTO 003052-003062 | BOZZUTO 008900-008901 | BOZZUTO 003787 | No | Active | 5/1/2014 | N/A | 261 |
| 10 | Allegro | 3460 14th St. NW | BOZZUTO 000448-000509 | BOZZUTO 000456-000457 | $7.00-$8.00 | Water/Sewer; Gas/Hot Water | Conservice | BOZZUTO 003063-003077 | BOZZUTO 005208-005221 | BOZZUTO 003733-003734 | No | Active | 10/18/2012 | N/A | 297 |
| 11 | Ame at Meridian Hill | 2601 16th St. NW | BOZZUTO 000510-000594 | BOZZUTO 000518-000519 | $7.00-$8.00 | Water/Sewer; HVAC | Conservice | BOZZUTO 003078-003092 | BOZZUTO 006236-006237 | BOZZUTO 003735 | No | Active | 2018 | N/A | 206 |
| 12 | Beckert's Park | 1350 E. St. SE | BOZZUTO 000595-000694 | BOZZUTO 000659-000660 | $5.00 | Water/Sewer; Gas; Electric | Conservice | BOZZUTO 003093-003105 | BOZZUTO 005222-005229 | BOZZUTO 003736 | No | Active | 10/2/2023 | N/A | 325 |
| 13 | Cathedral Commons | 3401 Idaho Ave. NW | BOZZUTO 000751-000822 | BOZZUTO 000759 | $4.05 | Water/Sewer | Conservice | BOZZUTO 003134-003141 | BOZZUTO 004949-004963 | BOZZUTO 003740 | No | Active | 9/18/2012 | N/A | 145 |
| 14 | City Ridge | 30 Ridge Square NW | BOZZUTO 000823-000896 | BOZZUTO 000832-000833 | $7.00-$8.00 | Water/Sewer; HVAC | Conservice | BOZZUTO 003159-003173 | BOZZUTO 005237-005256 | BOZZUTO 003742 | Yes | Active | 1/5/2022 | N/A | 690 |
| 15 | Elevation at Wash. Gateway | 100 Florida Ave. NE | BOZZUTO 000897-000973 | BOZZUTO 000908-000909 | $7.00-$8.00 | Water/Sewer; Gas | Conservice | BOZZUTO 003174-003188 | BOZZUTO 006001-006007 | BOZZUTO 003788 | No | Active | 3/14/2014 | N/A | 400 |
| 16 | Flats 130 at Constitution Sq. | 130 M St. NE | BOZZUTO 000974-001018 | BOZZUTO 000982-000983 | $3.25-$5.00 | Water/Sewer; Gas; Electric | Conservice | BOZZUTO 003204-003218 | BOZZUTO 005017-005027 | BOZZUTO 003745 | No | Active | 11/14/2014 | N/A | 643 |
| 17 | i5 Union Market | 320 Florida Ave. NE | BOZZUTO 001019-001104 | BOZZUTO 001030-001031 | $4.30-$5.00 | Water/Sewer; HVAC; Gas | Conservice | BOZZUTO 003219-003231 | BOZZUTO 005245-005256 | BOZZUTO 003746-003750 | No | Active | 8/16/2019 | N/A | 458 |
| 18 | Incanto | 770 Maine Ave. SW | BOZZUTO 001105-001180 | BOZZUTO 001113 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003232-003246 | BOZZUTO 006287-006289 | BOZZUTO 005443 | No | Active | 8/3/2017 | N/A | 148 |
| 19 | Insignia on M | 1111 New Jersey Ave. SE | BOZZUTO 001181-001239 | BOZZUTO 001189 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003247-003258 | BOZZUTO 005116-005117 | BOZZUTO 003752 | No | Active | 8/29/2016 | N/A | 324 |
| 20 | Modern at Art Place | 400 Galloway St. NE | BOZZUTO 001240-001303 | BOZZUTO 001248 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003612-003624 | BOZZUTO 005139-005145 | BOZZUTO 003779 | Yes | Active | 7/7/2014 | N/A | 520 |
| 21 | Modern on M | 465 M St. SW | BOZZUTO 001304-001356 | BOZZUTO 001312 | $4.30-$10.00 | Water/Sewer | Conservice | BOZZUTO 003273-003288 | BOZZUTO 005118-005119 | BOZZUTO 003755-003757 | No | Active | 9/29/2020 | N/A | 532 |
| 22 | Monroe Street Market | 625 Michigan Ave. NE | BOZZUTO 001357-001423 | BOZZUTO 001368 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003289-003302 | BOZZUTO 006008-006012 | BOZZUTO 003759, 003744 | No | Active | 10/28/2011 | N/A | 720 |
| 23 | NOVEL South Capitol | 4 I St. SE | BOZZUTO 001424-001486 | BOZZUTO 001432-001433 | $7.00-$8.00 | Water/Sewer; HVAC | Conservice | BOZZUTO 003303-003316 | BOZZUTO 002745-002749 | BOZZUTO 002744, 003760 | No | Active | 12/21/2018 | N/A | 539 |
| 24 | Parc Riverside | 1010 Half St. SE | BOZZUTO 001487-001547 | BOZZUTO 001496 | $3.75 | Water/Sewer | Entrata | BOZZUTO 003346-003361 | BOZZUTO 005024-005025 | BOZZUTO 003762 | No | Active | 5/14/2024 | N/A | 595 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Information Summarized from Form Documents: Lease, Website, Rental Application, Pricing Sheet Admissible under Fed. R. Evid. 1006** | | | | | | | | | | | **Information Summarized from BOZZUTO043556-043558** | | | |
| 2 | **Property Name** | **Address** | **Lease Citation** | **Pin-Cite to Utility Addendum re: Service Fee, Utilities, and Eviction Clause** | **Service Fee** | **Utilities** | **Third-Party Biller** | **Website Citation** | **Rental Application Citation** | **Pricing Sheet Citation** | **Does Pricing Sheet Disclose Service Fee Amount?** | **Active/ Inactive (as of 9/22/2025)** | **Date of Original BMC PMA** | **Separation Date** | **Unit Count** |
| 25 | Press House | 331 N St. NE | BOZZUTO 001548-001612 | BOZZUTO 001556-001557 | $7.00-$10.00 | Water/Sewer; HVAC | Conservice | BOZZUTO 003362-003376 | BOZZUTO 006295-006311 | BOZZUTO 003763 | No | Active | 10/2/2023 | N/A | 356 |
| 26 | RESA | 22 M St. NE | BOZZUTO 001613-001692 | BOZZUTO 001621-001622 | $7.00-$8.00 | Water/Sewer; HVAC | Conservice | BOZZUTO 003377-003388 | BOZZUTO 005129-005136 | BOZZUTO 003764 | No | Active | 5/15/2019 | N/A | 326 |
| 27 | Residences at Eastern Market | 777 C St. SE | BOZZUTO 001693-001807 | BOZZUTO 001701-001702 | $7.00-$8.00 | Water/Sewer; HVAC; Gas | Conservice | BOZZUTO 003625-003640 | BOZZUTO 004976-004977 | BOZZUTO 003765 | No | Active | 7/26/2017 | N/A | 128 |
| 28 | Rhode Island Row | 2300 Wash. Pl. NE | BOZZUTO 001748-001807 | BOZZUTO 001759 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003405-003419 | BOZZUTO 006317-006318 | BOZZUTO 003767 | No | Active | 8/10/2011 | N/A | 274 |
| 29 | Senate Square | 201 I St. NE | BOZZUTO 001808-001862 | BOZZUTO 001816 | $4.05 | Water/Sewer | RealPage | BOZZUTO 003420-003438 | BOZZUTO 006013-006019 | BOZZUTO 003768 | Yes | Inactive | 7/2/2010 | 8/4/2025 | 432 |
| 30 | Station House | 701 2nd St. NE | BOZZUTO 001863-001923 | BOZZUTO 001871 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003439-003452 | BOZZUTO 005026-005027 | BOZZUTO 003769-003770 | No | Active | 12/10/2020 | N/A | 378 |
| 31 | Apollo | 600 H St. NE | BOZZUTO 001924-001979 | BOZZUTO 001932-001933 | $4.05 | Water/Sewer; HVAC | PayLease | BOZZUTO 003482-003494 | BOZZUTO 006238-006247 | BOZZUTO 003772 | No | Active | 3/18/2016 | N/A | 431 |
| 32 | Burton | 200 Florida Ave. NE | BOZZUTO 001980-002068 | BOZZUTO 001988-001989 | $7.00-$8.00 | Water/Sewer; HVAC; Common Electric | Conservice | BOZZUTO 003508-003524 | BOZZUTO 006027-006033 | BOZZUTO 005445 | No | Active | 4/3/2021 | N/A | 387 |
| 33 | Hartley | 7150 12th St. NW | BOZZUTO 002069-002156 | BOZZUTO 002077 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003539-003553 | BOZZUTO 005137-005138 | BOZZUTO 003775 | No | Active | 3/30/2022 | N/A | 323 |
| 34 | Hepburn | 1901 Conn. Ave. NW | BOZZUTO 002157-002215 | BOZZUTO 002165 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003554-003564 | BOZZUTO 005257-005261 | BOZZUTO 003776 | No | Active | 7/11/2016 | N/A | 195 |
| 35 | Kelvin | 1250 Half St. SE | BOZZUTO 002216-002282 | BOZZUTO 002224 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003565-003582 | BOZZUTO 005047-005053 | BOZZUTO 003777 | No | Active | 8/1/2019 | N/A | 312 |
| 36 | Lexington at Market Square | 400 8th St. NW | BOZZUTO 002283-002341 | BOZZUTO 002291 | $4.30-$6.00 | Water/Sewer | Conservice | BOZZUTO 003583-003598 | BOZZUTO 004971-004975 | BOZZUTO 003753 | No | Active | 12/16/2002 | N/A | 135 |
| 37 | Silva | 1630 Columbia Rd. NW | BOZZUTO 002342-002394 | BOZZUTO 002350-002351 | $4.83 | Water/Sewer; HVAC | CWE | BOZZUTO 003641-003654 | BOZZUTO 005146-005161 | BOZZUTO 003780 | No | Active | 3/31/2021 | N/A | 172 |
| 38 | Tides | 35 Parker Row SW | BOZZUTO 002395-002452 | BOZZUTO 002403 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003655-003667 | BOZZUTO 006034-006038 | BOZZUTO 003781 | No | Active | 5/3/2022 | N/A | 255 |
| 39 | Westerly | 350 Maple Dr. SW | BOZZUTO 043677-043807 | BOZZUTO 043685-043686 | $7.00-$10.00 | Water/Sewer; HVAC; Common Gas | Conservice | BOZZUTO 003668-003679 | BOZZUTO 006319-006323 | BOZZUTO 003782 | Yes | Active | 9/15/2021 | N/A | 449 |
| 40 | Union Place | 200 K St. NE | BOZZUTO 002569-002688 | BOZZUTO 002578 | $3.86 | Water/Sewer | Entrata | BOZZUTO 003694-003709 | BOZZUTO 005162-005166 | BOZZUTO 003784 | No | Active | 5/14/2024 | N/A | 525 |
| 41 | Venture on I | 60 I St. SW | BOZZUTO 002623-002688 | BOZZUTO 002631 | $7.00-$10.00 | Water/Sewer | Conservice | BOZZUTO 003710-003726 | BOZZUTO 006039-006047 | BOZZUTO 003785 | Yes | Active | 10/2/2023 | N/A | 197 |
| 42 | 14W | 1315 W St. NW | BOZZUTO 003790-003837 | BOZZUTO 003802-003803 | $7.00-$8.00 | Water/Sewer; Hot Water | Conservice | BOZZUTO 002889-002901 | BOZZUTO 008898-008899 | BOZZUTO 003727 | No | Inactive | 9/19/2019 | 8/4/2025 | 231 |
| 43 | City Market at O | 770 P St. NW | BOZZUTO 003910-003998 | BOZZUTO 003918 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003142-003158 | BOZZUTO 005230-005236 | BOZZUTO 003741 | Yes | Active | 5/9/2013 | N/A | 650 |
| 44 | Elle | 1111 20th St. NW | BOZZUTO 003999-004078 | BOZZUTO 004008-004009 | $7.00-$10.00 | Water/Sewer; HVAC | Conservice | BOZZUTO 003189-003203 | BOZZUTO 005008-005016 | BOZZUTO 003743 | Yes | Active | 5/1/2024 | N/A | 163 |
| 45 | Channel | 950 Maine Ave. SW | BOZZUTO 004079-004163 | BOZZUTO 004090 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003525-003538 | BOZZUTO 005042-005046 | BOZZUTO 003774 | Yes | Active | 8/3/2017 | N/A | 501 |
| 46 | Wray | 515 22nd St. NW | BOZZUTO 004164-004231 | BOZZUTO 004175-004176 | $7.00-$8.00 | Water/Sewer; HVAC | Conservice | BOZZUTO 003680-003693 | BOZZUTO 005054-005061 | BOZZUTO 003783 | No | Active | 6/12/2020 | N/A | 158 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Information Summarized from Form Documents: Lease, Website, Rental Application, Pricing Sheet Admissible under Fed. R. Evid. 1006** | | | | | | | | | | | **Information Summarized from BOZZUTO043556-043558** | | | |
| 2 | **Property Name** | **Address** | **Lease Citation** | **Pin-Cite to Utility Addendum re: Service Fee, Utilities, and Eviction Clause** | **Service Fee** | **Utilities** | **Third-Party Biller** | **Website Citation** | **Rental Application Citation** | **Pricing Sheet Citation** | **Does Pricing Sheet Disclose Service Fee Amount?** | **Active/ Inactive (as of 9/22/2025)** | **Date of Original BMC PMA** | **Separation Date** | **Unit Count** |
| 47 | Margarite | 1280 Union St. NE | BOZZUTO 004232-004310 | BOZZUTO 004240-004241 | $7.00-$8.00 | Water/Sewer; HVAC; Gas | Conservice | BOZZUTO 003259-003272 | BOZZUTO 004966-004970 | BOZZUTO 003754 | Yes | Active | 9/1/2022 | N/A | 260 |
| 48 | Ozma | 44 M St. NE | BOZZUTO 004311-004380 | BOZZUTO 004319-004320 | $4.30-$7.00 | Water/Sewer; HVAC | Conservice | BOZZUTO 003331-003345 | BOZZUTO 005120-005128 | BOZZUTO 003761 | Yes | Active | 2020 | N/A | 275 |
| 49 | Reynard | 1100 Dahlia St. NW | BOZZUTO 004381-004446 | BOZZUTO 004390 | $7.00-$10.00 | Water/Sewer | Conservice | BOZZUTO 003389-003404 | BOZZUTO 006312-006316 | BOZZUTO 003766 | No | Active | 5/1/2024 | N/A | 344 |
| 50 | Takoma Central | 235 Carroll St. NW | BOZZUTO 004447-004536 | BOZZUTO 004458 | $7.00-$10.00 | Water/Sewer | Conservice | BOZZUTO 003453-003467 | BOZZUTO 005028-005041 | BOZZUTO 003771 | No | Active | 10/31/2013 | N/A | 150 |
| 51 | Banks | 900 7th St. SW | BOZZUTO 004537-004617 | BOZZUTO 004545-004546 | $7.00-$8.00 | Water/Sewer; HVAC | Conservice | BOZZUTO 003495-003507 | BOZZUTO 006262-006268 | BOZZUTO 003773 | No | Active | 10/25/2018 | N/A | 173 |
| 52 | Lockwood | 1339 E St. SE | BOZZUTO 004618-004709 | BOZZUTO 004626 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 003599-003611 | BOZZUTO 005262-005265 | BOZZUTO 003778 | No | Active | 2019 | N/A | 145 |
| 53 | Blackbird | 1401 Penn. Ave. SE | BOZZUTO 004710-004870 | BOZZUTO 004722 | $6.00 | Water/Sewer | Conservice | BOZZUTO 003106-003120 | BOZZUTO 006274-006278 | BOZZUTO 003738 | No | Active | 1/16/2024 | N/A | 167 |
| 54 | Belgard | 33 N St. NE | BOZZUTO 006077-006086 | BOZZUTO 006085 | $7.00-$8.00 | Water/Sewer | Conservice | BOZZUTO 005446-005459 | BOZZUTO 006269-006273 | BOZZUTO 003737 | No | Active | 7/2/2024 | N/A | 346 |
| 55 | Apartments at Westlight | 1110 23rd St. NW | BOZZUTO 006087-006233 | BOZZUTO 006095 | $7.00-$12.00 | Water/Sewer; Common Electric/Gas | Conservice | BOZZUTO 005460-005473 | BOZZUTO 006248-006261 | BOZZUTO 003786 | No | Active | 9/19/2024 | N/A | 93 |
| 56 | One501 | 1501 Harry Thomas Way NE | BOZZUTO 005295-005364 | BOZZUTO 005303 | $7.00-$10.00 | Water/Sewer | Conservice | BOZZUTO 003317-003330 | BOZZUTO 006290-006294 | BOZZUTO 005444 | No | Active | 10/2/2023 | N/A | 327 |
| 57 | 202 | 202 Florida Ave. NE | BOZZUTO 005365-005441 | BOZZUTO 005376-005377 | $7.00-$10.00 | Water/Sewer; HVAC | Conservice | BOZZUTO 003468-003481 | BOZZUTO 006020-006026 | BOZZUTO 003789 | No | Active | 11/3/2023 | N/A | 254 |
| 58 | 3801 Conn. Ave. | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Inactive | 10/23/2014 | 3/20/2023 | 307 |
| 59 | Accolade | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Active | 10/2/2023 | N/A | 186 |
| 60 | Apartments at CityCenter, The | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Inactive | 5/1/2013 | 8/23/2022 | 458 |
| 61 | Axis, The | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Active | 9/15/2025 | N/A | 138 |
| 62 | Batley, The | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Inactive | 3/16/2020 | 11/30/2021 | 432 |
| 63 | Bridge District (Alula, Poplar House, Stratos) | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Active | 6/4/2021 | N/A | 757 |
| 64 | Bryant St-Chase at Bryant St, The | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Inactive | 8/14/2020 | 3/25/2024 | 333 |
| 65 | Bryant St - Coda at Bryant St | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Inactive | 8/14/2020 | 3/25/2024 | 154 |
| 66 | Crossing | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Inactive | 2020 | 6/12/2023 | 818 |
| 67 | District | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Inactive | 12/5/2012 | 6/25/2024 | 125 |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Information Summarized from Form Documents: Lease, Website, Rental Application, Pricing Sheet Admissible under Fed. R. Evid. 1006** | | | | | | | | | | | **Information Summarized from BOZZUTO043556-043558** | | | |
| 2 | **Property Name** | **Address** | **Lease Citation** | **Pin-Cite to Utility Addendum re: Service Fee, Utilities, and Eviction Clause** | **Service Fee** | **Utilities** | **Third-Party Biller** | **Website Citation** | **Rental Application Citation** | **Pricing Sheet Citation** | **Does Pricing Sheet Disclose Service Fee Amount?** | **Active/ Inactive (as of 9/22/2025)** | **Date of Original BMC PMA** | **Separation Date** | **Unit Count** |
| 68 | Ellington, The | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Active | 3/17/2018 | N/A | 190 |
| 69 | Esquire on Fifth, The | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Active | 8/13/2025 | N/A | 203 |
| 70 | Hodge on 7th | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Active | 2/27/2013 | N/A | 90 |
| 71 | Kenmore, The | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Inactive | 10/23/2014 | 3/20/2023 | 374 |
| 72 | Mira First & M | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Active | 8/13/2025 | N/A | 469 |
| 73 | NOVEL 14th Street | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Active | 10/29/2024 | N/A | 197 |
| 74 | Residences at Mazz | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Active | 2/10/2025 | N/A | 321 |
| 75 | Residences on the Avenue | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Active | 3/17/2015 | N/A | 343 |
| 76 | RiverPoint | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Inactive | 12/23/2019 | 6/15/2022 | 480 |
| 77 | Slate at NoMa | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Active | 8/13/2025 | N/A | 438 |
| 78 | Vale, The | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Inactive | 7/27/2021 | 11/3/2023 | 301 |
| 79 | Yale West | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | No Production | Inactive | 9/27/2014 | 4/24/2023 | 216 |