# EXHIBIT 2

| RENTCafé® | Application For "Novel South Capitol East"<br><br>2 I Street SE,<br>Washington,DC ,<br>20003<br>Phone: (202) 922-2025 |
|---|---|

## Apartment Information

| | | | |
|---|---|---|---|
| Apartment: | 1106 | Move in Date: | 6/27/2021 |
| Floor Plan: | 1 Bed/1 Bath-A03-Type A East | Lease Term : | 13 |
| Bed: | 1 | Deposit: | $0.00 |
| Bath: | 1.00 | Rent: | $2276 |
| Area: | 663 | | |

## Applicant Information

| | | | |
|---|---|---|---|
| Name: | Laura Catherine Hettinger | Date Of Birth: | ******** |
| Preferred Name: | | Do you have a Social Security Number?: | Yes |
| Marital Status: | | SSN: | [redacted] |
| Email: | [redacted] | Government Issued Identification Number: | |
| Phone: | [redacted] | Government Issuing Entity: | |
| Country: | [redacted] | License Country: | US |
| Address: | [redacted] | Have you ever been evicted?: | |
| | | If yes, details | |
| Residency From: | 12/1/2019 | | |
| Residency From: | 12/1/2019 | Have you ever been convicted of a felony?: | |
| Monthly Rent/Monthly mortgage payments: | $[redacted] | If yes, details | |
| Reason for Moving: | [redacted] | Do you have any criminal charges pending, awaiting disposition or looming in any way?: | |
| Apartment Community: | | | |
| Management Company: | | If yes, details | |
| Management Company Phone: | | Do you have a Housing Voucher? | No |

## Previous Address Information

| | | | |
|---|---|---|---|
| Address: | [redacted] | Residency From: | 5/30/2016 |
| Monthly rent paid: | [redacted] | Reason for moving: | [redacted] |
| Apartment Community: | | Was 30 days notice given?: | |
| Management Company: | | Landlord Name: | |
| Management Company phone: | | Landlord Phone: | |
| | | Landlord Email: | |

Was 30 days notice given

## Employment Information

| | | | |
|---|---|---|---|
| Country: | US | Job Title: | [redacted] |
| Employment Status: | Employed | Employed Since: | [redacted] |
| Employer: | [redacted] | Monthly Income: | [redacted] |
| Supervisors Name: | | Additional Income: | [redacted] |
| Address: | [redacted] | Additional Income Source: | [redacted] |
| | | Employers Phone: | [redacted] |

## Previous Employment Information

| | | | |
|---|---|---|---|
| Employer: | | Job Title: | |
| Supervisors Name: | | Previous Employer Start Date: | |
| Address: | | Previous Employer End Date: | |
| | | Monthly Income: | $0 |
| | | Additional Income: | $0 |
| Employers Phone: | | Additional Income Source: | |

## Emergency Information

| | |
|---|---|
| Name: | [redacted] |
| Relationship: | Other |
| Phone: | [redacted] |
| Country: | US |
| Address: | [redacted] |
| | [redacted] |

## Pets Information

| Pet Type | Weight(lbs) | Age | Color | Breed | Name | Gender | Spayed/Neutered |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

## Vehicle Information

| Make | Model | Year | Color | License | State |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## Demographics

| | |
|---|---|
| Occupation Type | Government Employee |
| Gender | Female |
| Where Moved From | Apartment |
| Minutes to Work | 16-30 minutes |
| Transportation to Work | Public |
| Household Status? | Single |
| Total Living in Household? | 1 |

| | |
|---|---|
| Children in Household? | No |
| Total Children in Household? | 0 |

**Terms Accepted**

| Terms | Date Time | IP |
|---|---|---|
| Signature in Application Information-<br>By signing this application, I agree that the information provided in this application is true and correct. | Jun 27 2021 1:15AM | 73.213.111.165 |
| Screening Terms-<br>I have read the Renter Screening section of the Terms and Conditions, and I authorize the use of the information and contacts provided in this application to complete a credit, reference, and/or background check. | Jun 27 2021 1:15AM | 73.213.111.165 |
| Legal Terms-<br>By submitting this application, I verify that the statements provided in this application are true and correct and I agree to be screened after payment of application fees. | Jun 27 2021 1:15AM | 73.213.111.165 |
| Renters Insurance Terms-<br>I understand that a proof of insurance is required upon my move-in. | Jun 27 2021 1:17AM | 73.213.111.165 |
| Payment Terms-<br>I have read and accept Terms and Conditions. | Jun 27 2021 1:23AM | 73.213.111.165 |
| Application fee disclaimer-<br>I accept that Application fees are non-refundable, even if the application is denied, except to the extent otherwise required by applicable law. | Jun 27 2021 1:23AM | 73.213.111.165 |

**Events Completed**

| Event | Date Time | IP |
|---|---|---|
| Application Information Completed | Jun 27 2021 1:15AM | 73.213.111.165 |
| Addendum Signing Completed | Jun 27 2021 1:16AM | 73.213.111.165 |
| Payment Completed | Jun 27 2021 1:23AM | 73.213.111.165 |

| Name | Signature | Date Time | IP |
|---|---|---|---|
| Laura Hettinger |  | Jun 27 2021 1:15AM | 73.213.111.165 |