# EXHIBIT 3

PageVault

| | |
|---|---|
| Document title: | NOVEL South Capitol \| Luxury Apartments in DC Metro \| Bozzuto |
| Capture URL: | https://www.bozzuto.com/apartments-for-rent/dc/washington/novel-south-capitol/ |
| Page loaded at (UTC): | Mon, 05 Aug 2024 15:18:33 GMT |
| Capture timestamp (UTC): | Mon, 05 Aug 2024 15:19:03 GMT |
| Capture tool: | 10.48.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 7 |
| Capture ID: | qPvoFDV1FjpxCRRouKDEgW |
| User: | mmiller |

Exhibit
Plaintiff's 12
11/07/2025

Rent Buy Our Companies About Bozzuto Careers Contact Us

$2,170+ New

# NOVEL South Capitol

★★★★★ 1308 reviews

Leasing Now | Discover the next chapter in apartment living

Washington, DC > Navy Yard



View Floor Plans View Gallery




Navy Yard
2 I Street SE
Washington, DC 20003

**OFFICE HOURS**

Mon - Fri: 09:00 AM - 05:00 PM
Sat: 10:00 AM - 05:00 PM
Sun: 12:00 PM - 05:00 PM

**Studio** Starting from $2,170
**1 bedroom** Starting from $2,423
**2 bedroom** Starting from $3,213
**3 bedroom** Starting from $4,678

Schedule A Tour

Check Availability

## Get In Touch

833.205.0531 Email Us Visit website Virtual Tour

Overview Amenities Floor Plans Reviews

## A confident eye for style and convenience

## Why Bozzuto?



# A confident eye for style and convenience

Discover the next chapter in apartment living at Novel South Capitol. Nestled uniquely between Capitol Hill, Southwest and The Yards, Novel puts you at the center of it all. See a concert at The Wharf, cheer on the Nats at the ballpark, wander The National Mall or hop on 395 to get out of town – all just minutes from your doorstep. With a confident eye for style and convenience, Novel South Capitol is apartment living, shared co-working and cafe life all in one. Through carefully considered design, Novel offers more than luxury apartment residences. Novel has created a true community crossroads, a warm and playful 'third place' where all are welcome to relax, join in, or pop over. From the on-site café to the unparalleled rooftop, Novel's selection of amenities meets your every need. Co-work from the café, sweat it out in the fitness center, meet a new friend at the dog run, or catch some rays (and spectacular views) by the rooftop pool. The residences at Novel South Capitol are designed with sophistication, convenience and your comfort in mind, offering life with style at Novel South Capitol. Brand new apartment homes now leasing.

## Why Bozzuto?



Because we strive to meet your needs, simplify your life and delight you in ways that make the everyday memorable.

Learn More

AMENITIES

Highlights Apartment Features Community Amenities



Rooftop pool with ballpark and Capitol views



Resident work center with co-working spaces

Expansive clubroom with billiards table

Ample outdoor gathering spaces

Fitness suite with yoga room

Dog park with watering station and play area

Access-controlled resident parking and car charging stations



**Bozzuto - 003305**



Fitness suite with yoga room



Dog park with watering station and play area



Access-controlled resident parking and car charging stations

## FLOOR PLANS

1 / 13

See All Floor Plans



VIEW FLOOR PLANS BY LOCATION



### Studio-S01 West

502 Sq Ft

$2,170+

Apply Now *Only 1 unit available*



### Studio-S04 East

503 Sq Ft

$2,170+

Apply Now *Only 2 units available*

Prices and special offers valid for new residents only. Pricing and availability subject to change at any time.

## LOCATION DETAILS

| Score | Value | Description |
| --- | --- | --- |
| Walk Score | 79 | Very Walkable. Most errands can be accomplished on foot. |
| Transit Score | 82 | Excellent Transit. Transit is convenient for most trips. |
| Bike Score | 92 | Biker's Paradise. Daily errands can be accomplished on a bike. |

Calculate My Commute

| Transit | Distance | Airport | Distance |
| --- | --- | --- | --- |
| Capitol South Station | 0.43 Miles | Ronald Reagan Washington National Airport | 2.61 Miles |
| Navy Yard-Ballpark Station | 0.3 Miles | | |

| Transit | Distance | Airport | Distance |
|---|---|---|---|
| Capitol South Station | 0.43 Miles | Ronald Reagan Washington National Airport | 2.61 Miles |
| Navy Yard-Ballpark Station | 0.3 Miles | | |
| Waterfront-SEU Station | 0.53 Miles | | |

NEARBY COLLEGES & HOSPITALS

| Colleges | Distance |
|---|---|
| Georgetown University Law Center | 1.27 Miles |
| Corcoran Hall | 2.45 Miles |
| Cardozo Education Campus | 3.08 Miles |
| KIPP DC Shaw Campus | 2.18 Miles |

1 / 2



## In Good Company

When you're part of an incredible community, extraordinary is never far off. That's why we've partnered with innovative, experience-focused brands like Casper, The Container Store and Zipcar— to bring you exclusive discounts, services and more.



REVIEWS

**Kelci Marx**

★★★★★ 2024-08-03 Google

Novel really lives up to it's description of a luxury apartment. It is always clean and staff has decorated it so nicely and continues to update furniture. Maintenance is prompt and proactive anytime there's an issue in the building, gym or my person...

Read More

**Drew**

★★★★★ 2024-07-31

Haven't had a single problem! Have absolutely loved living here so far. A little pricey, but considering the area, it's worth it in my opinion.

Read More

**Joshua**

★★★★★ 2024-07-31

Our experience at Novel has been great. Unfortunately, we have to move out because of work but the Novel/Bozzuto team has made the move out process so easy and streamlined. That we greatly appreciate.

Read More



**Bozzuto - 003307**

update furniture. Maintenance is prompt and proactive anytime there's an issue in the building, gym or my person...
Read More

in my opinion.
Read More

made the move out process so easy and streamlined. That we greatly appreciate.
Read More

See All

CONTACT INFO

## Looking to move soon?

Check availability to see which apartments will be available for your move-in date, or schedule a tour to discover everything that life at Novel South Capitol has to offer.

Check Availability Schedule A Tour

## Get in Touch

If you're a current resident and have a question or concern, we're here to help.

Contact Us

**Madeline Dunn Wellerson**
General Manager

**Devon McNally**
Regional Manager

FAQS

NEARBY COMMUNITIES

1 / 6



$2,008+ New

## Venture on I

★★★★★ 40 reviews

Southwest DC
60 I St SW
Washington, DC 20024

Studio | 1 bds | 2 bds

Schedule A Tour 855.589.0457

Email Us



CONTACT INFO

## Looking to move soon?

Check availability to see which apartments will be available for your move-in date, or schedule a tour to discover everything that life at Novel South Capitol has to offer.

Check Availability Schedule A Tour

## Get in Touch

If you're a current resident and have a question or concern, we're here to help.

Contact Us

**Madeline Dunn Wellerson**
General Manager

**Devon McNally**
Regional Manager

FAQS

NEARBY COMMUNITIES

1 / 6



$2,008+ New

## Venture on I

★★★★★ 40 reviews

Southwest DC
60 I St SW
Washington, DC 20024

Studio | 1 bds | 2 bds

Schedule A Tour 855.589.0457

Email Us



BOZZUTO

Rent Buy Our Companies About Us Careers Investor Login Contact Us

© 2024 Bozzuto | 301.220.0100

Privacy Policy Cookie Preferences Accessibility Website Disclaimer Terms of Use Employee Login Equal Housing Opportunity

Page Vault

| | |
|---|---|
| Document title: | Luxury Navy Yard Apartments in SE DC - NOVEL South Capitol |
| Capture URL: | https://www.novelsouthcapitol.com/?utm_source=Bozzuto.com&utm_medium=referral&utm_campaign=NovelSouthCapitol_bozzuto.com |
| Page loaded at (UTC): | Mon, 05 Aug 2024 15:19:08 GMT |
| Capture timestamp (UTC): | Mon, 05 Aug 2024 15:19:45 GMT |
| Capture tool: | 10.48.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 5 |
| Capture ID: | xhrJ2xwTGahcjPocCWiSAu |
| User: | mmiller |




# where your new story awaits

Through carefully considered design and unexpected amenities, NOVEL South Capitol offers a warm and playful 'third place' that welcomes residents to be a part of a vibrant community. With a confident eye for style and convenience, NOVEL is luxury apartment living, shared co-working and cafe life all in one. Find crafted coffee, adventurous dining, stylish finishes, an abundance of amenities and Capitol views in a location close to just about everything. From sidewalk to rooftop, it's life with style at NOVEL South Capitol.

Alexa
Resident
👋 I live here. Want to chat?
More

views in a location close to just about everything. From sidewalk to rooftop, it's life with style at NOVEL South Capitol.



FLOOR PLANS

# the next chapter in finding home

With spacious studio, one-, two-, and three-bedroom floor plans offered in both our East and West residential towers, NOVEL offers distinct homes and differing styles to meet your needs.

VIEW OUR FLOOR PLANS

GALLERY

# a picture is worth a thousand words

Designed with intention and an eye for style, NOVEL South Capitol is thoughtfully and richly designed with activated spaces, tactile finishes and a dynamic lifestyle. We invite you to take a look around and discover what makes NOVEL so special.

VIEW GALLERY



















THE NEIGHBORHOOD

# the next chapter in DC's story

Placed at the center of several exciting neighborhoods, NOVEL South Capitol puts you within 15 minutes of the most dynamic and desirable destination in DC, including Eastern Market, the Mall, The Wharf, Nats Stadium, Barracks Row and so much more.

EXPLORE THE NEIGHBORHOOD

7 MIN
WALK TO NAVY YARD

8 MIN
WALK TO CAPITOL HILL

9 MIN
BIKE TO THE WHARF

COMMUNITY

# the next chapter in luxury living

Alexa
Resident
I live here. Want to chat?
More

Our amenities spaces deliver comfort, convenience, and hospitality. Life's



EXPLORE THE NEIGHBORHOOD

7 MIN
WALK TO NAVY YARD

8 MIN
WALK TO CAPITOL HILL

9 MIN
BIKE TO THE WHARF

COMMUNITY

# the next chapter in luxury living

Our amenities spaces deliver comfort, convenience, and hospitality. Life's essential conveniences, like our multiple co-working spaces, library, extensive fitness suite, and on-site dog run with indoor pet cafe are just steps from your front door.

VIEW COMMUNITY

01
Expansive Rooftop Amenities with Panoramic Views

02
Two Distinct Resident Lounges with a Library or Billiards feature

03
Multiple Seating and Gathering Spaces Outside and In



DART INTERESTS BOZZUTO

2 EYE STREET, SE
WASHINGTON, DC 20003
833.205.0531

MONDAY: 9 AM – 5 PM
TUESDAY: 9 AM – 5 PM
WEDNESDAY: 9 AM – 5 PM
THURSDAY: 9 AM – 5 PM
FRIDAY: 9 AM – 5 PM
SATURDAY: 10 AM – 5 PM
SUNDAY: 12 PM – 5 PM

Alexa Resident
👋 I live here. Want to chat?
More

fitwel LEED

© ALL RIGHTS RESERVED PRIVACY TERMS COOKIE PREFERENCES SITEMAP

PageVault

| | |
|---|---|
| Document title: | Novel South Capitol \| Apartments in Washington, DC \| RENTCafe |
| Capture URL: | https://novelsouthcapitol.securecafe.com/onlineleasing/novel-south-capitol-prop-list/oleapplication.aspx?stepname=RentalOptions&myOlePropertyId=1103481&FloorPlanID=4244366&UnitID=16817373&header=1&MoveInDate=2024-09-07 |
| Page loaded at (UTC): | Mon, 12 Aug 2024 15:19:43 GMT |
| Capture timestamp (UTC): | Mon, 12 Aug 2024 15:20:35 GMT |
| Capture tool: | 10.49.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/124.0.0.0 Safari/537.36 |
| Operating system: | Linux (Node 20.11.1) |
| PDF length: | 2 |
| Capture ID: | dxq368K8wjepAmZRJ5y8W1 |
| User: | mmiller |

Online Leasing Workflow

1
2
3
4
5
6
7
8

Apartment Summary

Floor Plan: **1 Bed/1 Bath Den-B02 East** | Apartment: **0202** | Area: **828 Sq.Ft.** | Bedrooms: **1**

Quote | Summary

Basic Lease I

Apartment is availa
9/7/2024

Move-in Date

Lease Term:

Rent:

Best Value:

*12 months term / (*
*Rent $3,172.00*

See price options

START APPLICATI

## Move-in Charges

| These are the charges you (and your roommate if applicable) will pay upon move-in. | |
|---|---|
| Rent for 24 days | $2,537.60 |
| **Total Charges** | **$2,537.60** |

## Monthly Charges

| These are the charges you (and your roommate if applicable) will pay each month. | |
|---|---|
| Rent | $3,172.00 |

## Payment Schedule - September 2024 to September 2025

2024

| Sep | Oct | Nov | Dec |
|---|---|---|---|
| $3,172.00 | $3,172.00 | $3,172.00 | $3,172.00 |

2025

| Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|
| $3,172.00 | $3,172.00 | $3,172.00 | $3,172.00 | $3,172.00 | $3,172.00 |

| Jul | Aug | Sep |
|---|---|---|
| $3,172.00 | $3,172.00 | $634.40 |

Payments are based on Rent plus any rentable items selected