# EXHIBIT 4

# NOVEL South Capitol

WHERE YOUR NEXT STORY AWAITS

# Fees & Deposits:

**Application Fee:**
$75.00 / applicant

**Reservation Fee:**
$300.00

**Security Deposit:**
$0.00 or equal to one month's rent

**Amenity Fee:**
600.00

**Reserved Parking Space:**
$300.00 - 1 space per apartment

**Pet Fee:**
$500.00 / 1 pet | $750.00 / 2 pets

**Pet Rent:**
$50.00/mo. per pet

**Storage:**
$75.00 - $200.00 / mo.

**Trash:**
$10.00

**Electric: PEPCO | Resident Responsible**
**HVAC Usage, Water, Sewer: billed with month rent statement.**

*Rent can vary based upon floor plan, apartment home, move-in date and lease term. For a custom pricing quote based upon your specific needs, please speak with a consultant. All custom price quotes are valid for 48 hours, as prices are subject to change daily.
*For the protection of our residents, we require each home to have a renter's insurance policy.
*Security deposit contingent upon credit screening.
*Pet restrictions apply
*In-house transfer would also includes the repayment of any concession received.

*the next chapter in finding home*

BOZZUTO

West Tower
2 I (eye) Street SE
Washington, DC 20003

East Tower
4 I (eye) Street SE
Washington, DC 20003

Phone: 202.922. 2025
Email: novel@bozzuto.com

Exhibit
Plaintiff's 2
11/07/2025