# EXHIBIT 6

**LAURA HETTINGER v. BOZZUTO MANAGEMENT COMPANY**

**Case No. 1:23-cv-03687-JEB**

---

## SUMMARY EVIDENCE OF WATER AND SEWAGE OVERCHARGES
## Admissible under Fed. R. Evid. 1006

| | Building Name | Service Month | Water Rate Billed[1] (Per-1000 Gal.) | FY '23 Water Rate[2] (Per-1000 Gal.) | Sewer Rate Billed[3] (Per-1000 Gal.) | FY '23 Sewer Rate[4] (Per-1000 Gal.) | Bates Range |
|---|---|---|---|---|---|---|---|
| 1 | 1331 | 09/23 | | | $18.348 | $15.05 | Conservice00000090-91 |
| | | 04/23 | $8.136 | $6.55 | | | Conservice00000092-93 |
| 2 | Allegro | 09/23 | | | $16.096 | $15.05 | Conservice00000114-15 |
| | | 04/23 | $7.763 | $6.55 | | | Conservice00000116-17 |
| 3 | Cathedral Commons | 09/23 | | | $19.113 | $15.05 | Conservice00000139-40 |
| | | 04/23 | $10.705 | $6.55 | | | Conservice00000141- 42 |
| 4 | Washington Gateway | 09/23 | | | $15.714 | $15.05 | Conservice00000197-98 |
| | | 04/23 | $10.421 | $6.55 | | | Conservice00000199-200 |
| 5 | Insignia | 09/23 | | | $16.10 | $15.05 | Conservice00000235-36 |
| | | 04/23 | $7.59 | $6.55 | | | Conservice00000237-38 |
| 6 | Monroe | 09/23 | | | $17.369 | $15.05 | Conservice00000272-73 |
| | | 04/23 | $9.372 | $6.55 | | | Conservice00000274-75 |
| 7 | Novel | 09/23 | | | $15.93 | $15.05 | Conservice00000293-94 |
| | | 04/23 | $10.972 | $6.55 | | | Conservice00000295-96 |

[1] The Water Rate Billed (Per-1000 Gallons) was calculated by multiplying the stated per gallon rate by 1000.
[2] FY '23 Water Rate (Per-1000 Gallons) is set by D.C. Mun. Regs. tit. 21, § 4001.3 (2022) (effective Oct. 1, 2022 to Sept. 30, 2024; superseded).
[3] The Sewer Rate Billed (Per-1000 Gallons) was calculated by multiplying the stated per gallon rate by 1000.
[4] FY '23 Sewer Rate (Per-1000 Gallons) was set by D.C. Mun. Regs. tit. 21, § 4101.1 (2022) (effective Oct. 1, 2022 to Sept. 30, 2024; superseded).

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **8** | **Press House** | 09/23 | | | $16.10 | $15.05 | Conservice00000317-18 |
| | | 04/23 | $7.73 | $6.55 | | | Conservice00000319-20 |
| **9** | **Burton** | 09/23 | | | $16.908 | $15.05 | Conservice00000394-95 |
| | | 04/23 | $15.565 | $6.55 | | | Conservice00000396-97 |
| **10** | **Everton** | 09/23 | | | $18.915 | $15.05 | Conservice00000422-23 |
| | | 04/23 | $7.36 | $6.55 | | | Conservice00000424-25 |
| **11** | **Kelvin** | 09/23 | | | $16.096 | $15.05 | Conservice00000452-53 |
| | | 04/23 | $7.727 | $6.55 | | | Conservice00000454-55 |
| **12** | **Modern Art** | 09/23 | | | $17.484 | $15.05 | Conservice00000495-96 |
| | | 04/23 | $10.426 | $6.55 | | | Conservice00000497-98 |
| **13** | **700 Penn** | 04/23 | $7.59 | $6.55 | | | Conservice00000509-10 |
| **14** | **Wray** | 04/23 | $11.492 | $6.55 | | | Conservice00000527-28 |
| **15** | **77H** | 04/23 | $8.77 | $6.55 | | | Conservice00000042-43 |
| **16** | **450 K** | 04/23 | $8.77 | $6.55 | | | Conservice00000055-56 |
| **17** | **Modern M** | 04/23 | $7.59 | $6.55 | | | Conservice00000256-57 |
| **18** | **One501** | 04/23 | $8.77 | $6.55 | | | Conservice00000307-08 |
| **19** | **RESA** | 04/23 | $8.77 | $6.55 | | | Conservice00000331-32 |
| **20** | **Hepburn** | 04/23 | $7.59 | $6.55 | | | Conservice00000442-43 |
| **21** | **555** | 09/23 | | | $16.096 | $15.05 | Conservice00000065-66 |
| **22** | **City Ridge** | 09/23 | | | $16.10 | $15.05 | Conservice00000185-86 |
| **23** | **Hartley** | 09/23 | | | $16.10 | $15.05 | Conservice00000430-31 |