# EXHIBIT 8

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

_____________________
)Civil Action No.
LAURA HETTINGER, )1:23-cv-03687-JEB
)
Plaintiff, )
)
v. )
)
BOZZUTO MANAGEMENT )
COMPANY, )
)
Defendant. )
_____________________)

Videotaped Remote 30(b)(6) deposition of
Bozzuto Management Company through the
testimony of
ALEXA SCLAVOUNOS
November 7, 2025
12:01 p.m.

Reported by: Lindsey Russo
Job No. 7727746

experience --
Q. Okay.
A. -- where I was handling them.
Q. Okay. Are you aware --
A. But best of my knowledge, I'm not aware.
Q. Okay. Are you aware of any -- is Bozzuto aware of any situations at other Bozzuto buildings where overcharges have occurred?
A. The -- I'm not aware.
Q. Okay. How many tenants do you think live in the Novel South at any given time?
A. I would say over -- around probably like a thousand. There's 539 units, so each unit, 1 to 1.5 depending on occupancy.
Q. Is that a fair estimate, like, across Bozzuto buildings is 1 to 1.5 per unit?
A. That's just for the Novel South Capitol details.
Q. Okay. How often -- what's the average length of tenancy?

CERTIFICATE OF NOTARY PUBLIC

I, LINDSEY RUSSO, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in shorthand and thereafter reduced to computerized transcription under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.



____________________________.

Notary Public in and for
the District of Columbia

My Commission expires: February 28, 2029