# EXHIBIT 9

UNITED STATES COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LAURA HETTINGER | X | |
| Plaintiff | X | |
| V | X | |
| BOZZUTO MANAGEMENT COMPANY | X | Case No: 1:23-CV-03687-JEB |
| Defendant | X | |

Deposition of LAURA HETTINGER

Friday, October 31, 2025

10:03 a.m.

Job No.: 606153

Pages: 1 - 148

Reported By: Michael Antonio Rodriquez

A. No.
Q. All right.
Your original complaint alleged that Bozzuto does not even disclose the fact that it will charge tenants what is referred to as the complaint as utility rent before they apply.
You recall that allegation?
A. Yes.
Q. And why did you make a that allegation?
A. Well, because I didn't know that all of those utilities were going to be, like, billed as a separate charge until I started receiving bills.
Q. Uhm-hmm. Now, that you've seen the price sheet and the utility addendum, you understand that Bozzuto does disclose the fact that it will charge tenants what you call utility rent?
A. No, because it's not clear on the pricing sheet, too. It just says, like -- it's very vague about how it's included.

Q. Uhm-hmm.
A. Like, I -- it seems like it's part of the base rent because it says residents are responsible for electric. It doesn't say residents are responsible for these ones. It just is -- it makes it seem, like, it's part of the base rent.
Q. Your original complaint alleged -- actually your current complaint alleges, I'm quoting here, "When tenants requests" -- excuse me -- let me start again.
Your complaint alleges, quote, "When tenants request that Conservice inspect their private submeters, Conservice refers them to the Bozzuto without conducting any reasonable investigation or follow-up. In turn, Bozzuto often refers the tenant back to Conservice leaving the tenant helpless. And I'm going in a Merry-go-round of finger pointing and misdirection."
What is the basis for the allegation?

Q. And what about this monthly service fee?
A. No.
Q. Would -- having had those utility related fees been disclosed been important to your decision making process?
A. Yes. Because whenever I will look for apartments, I really do an analysis of how much it's going to cost and how well it fits into my budget so I think I would have been able to make a more informed decision had I known how much it truly was going to cost me.
Q. And when you applied -- when you submitted that rental application, you paid a $75 application fee; is that right?
A. Yes.
Q. Do you view that as another form of financial harm?
A. Yes.
Q. And why?
A. Well, I think because, you know, once I did -- once I paid the application fee

Q. And then can you explain your understanding of your role as a class representative?

A. So my understanding is that I'm representing people like me who have had similar experiences and who have experienced the same harm that I have experienced.

Q. And then can you just describe briefly the time and work that you put in so far to move this case forward?

A. Yes. So I'm here today, I had to take the day off from work. Like I mentioned, in order to prepare for this, I reviewed, like, all of the documentation that's been submitted by us and then also by Bozzuto. And then prior to that, I responded to a lot of interrogatories and other, you know, kind of document requests or approval requests during the discovery period. So I have spent, you know, dozens of hours on this. And, you know, taking time away from my work, which has been very busy. So it is a bit burdensome.

CERTIFICATE OF REPORTER

I, Michael A. Rodriquez, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by the Notary Public; that the testimony of said witness was taken down by me in stenotype and thereafter reduced to typewriting under my supervision; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties thereto, nor financially or otherwise interested in the outcome of the action.

MICHAEL A. RODRIQUEZ, RPR/CP/RMR
FREELANCE VERBATIM REPORTER