# EXHIBIT 10

TYCKO & ZAVAREEI LLP

# Firm Resume

Jonathan Tycko and Hassan Zavareei founded Tycko & Zavareei LLP in 2002 when they left a large national firm to form a private public interest law firm. Since then, a wide range of clients have trusted the firm with their most difficult problems. Those clients include individuals fighting for their rights, tenants' associations battling to preserve decent and affordable housing, consumers seeking redress for unfair business practices, whistleblowers exposing fraud and corruption, and non-profit entities and businesses facing difficult litigation.

The firm' s practice focuses on complex litigation, with a particular emphasis on consumer and other types of class actions, and *qui tam* and False Claims Act litigation. In its class action practice, the firm represent consumers who have been victims of corporate wrongdoing. The firm's attorneys bring a unique perspective to such litigation because many of them trained at major national defense firms where they obtained experience representing corporate defendants in such cases. This unique perspective enables the firm to anticipate and successfully counter the strategies commonly employed by corporate counsel defending class action litigation. Tycko & Zavareei LLP's attorneys have successfully obtained class certification, been appointed class counsel, and obtained approval of class action settlements with common funds totaling over $500 million.

Tycko & Zavareei LLP's twenty attorneys graduated from some of the nation's finest law schools, including Harvard Law School, Columbia Law School, Duke University School of Law, UC Berkeley School of Law, UC Hastings College of the Law, Georgetown Law, the University of Michigan Law School, and the University of Miami School of Law. They have served in prestigious clerkships for federal and state trial and appellate judges and have worked for low-income clients through competitive public interest fellowships. The firm's diversity makes it a leader amongst its peers, and the firm actively and successfully recruits attorneys who are women, people of color, and LGBTQ. To support its mission of litigating in the public interest, Tycko & Zavareei LLP offers a unique public interest fellowship for recent law graduates. Tycko & Zavareei LLP's attorneys practice in state and federal courts across the nation.

# Representative Cases

*U.S. ex rel. Thompson v. Acadia Healthcare Company Inc., et al.,* **Case No. 2:18-cv-543-FtM-38CM (MDFL).** Tycko & Zavareei LLP represented one of the whistleblowers/relators in this case under the False Claims Act which led to a nearly $20 million settlement against Acadia Healthcare Company, Inc., and a 19% reward to the whistleblowers.

*Lisa Tabak, et al. v. Apple, Inc.,* **No. 19-cv-02455-JST (N.D. Cal).** TZ, as Co-Class Counsel, represented plaintiffs claiming that an alleged audio defect impacted the functionality of the audio systems in iPhone 7 and iPhone 7 Plus models achieving a $35 million settlement.

*Andrea Stevenson v. Allstate Insurance Co et al.*, **No. 4:15-cv-04788-YGR (N.D. Cal).** TZ and co-counsel secured a win for over 1.2 million California insurance customers with the approval of a $25 million class action settlement involving Allstate Insurance Company.

*Harris, et al. v. Farmers Insurance Exchange and Mid-Century Insurance Company*, **Case No.: BC579498 (Sup. Ct. Cal., Los Angeles Cty.).** TZ successfully represented plaintiffs in this class action lawsuit against Farmers Insurance Exchange and Mid-Century Insurance Company for the use of price optimization and elasticity of demand methodologies resulting in a $15 million settlement.

*Alexander v. Carrington Mortgage Services, LLC*, **Case No.: 1:20-cv-02369-RDB in the United States (D. Md.)** Carrington Mortgage Services, LLC came to a settlement with borrowers, ending its "pay to pay" practices and agreeing to provide cash payments to members of the class action.

TYCKO & ZAVAREEI LLP

*Susan Wang, et al. v. Stub Hub, Inc.,* **Case No.: CGC-18-564120 (Sup. Ct. Cal. San Francisco Cnty.)** StubHub agreed to pay $2.5 million in cash and provide $20 million in credit to resolve claims it deceived consumers by falsely advertising low ticket prices.

*Lundy et al. v. Meta Platforms, Inc.*, **Case No.: 3:18-CV-06793-JD (N.D. Cal).** This $37.5 million settlement addresses claims that Meta unlawfully collected and inferred precise location information.

*Vergara v. Uber Technologies, Inc.*, **No. 1:15-cv-06972 (N.D. Ill.).** Tycko & Zavareei LLP served as Co-Lead Counsel in this case under the Telephone Consumer Protection Act, obtaining a class settlement of $20 million.

*Farrell v. Bank of America, N.A.*, **No. 16-cv-000492 (S.D. Cal.).** As Co-Lead Counsel, Tycko & Zavareei LLP obtained a settlement valued at $66.6 million plus injunctive relief valued at $1.2 billion.

*In re TD Bank, N.A. Debit Card Overdraft Fee Litigation*, **No. 15-mn-02613 (D.S.C.).** Tycko & Zavareei LLP serves on the Plaintiffs Executive Committee in this case challenging TD Bank' s overdraft fee practices. Tycko & Zavareei LLP assisted in obtaining a $70 million class settlement.

*In re Higher One Account Marketing & Sales Practices Litigation*, **No. 12-md-02407 (D. Conn.).** As Lead Counsel, Tycko & Zavareei LLP helped secure a $15 million common fund settlement with significant changes to business practices for illegal debit card fees.

*Duval v. Citizens Financial Group, Inc.,* **No. 10-cv-21080 (S.D. Fla.).** Tycko & Zavareei LLP was appointed Class Counsel and obtained a common fund settlement of $137.5 million.

*In re American Psychological Association Assessment Fee Litigation,* **No. 12-md-02407 (D. Conn.).** As Lead Counsel, Tycko & Zavareei LLP helped secure a $15 million common fund settlement with significant changes to business practices for illegal debit card fees.

*Lloyd v. Navy Federal Credit Union*, **No. 17-cv-1280 (S.D. Cal.).** As Co-Lead Counsel, Tycko & Zavareei LLP helped secure a $24.5 million common fund settlement on behalf of a class of NFCU customers harmed by the credit union's overdraft fee practices.

*Morgan v. Apple, Inc.,* **No. 17-cv-5277 (N.D. Cal.),** *Simmons v. Apple Inc.*, **No. 17CV312251 (Sup. Ct. Ca., Santa Clara Cnty.).** Tycko & Zavareei LLP is currently serving as Lead Counsel in this class action challenging Apple's deceptive marketing of Powerbeats headphones and secured a $9.75 million settlement for the class.

*Wallace v. Wells Fargo Bank, N.A.*, **No. 17CV31775 (Sup. Ct. Ca., Santa Clara Cty.).** Tycko & Zavareei LLP serve as Co-Lead Counsel in this case against Wells Fargo's overdraft fee practices. Tycko & Zavareei LLP helped secure a $10.5 million common fund class settlement.

*Roberts v. Capital One Financial Corporation*, **No. 16-cv-04841 (S.D.N.Y.).** As Co-Lead Counsel, Tycko & Zavareei LLP helped secure a $17 million settlement for Capital One customers forced to pay excessive overdraft fees.

*Hamm v. Sharp Electronics Corp.*, **No. 19-cv-488 (M.D. Fla.).** Tycko & Zavareei LLP was appointed Co-Lead Counsel and was instrumental in providing relief valued at $109 million for class members exposed to a product defect in certain Sharp Microwave Drawer Ovens.

*Mascaro v. TD Bank, N.A.*, **No. 10-cv-21117 (S.D. Fla.).** Tycko & Zavareei LLP was appointed Class Counsel and was instrumental in obtaining a $62 million common fund on behalf of the class.

*Bodnar v. Bank of America, N.A.*, **No. 5:14-cv-03224 (E.D. Pa.),** Tycko & Zavareei LLP served as lead Counsel and obtained a $27.5 million class settlement and significant injunctive relief.

*In Re JUUL Labs, Inc. Marketing, Sales Practices, and Products Liability Litigation,* **No.: 19-md-02913-WHO (N.D. Cal.),** Tycko & Zavareei LLP served on the Plaintiffs Steering Committee obtaining a $300 million class settlement.

*In re: T-Mobile Customer Data Security Breach Litigation*, **MDL No. 3019, No. 4:21-MD-03019-BCW (W.D. Mo.),** Tycko & Zavareei LLP was named leadership in this MDL, challenging T-Mobile's failure to keep confidential the PII for millions of its customers securing a $350 million settlement.

*LaBella et al v. Apple Inc*, **No. 5:24-cv-07588-NW (N.D. Cal.),** Tycko & Zavareei LLP was named leadership in this class action lawsuit against Apple for selling defective Gen. 1 AirPods Pros to consumers.

TYCKO & ZAVAREEI LLP

## Our Diversity

Tycko & Zavareei LLP is committed to fostering an equitable, diverse, and inclusive work environment. We believe that a diverse team significantly improves our work product and ability to innovate, enhances our ability to serve our clients, and strengthens our ability to attract talented individuals. We strive to maintain a culture that celebrates the strengths of every team member. The firm engages in ongoing efforts to foster a culture of mutual respect and attract, retain, and promote outstanding lawyers and staff from all backgrounds, perspectives, and abilities.

Our team was honored with the 2022 Diversity Initiative Award from The National Law Journal's Elite Trial Lawyers recognition program.

## Tycko & Zavareei LLP's Firm Breakdown:

### Attorneys

- **64%** of attorneys identify as women
- **80%** of partners identify as women
- **36%** of attorneys identify as persons of color
- **27%** of attorneys identify as LGBTQIA+

### Attorneys and Staff

- **82%** identify as women
- **36%** identify as persons of color
- **36%** identify as LGBTQIA+

TYCKO & ZAVAREEI LLP

# Hassan A. Zavareei


## Partner

202.973.0900
hzavareei@tzlegal.com




Mr. Zavareei has devoted the last two decades to recovering hundreds of millions of dollars on behalf of consumers and workers. He has served in leadership roles in dozens of class action cases and has been appointed Class Counsel on behalf of numerous litigation and settlement classes. An accomplished and experienced attorney, Mr. Zavareei has litigated in state and federal courts across the nation in a wide range of practice areas; tried several cases to verdict; and successfully argued numerous appeals, including in the D.C. Circuit, the Fourth Circuit, and the Fifth Circuit. He also recently argued before the United States Supreme Court.

After graduating from UC Berkeley School of Law, Mr. Zavareei joined the Washington, D.C. office of Gibson, Dunn & Crutcher LLP. There, he managed the defense of a nationwide class action brought against a major insurance carrier, along with other complex civil matters. In 2002, Mr. Zavareei founded Tycko & Zavareei LLP with his partner Jonathan Tycko.

Mr. Zavareei has served as lead counsel or co-counsel in dozens of class actions involving deceptive business practices, defective products, and/or privacy. He has been appointed to leadership roles in multiple cases. As Lead Counsel in an MDL against a financial services company that provided predatory debit cards to college students, Mr. Zavareei spearheaded a fifteen-million-dollar recovery for class members. He is currently serving as Co-Lead Counsel in consolidated proceedings against Fifth Third Bank, and on the Plaintiffs' Executive Committee in MDL litigation against TD Bank.

As Co-Lead Counsel in *Farrell v. Bank of America*, a case challenging Bank of America's punitive overdraft fees, Mr. Zavareei secured a class settlement valued at $66.6 million in cash and debt relief, together with injunctive relief forcing the bank to change a practice that will save millions of low-income consumers approximately $1.2 billion in overdraft fees. In his Order granting final approval, Judge Lorenz of the U.S. District Court for the Southern District of California described the outcome as a "remarkable" accomplishment achieved through "tenacity and great skill."

Mr. Zavareei is a highly sought after speaker on class action litigation and has taught numerous CLE courses across the country.

### Education

UC Berkeley School of Law, 1995, Order of the Coif

Duke University, 1990, *cum laude*

### Bar Admissions

California
District of Columbia
Maryland
Supreme Court of the United States

### Leadership

Public Justice, Emeritus Board
NCLC, Partners Council

### Awards

2025 Chambers USA, Band 1
2023 Chambers USA, Band 1
2022 Law360 Titan of Plaintiffs Bar
2021 Law360 Class Action MVP
Selected to 2012-2024 Washington, D.C. Super Lawyers List

### Presentations & Publications

Witness Before the Subcommittee on the Constitution and Civil Justice, 115th Congress

Witness Before the Civil Rules Advisory Committee, 2018, 2019

Editor, Duke Law School Center for Judicial Studies, Guidance on New Rule 23 Settlement Provisions

TYCKO & ZAVAREEI LLP



# Andrea R. Gold

Partner
202.973.0900
agold@tzlegal.com

Andrea Gold has spent her legal career advocating for consumers, employees, and whistleblowers. Ms. Gold has litigated numerous complex cases, including through trial. Her extensive litigation experience benefits the firm's clients in both national class action cases as well as in qui tam whistleblower litigation. She has served as trial counsel in two lengthy jury trials.

In her class action practice, Ms. Gold has successfully defended dispositive motions, navigated complex discovery, worked closely with leading experts, and obtained contested class certification. Her class action cases have involved, amongst other things, unlawful bank fees, product defects, violations of the Telephone Consumer Protection Act, and deceptive advertising and sales practices.

Ms. Gold also has significant civil rights experience. She has represented individuals and groups of employees in employment litigation, obtaining substantial recoveries for employees who have faced discrimination, harassment, and other wrongful conduct. In addition, Ms. Gold has appellate experience in both state and federal court.

Prior to joining Tycko & Zavareei LLP, Ms. Gold was a Skadden fellow. The Skadden Fellowship Foundation was created by Skadden, Arps, Slate, Meagher & Flom LLP, one of the nation's top law firms, to support the work of new attorneys at public interest organizations around the country. Ms. Gold earned her law degree from the University of Michigan Law School, where she was an associate editor of the Journal of Law Reform, co-President of the Law Students for Reproductive Choice, and a student attorney at the Family Law Project clinical program. Ms. Gold graduated with high distinction from the University of Michigan Ross School of Business in 2001, concentrating her studies in Finance and Marketing.

## Education

University of Michigan Law School, 2004
University of Michigan, Ross School of Business, 2001

## Bar Admissions

District of Columbia
Illinois
Maryland
Supreme Court of the United States

## Memberships

American Association for Justice
National Associate of Consumer Advocates
National Employment Lawyers Association
Public Justice
Taxpayers Against Fraud Education Fund

## Awards

Selected to 2022, 2023, and 2024 Washington, D.C. Super Lawyers List

National Trial Lawyers, Top 100 Civil Plaintiff Lawyers, 2020

Selected to 2013 & 2014 Washington, D.C. Super Lawyers Rising Stars List

Skadden Fellow, Skadden Arps Slate Meagher & Flom LLP, 2004-2006

TYCKO & ZAVAREEI LLP

# Jonathan Tycko

Partner
202.973.0900
jtycko@tzlegal.com



In his 29 years of practice, Jonathan Tycko has represented a wide range of clients, including individuals, Fortune 500 companies, privately held business, and non-profit associations, in both trial and appellate courts around the country. Although he continues to handle a variety of cases, his current practice is focused primarily on helping whistleblowers expose fraud and corruption through *qui tam* litigation under the False Claims Act and other similar whistleblower statutes. Mr. Tycko's whistleblower clients have brought to light hundreds of millions of dollars in fraud in cases involving healthcare, government contracts, and customs duties, banking, and tax. He is a frequent author and speaker on issues relating to whistleblower cases.

Prior to founding Tycko & Zavareei LLP in 2002, Mr. Tycko was with Gibson, Dunn & Crutcher LLP, one of the nation's top law firms. He received his law degree in 1992 from Columbia University Law School, and earned a B.A. degree, with honors, in 1989 from The Johns Hopkins University. After graduating from law school, Mr. Tycko served for two years as law clerk to Judge Alexander Harvey, II, of the United States District Court for the District of Maryland.

In addition to his private practice, Mr. Tycko is an active participant in other law-related and community activities. He has served as Co-Chair of the Education Committee of the Taxpayers Against Fraud Education Fund, charged with planning the premier annual conference of whistleblower attorneys and their counterparts at the United States Department of Justice and other government agencies. He has taught as an Adjunct Professor at the George Washington University Law School. He is a former member and Chairperson of the Rules of Professional Conduct Review Committee of the District of Columbia Bar, where he helped draft the ethics rules governing members of the bar. And Mr. Tycko was a long-time member of the Board of Trustees of Studio Theatre, one of the D.C. area's top non-profit theaters. Mr. Tycko is admitted to practice before the courts of the District of Columbia, Maryland, and New York, as well as before numerous federal courts around the country.

## Education

Columbia University Law School, 1992
The Johns Hopkins University, 1989, with Honors

## Bar Admissions

Colorado
District of Columbia
Maryland
New York
Supreme Court of the United States

## Memberships

Law360 Government Contracts Editorial Board Member
American Association for Justice
Public Justice
Taxpayers Against Fraud Education Fund (TAFEF)

## Awards and Honors

2020 National Law Review Go-To Thought Leader Award for False Claims Act

Super Lawyers, 2012-current

Member of the D.C. Bar Leadership Academy

Stone Scholar (all three years), Columbia Law School Thomas E. Dewey Prize for Best Brief, Harlan Fiske Stone Moot Court Competition, Columbia Law School

TYCKO & ZAVAREEI LLP

# Annick M. Persinger



## Partner

510.254.6808
apersinger@tzlegal.com

Annick M. Persinger leads Tycko & Zavareei LLP's California offices as California's Managing Partner. While at Tycko & Zavareei LLP, Ms. Persinger has dedicated her practice to utilizing California's prohibitions against unfair competition and false advertising to advocate for consumers. Ms. Persinger has taken on financial institutions, companies that take advantage of consumers with deceptive advertising, tech companies that disregard user privacy, companies that sell defective products, and mortgage loan servicers. Ms. Persinger also represents whistleblowers who expose their employer's fraudulent practices.

Ms. Persinger graduated magna cum laude as a member of the Order of the Coif from the University of California, College of the Law, San Francisco in 2010. While in law school, Ms. Persinger served as a member of Hastings Women's Law Journal, and authored two published articles. In 2008, Ms. Persinger received an award for Best Oral Argument in the first year moot court competition. In 2007, Ms. Persinger graduated *cum laude* from the University of California, San Diego with a B.A. in Sociology, and minors in Law & Society and Psychology.

Following law school, Ms. Persinger worked as a legal research attorney for Judge John E. Munter in Complex Litigation at the San Francisco Superior Court.

Ms. Persinger served as an elected board member of the Bay Area Lawyers for Individual Freedom (BALIF) from 2017 to 2019, and as Co-Chair of BALIF from 2018 to 2019. During her term on the BALIF Board of Directors, Ms. Persinger advocated for LGBTQI community members with intersectional identities, and promoted anti-racism and anti-genderism. Ms. Persinger now serves as a Steering Committee member for the Cambridge Forum on Plaintiffs Food Fraud Litigation.

### Education

University of California College of the Law, San Francisco, 2010, *magna cum laude,* Order of the Coif
University of California San Diego, 2007, *cum laude*

### Bar Admissions

California

### Memberships

American Association for Justice
Plaintiffs Food Fraud Litigation, 2020 Steering Committee Member
Public Justice

### Awards

Elite Women of the Plaintiffs Bar (2022)

Super Lawyer, Rising Star 2020

University of California College of the Law, San Francisco, Best Oral Argument 2008

TYCKO & ZAVAREEI LLP

# Sabita J. Soneji




## Partner

510.254.6808
ssoneji@tzlegal.com


In 23 years of practice, Sabita J. Soneji has developed extensive experience in litigation and legal policy at both the federal and state level and a passion for fighting consumer fraud. Now a Partner in Tycko & Zavareei LLP's Oakland office, she focuses on consumer protection class actions and whistleblower litigation. In addition to her success leading cases involving payday loans and predatory student lending products and cases against crypto currency platforms that fail to protect customer funds, Ms. Soneji served in leadership and helped settle multi-district litigation against Juul, for its manufacture and marketing to youth of an addictive nicotine product. Ms. Soneji has achieved significant results for consumers harmed by massive data breaches and corporate practices that collect and monetize user data without consent. She serves as head of the firm s Privacy and Data Breach Group.

Ms. Soneji began her impact work during her time with the United States Department of Justice, as Senior Counsel to the Assistant Attorney General. In that role, she oversaw civil and criminal prosecution of various forms of financial fraud that arose in the wake of the 2008 recession. For that work, Ms. Soneji partnered with other federal agencies, state attorneys general, and consumer advocacy groups. Beyond that affirmative work, Ms. Soneji worked to defend various federal programs, including the Affordable Care Act in nationwide litigation.

Ms. Soneji has extensive civil litigation experience from her four years with international law firm, her work as an Assistant United States Attorney in the Northern District of California, and from serving as Deputy County Counsel for Santa Clara County, handling civil litigation on behalf of the County including regulatory, civil rights, and employment matters. She has successfully argued motions and conducted trials in both state and federal court and negotiated settlements in complex multi- party disputes.

Early in her career, Ms. Soneji clerked for the Honorable Gladys Kessler on the United States District Court for the District of Columbia, during which she assisted the judge in overseeing the largest civil case in American history, *United States v. Phillip Morris, et al.*, a civil RICO case brought against major tobacco manufacturers for fraud in the marketing, sale, and design of cigarettes. The opinion in that case paved the way for Congress to authorize FDA regulation of cigarettes.

Ms. Soneji is a graduate of the University of Houston, *summa cum laude*, with degrees in Math and Political Science, and Georgetown University Law Center, *magna cum laude*.

## Education

Georgetown University Law Center, 2002 *magna cum laude*
University of Houston, 1997, *summa cum laude*

## Bar Admissions

District of Columbia
California
Supreme Court of the United States

## Memberships

Ninth Circuit Judicial Council Lawyer Representative for the Northern District of California, 2023-2025
Law360 Diversity & Inclusion Editorial Advisory Board Member, 2022-2023
American Association for Justice
Public Justice, 2022-2024 Exec Member of the Board of Directors
Impact Fund
Taxpayers Against Fraud Education Fund (TAFEF)

## Awards

Attorney General's Award 2014

## Presentations & Publications

"FTC investigation of ChatGPT a win for consumers", *The Daily Journal* (July 24, 2023)

TYCKO & ZAVAREEI LLP



# Renée Brooker


Partner

202.417.3664
reneebrooker@tzlegal.com


Bringing 30 years of practice, knowledge, and expertise as a former prosecutor in a senior leadership position at the United States Department of Justice, Renée Brooker is now representing whistleblowers. While at the Department of Justice for over two decades, Ms. Brooker was responsible for billions of dollars in recoveries under whistleblower laws. As an accomplished and experienced attorney, Ms. Brooker has advised and represented whistleblowers under the False Claims Act (FCA), the Anti- Kickback Statute and Stark Law, FIRREA (bank fraud, mail, and wire fraud), the Financial Institutions Anti-Fraud Enforcement Act (FIAFE), and the Whistleblower Programs of the SEC, the CFTC, and the IRS.

As Assistant Director within the Civil Division of the United States Department of Justice, Ms. Brooker was responsible for sizeable recoveries and successful judgments under the False Claims Act, FIRREA, and civil RICO in almost every industry: pharmaceutical, health care, defense, financial services, government procurement, small business, insurance, tobacco products, and higher education.

Ms. Brooker received her law degree in 1990 from Georgetown University Law Center, and a B.S. degree in 1987 from Temple University. After graduating from Georgetown, Ms. Brooker served as a Law Clerk to Judge Noël Kramer in the District of Columbia for one year before joining the United States Department of Education as an attorney. Ms. Brooker was hired as part of the enforcement response to Congressional investigations of fraud in federal student aid programs affecting consumers and taxpayers. Prior to joining Tycko & Zavareei LLP in 2020, Ms. Brooker worked at another prominent whistleblower firm where she advised and represented whistleblowers while expanding the firm's whistleblower practice. Ms. Brooker also served as a member of the United States Department of Justice-appointed Independent Corporate Compliance Monitor and Auditor for Volkswagen under its Plea Agreement and Consent Decree with the United States Department of Justice.

## Education

Georgetown University Law Center, 1990
Temple University, 1987

## Bar Admissions

District of Columbia
Pennsylvania

## Memberships

Taxpayers Against Fraud Education Fund (TAFEF)

Board Member, Federal Bar Association Qui Tam Section

National Employment Lawyers Association (NELA)

## Awards

Selected to 2023 and 2024 Washington, D.C. Super Lawyers List

Department of Justice Commendation Award for recovering billions of dollars under the Big Lender Initiative, 2016

Council of the Inspectors General on Integrity and Efficiency Award for Excellence for $1.2 billion False Claims Act settlement with Wells Fargo, 2016

Department of Justice Award for a record of outstanding actions and accomplishments, 2015

Attorney General's Award for Fraud Prevention, 2011

Department of Justice Award for prosecuting Big Tobacco under RICO, 2005

TYCKO & ZAVAREEI LLP



# Eva Gunasekera


## Partner

202.417.3655
eva@tzlegal.com


Bringing 16 years of complex litigation experience practice, Eva Gunasekera, the former Senior Counsel for Health Care Fraud at the United States Department of Justice, is now representing whistleblowers. Ms. Gunasekera has spent the better part of her career enforcing the False Claims Act and the Stark and Anti-Kickback laws.

Highly strategic, Ms. Gunasekera has many notable successes under her belt, sizeable recoveries under the False Claims Act, and has held companies accountable for fraudulent conduct that harmed important government programs such as Medicare and Medicaid. With deep health care fraud expertise, she has investigated, litigated, and settled cases involving all federal health care programs (Medicare, Medicaid, TRICARE, FEHB). Ms. Gunasekera is an expert on analyzing complex health care data sets, including Medicare and Medicaid payment data and trends, to identify potentially fraudulent practices. She has enforced anti-fraud laws and represented whistleblowers across industries: pharmaceutical manufacturers, health care providers, hospitals, physicians, physician groups, laboratories, managed care, pharmacies, hospice and nursing home providers, financial institutions, government suppliers, automotive, small businesses, and defense contractors. Many of her investigations involved parallel criminal proceedings and compliance and whistleblower programs of health care organizations, including those subjected to Corporate Integrity Agreements and oversight by Independent Review Organizations, as required by the U.S. Department of Health and Human Services, Office of Inspector General (HHS-OIG).

After graduating with her Master's in Public Administration from Ohio University, and from Georgetown University Law Center, Ms. Gunasekera practiced law at two international law firms. She acted as second chair during administrative trials and handled complex commercial litigation. Ms. Gunasekera also played a significant role on the team that represented the Enron Creditors Recovery Corp in the bankruptcy proceeding, successfully returning billions of dollars to creditors in the wake of the Enron scandal. Further, Ms. Gunasekera represented clients in pro bono matters, including the successful defense of an individual seeking asylum and as guardian ad litem for three children.

### Education

Georgetown University Law Center, 2004
Ohio University, M.A., 2001
Ohio University, B.A, 2000

### Bar Admissions

District of Columbia
Ohio

### Memberships

Taxpayers Against Fraud Education Fund (TAFEF)

Federal Bar Association Qui Tam Section

### Presentations & Publications

Quoted in, "They Entered Treatment. Drugs, Overdoses and Deaths Followed," The New York Times (December 20, 2024)

New Fraud in America (TAF Coalition): Blowing the Whistle to Protect Vulnerable Patients (2024)

Quoted in: They Lost Their Legs. Doctors and Health Care Giants Profited, The New York Times (July 15, 2023)

Whistleblower Rewards 101" – Scottsdale (Arizona) Bar Association (March 9, 2021)

TYCKO & ZAVAREEI LLP



# Katherine M. Aizpuru

Partner
202.973.0900
kaizpuru@tzlegal.com

Katherine M. Aizpuru is a Partner in Tycko &Zavareei LLP's Washington, D.C. office. Her practice focuses on protecting consumers and whistleblowers from fraudulent and unfair practices. Ms. Aizpuru has fought predatory financial institutions and mortgage servicers that wrongfully took money from consumers, service providers that snuck junk fees into their invoices, and tech companies that violated user privacy. She has also represented whistleblowers who exposed illegal practices in the healthcare industry. Ms. Aizpuru has taken on some of the world's most prominent corporations and financial institutions and has recovered millions of dollars for consumers.

Before joining Tycko & Zavareei LLP as a partner in 2024, Ms. Aizpuru litigated on behalf of consumers in the Federal Trade Commission's Division of Financial Practices. There, she led the FTC's first ever case against a cryptocurrency company and its former executives. She also secured settlements that shut down a pair of student debt relief scams, required the defendants to turn over their assets including personal bank accounts, vehicles, and properties for consumer redress, and banned the principals from working in the debt relief industry. Ms. Aizpuru's other work at the FTC included investigations involving fair lending, dark patterns, and unfair and deceptive practices in the fintech and auto sales industries. Ms. Aizpuru also served as a trial attorney at the Department of Justice, where she represented federal agencies, such as the U.S. Section of the International Boundary and Water Commission, the Kennedy Center for the Performing Arts, and the Defense Health Agency, in complex litigation and bankruptcy proceedings.

Ms. Aizpuru was an associate at Tycko & Zavareei LLP from 2017 to 2021. She earned her law degree cum laude from Harvard Law School and clerked for the Honorable Catharine F. Easterly on the District of Columbia Court of Appeals and the Honorable Theodore D. Chuang on the U.S. District Court for the District of Maryland. Prior to law school, Ms. Aizpuru graduated with a Bachelor of Arts with High Honors from Swarthmore College.

## Education

Harvard Law School, 2014

Swarthmore College, 2010, High Honors

## Bar Admissions

District of Columbia
Ohio
Massachusetts
New York
U.S. District Courts for the Districts of Colorado, D.C., Maryland, Massachusetts, Eastern District of New York, Southern District of New York
U.S. Courts of Appeals for the Fourth, Second, and Seventh Circuits

## Awards

2023 Director's Award, Federal Trade Commission, Bureau of Consumer Protection, in recognition of outstanding contributions to the Bureau.

Selected to 2020 & 2021 Washington, D.C. Super Lawyers Rising Stars List.

TYCKO & ZAVAREEI LLP

# Shana Khader



Partner
202.973.0900
skhader@tzlegal.com

Shana Khader is a Partner in Tycko & Zavareei LLP's Washington, D.C. office where she represents consumers, employees, and whistleblowers in litigation across the country. She is an experienced public interest advocate who has dedicated her career to preserving access to justice and serving the public good. Ms. Khader's work has ranged from defending poor people against abusive debt collection litigation in the Bronx to winning cases for immigrant workers in Texas, to community organizing and protecting international human rights. Throughout her career, she has used the legal system creatively to challenge abuses of power and to seek justice on behalf of traditionally marginalized communities and poor people.

Since joining Tycko & Zavareei in 2022, Ms. Khader has represented the District of Columbia in litigation challenging a corporation's unfair hidden fees, fought for people across the country who paid triple-digit interest rates on predatory payday loans, and secured meaningful relief for consumers whose data was stolen. She maintains a diverse docket centering on class action litigation, testing innovative legal theories to change corporate practices that harm regular people every day. She has obtained favorable decisions and verdicts on behalf of her clients in state and federal court.

Prior to joining Tycko & Zavareei, Ms. Khader served as a Senior Managing Attorney at the Equal Justice Center, Director of Legal Services at Workers Defense Project, and as a Consumer Protection Attorney at the New York Legal Assistance Group. She has interned at the ACLU Immigrants' Rights Project and the Inter-American Court of Human Rights.

Ms. Khader graduated with academic honors from Columbia University School of Law. She served as a judicial law clerk in the Southern District of New York to the Honorable Debra C. Freeman.

While living in Texas, Ms. Khader was appointed to the Dallas Civil Service Board, served on the board of the Dallas-Fort Worth chapter of the National Employment Lawyers Association, and was selected for the Latino Center for Leadership Development Leadership Academy. She is fluent in Spanish and is particularly passionate about issues affecting immigrant communities.

### Education

Columbia University School of Law, 2011, James Kent Scholar
Occidental College, 2005, *magna cum laude*

### Bar Admissions

District of Columbia
New York
Texas

### Memberships

American Association for Justice
National Employment Lawyers Association
Public Justice

### Awards

Kirkland & Ellis New York City Public Service Fellow
Hamilton Fellow

### Presentations & Publications

Shana Khader & Kristen Simplicio, The Next Chapter in Employee Misclassification, *Trial Magazine* (January 2024)

Taking the Sex out of Sexual Harassment: Why the Equal Opportunity Harasser Defense Should be Eliminated. *Columbia Gender and Sexuality Law Journal Online*, Spring 2011.

TYCKO & ZAVAREEI LLP

# Gemma Seidita

## Associate

202.973.0900
gseidita@tzlegal.com



Gemma Seidita is an associate in the Washington, D.C. office where she focuses on civil rights cases and advocating for whistleblowers and consumers.

Prior to joining Tycko & Zavareei LLP in 2022, Ms. Seidita was an associate in the Washington, D.C. office of Cooley LLP, where she represented clients in complex commercial litigation and investigations, including cases involving securities, trade secret, and unfair competition claims. At Cooley, Ms. Seidita maintained an active pro bono practice in civil rights and immigration areas. Ms. Seidita was a member of the trial team in the historic federal *Sines v. Kessler* litigation where white supremacists were put on trial for their conspiratorial actions in planning and committing violence at the Unite the Right rally in Charlottesville, Virginia.

Ms. Seidita graduated from Duke University School of Law in 2018 where she earned a J.D. and an LLM in international and comparative law. While in law school, she served as a Research Editor for the Duke Environmental Law and Policy Forum. Ms. Seidita received her Bachelor of Arts in Foreign Affairs from the University of Virginia in 2015.

### Education

Duke University School of Law, 2018, c*um laude*
University of Virginia, 2015, with Distinction

### Bar Admissions

California
District of Columbia
Massachusetts

### Memberships

Public Justice

TYCKO & ZAVAREEI LLP

# Jaclyn S. Tayabji

Associate
202.973.0900
jtayabji@tzlegal.com



Jaclyn Tayabji is an Associate in the Washington D.C. office. She was the 2021-2023 Public Interest Fellow at Tycko & Zavareei LLP. Jaclyn received her J.D. *magna cum laude* from Boston University School of Law in 2021. While in law school, Jaclyn embraced experiential learning opportunities and consistently utilized her legal skills to promote the public interest. Jaclyn completed a legal internship in the Consumer Protection Division of the Massachusetts Attorney General's Office and a judicial externship with the Honorable Vickie L. Henry on the Massachusetts Appeals Court. As a Student Attorney in the Access to Justice Civil Litigation Clinic, Jaclyn represented low-income clients in various civil disputes, including defending tenants in summary process evictions and facilitating discovery production in a federal employment discrimination case.

In law school, Jaclyn served as an Editor for the *Boston University Law Review* and was elected to leadership positions in the Middle Eastern & South Asian Law Students Association, the International Law Society, and the Public Interest Project. Jaclyn was also selected to serve on the Public Interest Committee alongside fellow students, faculty, and staff to review the policies and programs related to public service offerings at Boston University School of Law and to advocate for institutional resources.

Jaclyn received her B.A. in International Studies and African Studies from Emory University in 2016. Prior to law school, Jaclyn served with the Peace Corps in Malawi and subsequently worked as a Recovery Coach through the inaugural AmeriCorps-Police Assisted Addiction & Recovery Initiative program.

### Education

Boston University School of Law, 2021, *magna cum laude*
Emory University, 2016

### Bar Admissions

Colorado
District of Columbia

### Memberships

Public Justice

### Awards

Selected to 2024 Washington, D.C. Super Lawyers Rising Stars List

Ranked in 2024 Best Lawyers Ones to Watch

Ranked in 2025 Best Lawyers Ones to Watch

### Presentations & Publications

Co-Authored with Renée Brooker, All Hands-on Deck: The Role of Government Employees as Qui Tam Relators, University of Cincinnati Law Review (May 11, 2023)

Co-Authored with Renée Brooker, The ABCs of Qui Tam Actions, Trial (January 2023)

Rehabilitation Under the Rehabilitation Act: The Case for Medication-Assisted Treatment in Federal Correctional Facilities, 101 B.U. L. REV. ONLINE 79 (2021)

TYCKO & ZAVAREEI LLP

# Robert Devling



Associate
202.769.4991
rdevling@tzlegal.com

Robert (Rob) Devling is an Associate in the Washington, D.C. office. Rob holds a JD from Washington University School of Law, graduating in 2021 with honors.

Prior to joining TZ, Rob worked at the DC office of Squire Patton Boggs where he was an associate in the firm's litigation practice group, focusing on complex litigation matters including consumer protection class actions.

Prior to joining Squire, Rob served as a judicial clerk to the Hon. Eric Clay of the U.S. Court of Appeals for the Sixth Circuit. During law school he completed legal internships with a class action litigation firm, the Federal Public Defender for the Southern District of Illinois, the St. Louis City Public Defenders Office, as well as the Housing Partnership Equity Trust in DC. Prior to law school, Rob interned at the U.S. Supreme Court, in the Office of Sen. Chuck Schumer, and in the DOJ, and received his B.A. in Politics, *magna cum laude*, from NYU.

## Education

Washington University School of Law, 2021, with honors

New York University, 2017, *magna cum laude*

## Bar Admissions

District of Columbia

## Memberships

Public Justice

TYCKO & ZAVAREEI LLP

# Tyler Ritchie

## Associate

202.796.4344
tritchie@tzlegal.com



Prior to joining Tycko & Zavareei LLP, Tyler Ritchie was a legal fellow at the National Student Legal Defense Network, where he represented students in class action litigation stemming from universities' false advertising. He also litigated cases under the Administrative Procedures Act and Freedom of Information Act.

Tyler graduated with honors from Columbia Law School in 2023, where he was a Berger Public Interest/Public Service Fellow. While in law school, Tyler served as Design & Layout Editor of the Columbia Journal of Law & Social Problems. He interned at the Consumer Protection Bureau of the Federal Trade Commission and the Civil Rights Division of the U.S. Department of Justice.

Prior to law school, Tyler was a high school teacher for eight years, teaching U.S. history and U.S. government. He received a Bachelor of Arts *summa cum laude* in history from Vanderbilt University and a Master of Arts in history from Brandeis University.

### Education

Columbia Law School, 2023, with honors

Brandeis University, M.A., 2012

Vanderbilt University, B.A., 2008, *summa cum laude*

### Bar Admissions

District of Columbia

### Memberships

Public Justice

# David W. Lawler

## Of Counsel

202.973.0900
dlawler@tzlegal.com



Mr. Lawler earned his degrees from the University of California, Berkeley, and Creighton University Law School. With over 25 years of legal experience, he has handled every stage of litigation, from pre-filing investigations to trial.

Since joining Tycko & Zavareei in 2012, Mr. Lawler has represented consumers across diverse practice areas, including product liability, false advertising, deceptive and unfair trade practices, data breaches, and antitrust class action litigation. He is an active member of the District of Columbia Bar.

Among Mr. Lawler's career achievements include the co-drafting of appellate briefs which resulted in rare reversal and entry of judgment in favor of client, US Court of Appeals for the Fourth Circuit. Mr. Lawler is a member of the District of Columbia Bar, as well as numerous federal courts.

### Education

Creighton University School of Law, 1997

University of California, Berkeley, 1989

### Bar Admissions

District of Columbia

### Awards

Selected to 2025 Washington, D.C. Super Lawyers List

### Memberships

American Association for Justice
Public Justice

TYCKO & ZAVAREEI LLP

# F.Peter Silva II




## Of Counsel

202.973.0900
psilva@tzlegal.com


Peter Silva is a zealous advocate for consumers, workers, and individuals whose rights have been violated by the government, employers, and financial institutions. Over the last decade, Peter has successfully represented clients in civil rights, consumer protection, and foreclosure defense cases in negotiations, mediations, arbitrations, and at trial in state and federal courts and before various administrative agencies.

Prior to joining Tycko & Zavareei LLP, Peter represented individuals and small businesses as a Partner with Gowen Silva & Winograd, PLLC. Peter's work on behalf of Maryland, D.C., and Virginia homeowners has prevented dozens of foreclosures through loan modifications, settlements, and litigation. Peter not only defends foreclosures but countersues for violations of state and federal lending and servicing laws. Peter has successful brought and defended lawsuits against America's biggest banks and mortgage servicers including Wells Fargo, Bank of America, U.S. Bank, Fannie Mae, Freddie Mac, Mr. Cooper/Nationstar Mortgage, Bayview Loan Servicing, and Ocwen Loan Servicing.

Through aggressive litigation and creative settlement solutions, Peter has obtained millions of dollars in damages and savings for his clients including principal and interest reductions, write-downs, and deficiency waivers. Peter s extensive knowledge of the foreclosure and loan modification processes, mortgage servicing industry and applicable state and federal laws including the Real Estate Settlement Procedures Act (RESPA) and Truth-in-Lending (TILA) allows him to provide clients with upfront and straightforward assessments of their options so that they can make an informed decision.

Peter has worked with local, state, and federal governments and non-profit entities to strengthen legal protections of consumers. Peter is a member of the National Association of Consumer Advocates.

At the beginning of his legal career, Peter worked extensively in the civil rights field as an attorney fellow for the Washington Lawyers Committee for Civil Rights and Urban Affairs, and a law clerk with the Equal Employment Opportunity Commission and the civil rights interest group, People for the American Way.

### Education

University of Miami, School of Law, 2010
San Diego State University, 2007

### Bar Admissions

California
District of Columbia
Maryland
Virginia
Supreme Court of the United States

### Memberships

National Association of Consumer Advocates

Public Justice

### Awards

Selected to 2023 & 2024 Washington, D.C. Super Lawyers Rising Stars List

### Presentations

The Tactical Deployment of Regulation X: Loss Mitigation in Judicial, Quasi-Judicial, and Non-judicial States, National Association Consumer Advocates (February 11, 2021)

Foreclosures: What You Don't Know Will Hurt You! National Association for the Advancement of Colored People

TYCKO & ZAVAREEI LLP

# Lavanya Prabhakar

Fellow
510.254.6808
lprabhakar@tzlegal.com



Lavanya Prabhakar is a Public Interest Fellow in the Oakland, CA office. Lavanya received her J.D. from Northwestern Pritzker School of Law in 2024.

Lavanya spent her time at Northwestern dedicated to civil rights, voting rights, and the power of community organizing. As a student attorney in Northwestern's Bluhm Legal Clinic, she worked on multiple prison class actions, advocating for the proper enforcement of parole and mandatory release laws in the Deep South. She also helped represent community organizers dedicated to ensuring the safety of Chicago's Black and brown young people. As the Deputy Editor-in-Chief of Northwestern's Journal of Law and Social Policy, Lavanya sought to foster community on campus through accessible and inclusive programming that involved community members from both Northwestern and the larger Chicago community.

Inspired by her clinical work and classwork, much of Lavanya's legal research focused on the intersection of movement lawyering and voting rights, which culminated in her published note, "Applying Movement Lawyering Principles to the Redistricting Movement." During her summers, Lavanya worked on Capitol Hill on judicial nominations and legislative policy, and at a plaintiffs' firm focused on civil rights class actions and environmental citizen suits.

Lavanya received her B.A. in International Relations and Economics from Boston University in 2019. Prior to law school, she worked in political research on political campaigns and in private industry.

## Education

Northwestern Pritzker School of Law, 2024

Boston University, 2019

## Bar Admissions

California

## Memberships

Public Justice

## Presentations & Publications

*Applying Movement Lawyering Principles to the Redistricting Movement*, 19 NW. J. L.& SOC. POL'Y. 303 (2024).

TYCKO & ZAVAREEI LLP



# Robin Bleiweis

## Fellow

202.973.0900
rbleiweis@tzlegal.com

Robin Bleiweis is a Public Interest Fellow in the Washington, D.C. office. Robin received her J.D. with honors from the University of North Carolina School of Law in 2024. While at UNC, she embraced experiential learning opportunities both inside and outside of the classroom. She provided over 100 hours of pro bono legal services including work with the Carolina Abortion Fund helping minors secure a judicial bypass to obtain abortion care without parental consent and with the Compass Center for Women & Families, counseling a client experiencing domestic violence about her divorce and property division options.

Robin spent her 3L year as a clinical law student in UNC Law's Civil Legal Assistance Clinic. She argued and won the first case in North Carolina state court seeking the transfer of an incarcerated intersex woman from a men's prison to a women's prison. Robin also represented two workers experiencing wage theft and successfully negotiated with their employer to secure a confession of judgment and payment plan.

During her summers, Robin clerked for a supervisory Administrative Judge with the Equal Employment Opportunity Commission and interned with a firm representing federal employees in employment discrimination and whistleblower cases.

Prior to law school, Robin worked as a securities paralegal for Cohen Milstein Sellers & Toll PLLC. She then worked for the Center for American Progress as a Research Associate for Women's Economic Security.

Robin received her B.A. *magna cum laude* from Wake Forest University in 2015, where she studied sociology and psychology.

### Education

University of North Carolina School of Law, 2024, with honors

Wake Forest University, 2015, *magna cum laude*

### Bar Admissions

District of Columbia

### Memberships

Public Justice

TYCKO & ZAVAREEI LLP



# Katelyn Donaldson


## Fellow

kdonaldson@tzlegal.com
510.250.3316


Katelyn A. Donaldson is a Public Interest Fellow in the Oakland, CA office. Katelyn received her J.D. from American University Washington College of Law in 2025.

While attending American University, Katelyn took advantage of many academic and hands-on experiences. As a Student Attorney in the International Human Rights Law Clinic, Katelyn represented Guatemalan nationals in affirmative asylum proceedings and strategized with federal public defenders to mitigate a death row inmate's sentence. Katelyn was also a Senior Staffer on American University Law Review. Katelyn's comment, "Captured Without Consent: Reckoning with Non-Volitional Disclosures Around the Home in Long-Term Pole Camera Cases," was published by American University Law Review in 2024. Additionally, Katelyn was a Constitutional Law Teaching Assistant and did research for Professor Maya Manian on the impacts of abortion restrictions on prenatal genetic counseling post-Dobbs.

While in Washington, D.C., Katelyn gained further rewarding experiences off-campus. Katelyn drafted two memorandum opinions resolving dispositive motions as a Judicial Intern at the U.S. District Court for the District of Columbia. Additionally, Katelyn interned at the U.S. Department of Labor, where she drafted an appellate brief and analyzed foreign laws and enforcement efforts for compliance with international child labor conventions. Katelyn also spent a year interning for Levy Firestone Muse LLP, where she helped draft motions, produce legal memoranda, and develop facts for several civil cases.

Prior to her legal career, Katelyn was a caseworker at the Franklin County Child Support Enforcement Agency in Columbus, Ohio. Katelyn received her B.A. in English with a minor in Human Rights from The Ohio State University in 2020.

## Education

American University Washington College of Law, 2025

The Ohio State University, 2020

## Bar Admissions

California

## Memberships

Public Justice

TYCKO & ZAVAREEI LLP



# Troy Brown


## Fellow

202.769.4991
tbrown@tzlegal.com


Troy Brown is a Public Interest Fellow in the Washington, D.C. office. A graduate of Harvard Law School, Troy received his J.D. in 2025. During law school, Troy provided nearly 1,000 hours of pro bono legal services, representing consumers, workers, and advocacy organizations fighting against corporate wrongdoing across all levels of the state and federal judiciaries.

During his summers, Troy worked at a plaintiffs'-side appellate firm and a legal non-profit. From successfully representing workers fighting wrongful termination or wage theft in the Federal Courts of Appeals to developing novel legal theories for holding powerful corporate actors to account, Troy's work centered around fighting for economic justice for workers and consumers across the country.

Before law school, Troy worked as a paralegal in the Massachusetts Attorney General's Office, where he worked on consumer protection litigation that has resulted in judgments and settlements requiring the payment of tens of millions of dollars in restitution for consumers. Troy also maintained a policy portfolio that centered racial and economic justice in health care.

A first-generation college graduate, Troy received his B.A. from Columbia University where he studied Political Science.

### Education

Harvard Law School, 2025

Columbia University, 2019

### Bar Admissions

District of Columbia

### Memberships

Public Justice