# EXHIBIT 12

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAURA HETTINGER,<br><br>Plaintiff,<br><br>v.<br><br>BOZZUTO MANAGEMENT COMPANY,<br><br>Defendant. | Case No: 1:23-cv-03687-JEB |

**EXPERT REPORT OF KEITH WILCOX**

**DECEMBER 5, 2025**

# I. INTRODUCTION

## A. Qualifications

1. I am Professor of Marketing and Ford Endowed Chair in Consumerism/E-Business/E-Commerce at the Mays Business School, Texas A&M University, where I teach several courses on consumer behavior. Portions of these courses are dedicated to discussing how consumers respond to pricing strategies. Prior to joining Mays, I was Associate Professor of Marketing and Barbara and Meyer Feldberg Associate Professor of Business at the Columbia Business School, where I taught the core marketing course in the MBA program for over six years. A portion of the core marketing class at the Columbia Business School focused on issues related to the psychology of pricing. I was also Assistant Professor of Marketing and Joseph R. Weintraub Term Chair at Babson College and have been employed as a lecturer in marketing at Baruch College, City University of New York. I hold a PhD in marketing and a BA in finance from the Zicklin School of Business, Baruch College. I also hold an MBA from the Haas School of Business at the University of California, Berkeley. Prior to becoming a professor, I spent several years as a marketing consultant. During this time, I worked with dozens of companies, including those in the Fortune 500, to help them identify the best ways to provide value for their customers. Prior to this, I spent several years working in advertising as an account manager.

2. My research examines consumer behavior and decision-making, with a specific focus on consumer self-control and how consumers process information, such as prices. My research has been published in several leading academic journals, including *Journal of Consumer Research*, *Journal of Marketing Research*, *Journal of Marketing*, *Journal of Consumer Psychology*, and *Journal of Personality and Social Psychology*. I currently serve as an Associate Editor of *Journal of Marketing Research, Journal of Marketing and International Journal of*

*Research in Marketing*, and I am a member of the Editorial Boards of *Journal of Consumer Research* and *Journal of Consumer Psychology*. My research has received the Citations of Excellence Award from Emerald Publishing which recognizes highly cited papers in the areas of Business Management, Finance, Accounting, Economics and Marketing. In addition, my research has been featured in several national and international publications including, *The New York Times*, *Time Magazine*, *The Globe and Mail*, *Business + Strategy*, and *Psychology Today*.

3. My curriculum vitae is attached as **Appendix A** and contains more detail on the above, including my expert testimony for the past four years.

### B. Summary of Allegations

4. Laura Hettinger ("Plaintiff") alleges that Bozzuto Management Company ("Bozzuto") has exploited residential tenants in many of its District of Columbia ("District") buildings by using a drip-pricing scheme that inflates monthly rent.[1] Plaintiff alleges that Bozzuto divides the rent for many units in its District buildings into two components: (1) a fixed monthly amount, which is disclosed in advertising, applications, and leases, and (2) additional charges for utilities and related fees.[2] Plaintiff further alleges that even though the charges for utilities and related fees are required by the lease, the specific amount of these charges a tenant will be required to pay is not disclosed in the lease, advertising, applications, or related disclosures.[3] The complaint argues that this practice is unlawful because District law requires landlords to disclose the full amount owed as a condition of occupancy at the time a prospective tenant applies to lease a rental unit.[4]

---

[1] First Amended Class Action Complaint, *Laura Hettinger vs. Bozzuto Management Company*, United States District Court, District of Columbia, 1:23-cv-03687-JEB, January 2, 2025, ("Complaint"), ¶ 1.

[2] *Id.* ¶ 2.

[3] *Id.* ¶ 2.

[4] *Id.* ¶ 2.

### C. Assignment

5. I was engaged by counsel for the Plaintiff to evaluate Bozzuto's pricing strategy and to assess how it would be expected to influence consumer behavior. In forming my opinions, I reviewed the Plaintiff's complaint, relevant academic literature, documents produced by Bozzuto, and other publicly available sources. My conclusions are based on my professional experience as an advertising account executive, a marketing consultant, and a marketing professor. A complete list of the materials I considered in preparing this report is provided in **Appendix B**.

6. If additional relevant documents or information become available, including any expert opinions submitted by Bozzuto, I may revise or supplement my opinions as appropriate.

7. My hourly rate for preparing this report and providing testimony is $950. My compensation is not contingent on my findings, any testimony I may provide, or the outcome of this matter.

## II. SUMMARY OF OPINIONS

8. Based on my review and analysis of the information available to date, I have reached the following conclusions:

a. Bozzuto's drip pricing strategy advertised rental prices that are lower than the actual rental prices because the advertised prices do not include charges for building-utilities and related fees.

b. Consumers would not have expected to be charged additional building-utilities and related fees when making a rental decision because:

   i. The disclosure of these fees does not mention that the charges are in addition to monthly rent.

ii. The disclosure is temporally separated from the apartment rental decision so consumers would not have recalled the information when making a rental decision.

c. Bozzuto's drip pricing strategy leads consumers to spend more on a rental unit than they would have if the charges for building-utilities and related fees had been disclosed upfront.

d. Bozzuto's drip pricing strategy causes consumers to feel deceived because the charges for building-utilities and related fees are presented in a misleading manner.

e. Bozzuto's drip pricing strategy reduces the likelihood that customers will switch to other alternatives after the charges for building-utilities and related fees are revealed. Specifically:

i. Bozzuto's pricing strategy reveals the charges only after consumers have selected an apartment to rent, which makes consumers reluctant to engage in additional search because of the time they have already expended.

ii. Bozzuto's pricing strategy reveals these charges only after consumers have incurred a financial cost, making them reluctant to continue searching because they have already spent money.

## III. BACKGROUND

9. Bozzuto is a Maryland-based property management company that oversees large residential housing complexes in the District.[5] As a property manager, Bozzuto oversees most aspects of operating and managing apartment buildings, including setting the terms of rental agreements.[6]

10. Traditionally, tenants in multifamily residential buildings have paid for utilities either by receiving bills directly from the utility provider or by paying a fixed rent amount that includes utilities.[7] In several of its properties, Bozzuto employs a different approach. While Tenants may continue to pay utility companies directly for gas or electricity, Bozzuto also charges for building-utilities and related fees. These additional charges are required as a condition of living in the building and using its facilities.[8]

11. In June 2021, after viewing the floor plans of available units in a building managed by Bozzuto in the District, Plaintiff toured the building with a company representative.[9] In July 2021, Plaintiff signed a 12-month lease for one of the multifamily apartment buildings that Bozzuto manages in the District.[10]

---

[5] Memorandum Opinion, *Laura Hettinger vs. Bozzuto Management Company*, United States District Court, District of Columbia, Civil Action No. 23-3687 (JEB), July 21, 2025, p 4.

[6] *Id.* ¶ 13.

[7] *Id.* ¶ 19.

[8] *Id.* ¶ 20.

[9] Memorandum Opinion, *Laura Hettinger vs. Bozzuto Management Company*, United States District Court, District of Columbia, Civil Action No. 23-3687 (JEB), July 21, 2025, p. 4.

[10] *Id.* p. 5.

## IV. ACADEMIC FOUNDATION FOR ASSESSING THE IMPACT OF BOZZUTO'S PRICING STRATEGY ON CONSUMER BEHAVIOR

12. Bozzuto's practice of charging building-utilities and related fees can be characterized as a form of drip pricing, which falls under the FTC's definition of "junk fees." The FTC defines junk fees as unfair or deceptive charges for goods or services that provide little or no added value to consumers.[11] This include goods or services that consumers would reasonably assume to be included in the advertised price and "hidden fees" that are disclosed at a later stage in the purchase process. In this section, I will describe how drip pricing impacts consumer behavior.

11. Drip pricing is a pricing technique where companies initially advertise part of a product's price (i.e., the base price) before revealing additional surcharges later in the purchase process.[12] The additional fees can include mandatory surcharges, such as charges for utilities, or fees for optional upgrades.[13]

12. Drip pricing is used by companies in a variety of industries including airlines, hotels, rental cars, and event ticketing. Companies engage in drip pricing because it allows them to attract customers by advertising prices that are lower than the actual prices for their products or services.[14] When consumers make purchasing decisions, they search for products or services to

---

[11] Federal Trade Commission. *Trade Regulation Rule on Unfair or Deceptive Fees*, 90 Fed. Reg. 2066, 2068 (Jan. 10, 2025) (to be codified at 16 C.F.R. pt. 464) available at https://www.federalregister.gov/documents/2025/01/10/2024-30293/trade-regulation-rule-on-unfair-or-deceptive-fees.

[12] Sullivan, Mary. "Overview of drip pricing." Presentation at the Economics of Drip Pricing Conference, May 21, 2012, https://www.ftc.gov/sites/default/files/documents/public_events/economics-drip-pricing/msullivan.pdf.

[13] Santana, Shelle, Steven K. Dallas, and Vicki G. Morwitz. "Consumer reactions to drip pricing." *Marketing Science* 39, no. 1 (2020): 188-210, p. 188.

[14] Banerjee, Somak, Sujay Dutta, Abhijit Biswas, and Hyokjin Kwak. "The impact of consumer expectations and familiarity on deceptive pricing in advertising: a view from drip pricing practice." *International Journal of Advertising* 43, no. 2 (2024): 254-285, p. 255.

purchase by comparing the advertised prices of various alternatives.[15] When companies use drip pricing, the advertised prices during the search phase are lower than the actual prices because the advertised prices do not include mandatory surcharges that will be added later in the transaction. Therefore, companies use drip pricing because it entices customers to select their products by making prices appear more affordable than they actually are.

13. The drip pricing of mandatory surcharges, as well as other junk fees, is a profitable strategy for companies. For instance, hotels in the U.S. earned approximately $2.7 billion in fees and surcharges in 2017.[16] Similarly, U.S. airlines earned approximately $57 billion in revenues from "ancillary fees" above base ticket prices in 2017.[17] This has led to regulatory scrutiny because drip pricing leads consumers to spend more than they would if surcharges were known upfront.[18]

14. Notably, an industry survey specific to residential tenants provides further support that such tenants attach importance to the disclosure of fees. Zillow Group, a real estate company, conducted published a 2024 "Consumer Housing Trends Report," which reported the results of "six nationally representative surveys" that contained "information from over 36,000 unique renters."[19] The report found that: "Nearly all renters (94%) agree that rental listings should clearly list all fees. . . . And 77% said that rental fees should be included in the total rent, rather than charged separately."[20]

---

[15] Blake, Tom, Sarah Moshary, Kane Sweeney, and Steve Tadelis. "Price salience and product choice." *Marketing Science* 40, no. 4 (2021): 619-636, p. 621.

[16] Rosenbloom, Stephanie. "Hotels rake in record fees, and travelers foot the bill." *New York Times*, *available at* https://www.nytimes.com/2017/09/29/travel/hotels-rake-in-record-fees-and-travelers-foot-the-bill.html.

[17] Josephs, Leslie. "Airlines to rake in record $57 billion in passenger fees this year, study shows." *CNBC*, *available at* https://www.cnbc.com/2017/11/27/airlines-to-rake-in-record-57-billion-in-passenger-fees-this-year.html.

[18] Santana, Shelle, Steven K. Dallas, and Vicki G. Morwitz. "Consumer reactions to drip pricing." *Marketing Science* 39, no. 1 (2020): 188-210, p.189.

[19] Garcia, Manny and Berchick, Edward, *Renters: Results from the Zillow Consumer Housing Trends Report 2024* (2024), https://www.zillow.com/research/renters-housing-trends-report-2024-34387/.

[20] *Id.*

15. The academic literature and studies support regulators' concerns that drip pricing causes consumers to spend more than they otherwise would. An article published in *Marketing Science*, one of the premier academic marketing journals, used a large-scale dataset of consumers' online purchases to analyze their spending under drip pricing compared to when surcharges are revealed upfront.[21] The results show that drip pricing can increase a company's revenues by as much as twenty percent. This occurs because drip pricing has two effects on consumers that lead them to spend more compared to when surcharges are revealed upfront. First, consumers are more likely to make a purchase when surcharges are dripped compared to when surcharges are disclosed upfront.[22] Second, when consumers make a purchase, they tend to purchase more expensive products, in terms of the total price, under drip pricing.[23]

16. Because of drip pricing tendency to mislead consumers with a base price that is lower than the actual price of a product or service, consumers report feeling deceived by companies that use drip pricing.[24] For instance, consumers are more likely to agree with statements that a service provider "fools its customers" and "wants to increase its profits by deceiving its customers" when the provider uses drip pricing compared to revealing surcharges upfront.[25] Moreover, consumers perceive drip pricing to be unfair and express strong disapproval of how information is presented when prices are dripped.[26] For instance, one study found that when prices are dripped

[21] Blake, Tom, Sarah Moshary, Kane Sweeney, and Steve Tadelis. "Price salience and product choice." *Marketing Science* 40, no. 4 (2021): 619-636, p. 633.

[22] *Id.* p. 626.

[23] *Id.* p. 626.

[24] Robbert, Thomas. "Feeling nickeled and dimed–consequences of drip pricing." *Journal of Service Theory and Practice* 25, no. 5 (2015): 621-635, p. 622.

[25] *Id.* pp. 628-630.

[26] Robbert, Thomas, and Stefan Roth. "The flip side of drip pricing." *Journal of Product & Brand Management* 23, no. 6 (2014): 413-419, p. 417.

consumers perceive the presentation of prices to be about 25% less fair compared to when surcharges are revealed upfront.[27]

17. Academic research on drip pricing reveals that consumers are reluctant to switch to cheaper or otherwise more desirable alternatives when surcharges are revealed late in the purchase process. After consumers have selected an option to purchase and surcharges are revealed, they may know the total price of their chosen option but must engage in additional search before they can switch to other alternatives. Because searching for options can be costly and time consuming,[28] consumers are often reluctant to switch to cheaper or otherwise more desirable alternatives. Therefore, research (published in *Marketing Science*) finds a large majority of consumers stick with their chosen option when surcharges are revealed late in the purchase process, even though they are dissatisfied with their choice.[29] This occurs because consumers perceive the costs of searching for alternative options to be greater than the perceived benefits.

18. Even when the costs are minimal, drip pricing makes consumers reluctant to switch options due to the economic concepts of loss aversion and the endowment effect.

19. Loss aversion refers to consumers' propensity to be more sensitive to losses than they are to equivalent gains.[30] The endowment effect refers to consumers' tendency to demand more to give up a product than they are willing to pay to acquire it because they are more sensitive to the feeling of loss from giving up a product.[31]

---

[27] *Id.* p. 417.

[28] Wang, Ruxian, and Ozge Sahin. "The impact of consumer search cost on assortment planning and pricing." *Management Science* 64, no. 8 (2018): 3649-3666, p. 3649.

[29] Santana, Shelle, Steven K. Dallas, and Vicki G. Morwitz. "Consumer reactions to drip pricing." *Marketing Science* 39, no. 1 (2020): 188-210, p. 207.

[30] Tversky, Amos, and Daniel Kahneman. "Advances in prospect theory: Cumulative representation of uncertainty." *Journal of Risk and Uncertainty* 5 (1992): 297-323, p. 298.

[31] Kahneman, Daniel, Jack L. Knetsch, and Richard H. Thaler. "Anomalies: The endowment effect, loss aversion, and status quo bias." *Journal of Economic Perspectives* 5, no. 1 (1991): 193-206.

20. Both concepts play a role in consumers' reluctance to change their decision after being exposed to drip pricing, even when the cost of switching is minimal.[32] When consumers select a product for purchase based on an originally advertised price, this initial decision changes the way the consumers think about the item or service. The initial selection causes them to feel endowed with the option, particularly if they have invested resources (e.g., time and money) to acquire it. As a result, reversing their decision feels like a loss, making consumers hesitant to switch even when the actual time or monetary costs are minimal.

## V. THE EFFECT OF BOZZUTO'S PRICING STRATEGY ON CONSUMERS' BEHAVIOR

21. To assess Bozzuto's pricing strategy, I reviewed the materials provided by counsel, including website screenshots, rental applications, lease agreements, and pricing sheets from Bozzuto properties in the District that employ the strategy described below. I also examined court filings and discovery responses that outline the purchase process at these properties.

22. For purposes of illustration, I focus on the Novel South Capitol property ("Novel South"), where Plaintiff was a tenant.[33]

### A. Bozzuto's Pricing Strategy.

23. **Step One, Apartment Search:** Consumers typically begin searching for products and services by identifying their needs (e.g., location, budget, size, and amenities),[34] and then gathering information from variety sources (e.g., rental websites, property managers, and in-person tours).[35] During this process, they collect information to compare options, evaluate prices, and

---

[32] Huck, Steffen, and Brian Wallace. "The impact of price frames on consumer decision making: Experimental evidence." *Experimental Evidence* (2015): 1-47, p. 32.

[33] Complaint, ¶ 11.

[34] Kotler, Philip, and Kevin Lane Keller, *Marketing Management*, 15th edition, Pearson, 2016, p. 173.

[35] *Id.* p. 174.

assess whether options meet their expectations. Given the significant financial commitment involved in renting, it is important for consumers to know the actual costs associated with renting an apartment while they are searching for apartments.

24. Bozzuto conveyed information about its rental costs through two primary channels. First, its managed properties maintained websites that allowed prospective renters to browse available units before making a decision. For example, the Novel South website enabled prospective tenants to view photos, review key building details, and explore floor plans for available apartments. Although the site disclosed the fixed monthly rent for available units, it did not disclose that renters would also be charged for building-utilities and related fees (see **Figure 1**).

**Figure 1. Novel South Website**




25. Second, Bozzuto arranged in-person tours during which its representatives provided prospective renters with a pricing sheet listing various fees and deposits. For example, at Novel South, the pricing sheet outlined the costs for both optional fees (e.g., pet fees) and

mandatory fees (e.g., trash collection) (see **Figure 2**). However, the sheet did not disclose that there would be additional charges for building-utilities and related fees.

26. Although the price sheet indicates that HVAC usage, water, and sewer charges will be billed with the monthly rent, it does not disclose that these utility charges will be billed *in addition* to the monthly rent. Moreover, the price sheet fails to mention the mandatory fees associated with the building-utilities. In the case of Novel South, residents were charged a monthly Administrative Billing Fee, even though this information is not included on the price sheet.

\

\

\

**Figure 2. Price Sheet for Novel South**




27. Additionally, the timing of the building-utility fee disclosure makes it unlikely that the information would meaningfully influence their decision-making. Research shows that when information is stored in memory, consumers' ability to recall the information during a subsequent decision (e.g., selecting an apartment) depends on whether the information is recalled in memory

at the time of judgement.[36] However, it is well established that information become more difficult to recall with the passage of time.[37] As such, research finds that consumers tend to forget pricing information, even after a couple of seconds.[38] This tendency is magnified as the amount of information that need to be remembered increases. For instance, one study finds that presenting three prices, instead of two, almost triples the likelihood that consumers will make an error when recalling prices.[39]

28. Given that the price sheet contains multiple prices, consumers may continue to searching for apartments and the building-utility fee disclosure is absent from the Application Process as described below, it is unlikely that consumers would have recalled the building-utility fee disclosure by the time they finalized their rental decision.

29. Another factor that would make it unlikely that consumers would remember the building-utility fee disclosure when they make their apartment decision is the recency effect. The recency effect refers to consumers' tendency to more clearly remember information that appears last in a sequence. Given that consumers must complete an application immediately before they finalize their rental decision, information provided during the application process will be more likely to be considered when making that decision. Given the building-utility fee disclosure is absent from the Application Process as described below, consumers would have been unlikely to remember any earlier disclosure of such fees because the recency effect indicates that prior information will be less accessible at the time of choice.

---

[36] Lynch Jr, John G., and Thomas K. Srull. "Memory and attentional factors in consumer choice: Concepts and research methods." *Journal of consumer research* 9, no. 1 (1982): 18-37, p. 20.

[37] Murre, Jaap MJ, and Joeri Dros. "Replication and analysis of Ebbinghaus' forgetting curve." *PloS one* 10, no. 7 (2015): 1-23.

[38] Vanhuele, Marc, Gilles Laurent, and Xavier Dreze. "Consumers' immediate memory for prices." *Journal of Consumer Research* 33, no. 2 (2006): 163-172, p. 163.

[39] *Id.* p. 166.

30. **Step 2, Application Process:** The next step in the apartment search is to complete an application and pay an application fee. None of the applications I reviewed disclosed that there would be additional charges for building-utilities and related fees. For example, the application for Novel South indicates a monthly rent of $2,276 rent, but does not mention additional charges for utilities and related fees (see **Figure 3**).

**Figure 3. Application for Novel South**

**Apartment Information**

| | | | |
|---|---|---|---|
| Apartment: | 1106 | Move in Date: | 6/27/2021 |
| Floor Plan: | 1 Bed/1 Bath-A03-Type A East | Lease Term : | 13 |
| Bed: | 1 | Deposit: | $0.00 |
| Bath: | 1.00 | Rent: | $2276 |
| Area: | 663 | | |

**Applicant Information**

| | | | |
|---|---|---|---|
| Name: | Laura Catherine Hettinger | Date Of Birth: | ******** |
| Preferred Name: | | Do you have a Social Security Number?: | Yes |
| Marital Status: | | SSN: | [redacted] |
| Email: | [redacted] | Government Issued Identification Number: | |
| Phone: | [redacted] | Government Issuing Entity: | |
| Country: Address: | [redacted] | License Country: | US |
| | | Have you ever been evicted?: | |
| | | If yes, details | |
| Residency From: | 12/1/2019 | | |
| Residency From: | 12/1/2019 | Have you ever been convicted of a felony?: | |
| Monthly Rent/Monthly mortgage payments: | $[redacted] | If yes, details | |
| Reason for Moving: | [redacted] | Do you have any criminal charges pending, awaiting disposition or looming in any way?: | |
| Apartment Community: | | | |
| Management Company: | | If yes, details | |
| Management Company Phone: | | Do you have a Housing Voucher? | No |

31. Importantly, by the time consumers reach the application stage, they have already incurred meaningful costs. Financially, they must pay a non-refundable application fee, and in case of Novel South, this was $75.[40] They have also invested significant time, searching online, touring properties, comparing options, and completing the application itself. As reference in **Section IV**, these costs make it unlikely that consumers will switch to cheaper or more desirable alternatives.

32. **Step 3, Security Deposit:** The next stage in the rental process is providing a deposit, which occurs only after consumers wait for their application to be reviewed and approved. This waiting period imposes additional time costs. Moreover, once an application is approved, consumers encounter an additional financial cost: the deposit.

33. Deposits typically require tenants to pay a substantial amount to hold the unit, and these payments are often non-refundable or only partially refundable. For example, Plaintiff paid a $300 deposit at Novel South before receiving or reviewing the lease.[41] As a result, consumers incur both additional time costs and meaningful financial costs at this stage of the process. As noted in **Section IV**, these costs make it unlikely that consumers will switch to cheaper or more desirable alternatives.

34. **Step 4, Lease Agreement:** The final stage in securing an apartment is signing the lease. This step occurs after consumers have already invested significant time and money during the application and deposit phases. At this point, the lease agreement discloses that building-utilities are charged in addition to the rent. Moreover, consumers are informed that they will be charged several mandatory fees that were not disclosed on the price sheet or on the rental

[40] Complaint, ¶ 61.

[41] Complaint, ¶ 62.

application. For instance, tenants at Novel South were charged between a New Account Fee and a monthly Administrative Billing Fee (see **Figure 4**).

**Figure 4. Fees on the Utility Addendum for Novel South**

3. When billed by us directly or through our billing company, you must pay utility bills by the due date stated on the bill. If a payment is late, you will be responsible for a late fee as indicated below. The late payment of a bill or failure to pay any utility bill is a material and substantial breach of the Lease and we will exercise all remedies available under the Lease, up to and including eviction for nonpayment. To the extent permitted by law, to the extent there are any new account, monthly administrative, late or final bill fees, you shall pay such fees as indicated below.

| | | |
|---|---|---|
| New Account Fee: | $ 12.00 | (not to exceed $ 15.00 ) |
| Monthly Administrative Billing Fee: | $ 7.00 | (not to exceed $ 8.00 ) |
| Late Fee: | $ | (not to exceed $ ) |
| Final Bill Fee: | $ 10.00 | (not to exceed $ 15.00 ) |

If allowed by state law, we at our sole discretion may amend these fees, with written notice to you.

## B. Impact of Bozzuto's Pricing Strategy on Consumers.

35. Several aspects of Bozzuto's pricing strategy are likely to lead consumers to spend more on a rental unit than they would have if the charges for building-utilities and related fees were disclosed upfront.

36. **First,** none of the information Bozzuto provided to consumers during the apartment search process disclosed that building-utilities and related fees would be billed in addition to rent. As discussed in **Section IV**, consumers are more likely to choose higher-priced options when mandatory surcharges are added incrementally (i.e., "dripped"), rather than presented as part of the full cost upfront.

37. **Second,** the application and deposit stages require consumers to invest both time and money to secure an apartment. However, these costs are incurred before Bozzuto discloses the additional charges for building-utilities and related fees, which are revealed only when the lease agreement is presented. As discussed in **Section IV**, once consumers have already invested resources, the costs associated with restarting their search make them unlikely to switch to alternative options when these additional charges are disclosed later in the process.

38. **Third,** by the time the charges for building-utilities and related fees are finally disclosed in the leasing agreement, consumers have already selected a rental apartment, which, as

discussed in **Section IV**, causes the consumer to mentally commit to renting the apartment. As a result, even consumers who recognize that these additional fees have been added are still more likely to proceed with renting the apartment because abandoning the transaction will be perceived as a loss. Moreover, because securing a different rental would likely require forfeiting the application fee and security deposit, consumers may reasonably conclude that the costs of continuing their search outweigh any potential benefits.

39. In sum, based on my review of Bozzuto's pricing strategy, my review of the literature, my experience as a marketing consultant, and as a tenured Professor of Marketing with a focus on consumer behavior, I have reached the following conclusions based on the information presently available to me:

a. Bozzuto's drip pricing strategy advertised rental prices that are lower than the actual rental prices because the advertised prices do not include charges for building-utilities and related fees.

b. Consumers would not have expected to be charged additional building-utilities and related fees when making a rental decision because:

    i. The disclosure of these fees does not mention that the charges are in addition to monthly rent.

    ii. The disclosure is temporally separated from the apartment rental decision so consumers would not have recalled the information when making a rental decision.

c. Bozzuto's drip pricing strategy leads consumers to spend more on a rental unit than they would have if the charges for building-utilities and related fees had been disclosed upfront.

d. Bozzuto's drip pricing strategy causes consumers to feel deceived because the charges for building-utilities and related fees are presented in a misleading manner.

e. Bozzuto's drip pricing strategy reduces the likelihood that customers will switch to other alternatives after the charges for building-utilities and related fees are revealed. Specifically:

iii. Bozzuto's pricing strategy reveals the charges only after consumers have selected an apartment to rent, which makes consumers reluctant to engage in additional search because of the time they have already expended.

iv. Bozzuto's pricing strategy reveals these charges only after consumers have incurred a financial cost, making them reluctant to continue searching because they have already spent money.

**C. Applicability of Analysis to Other Bozzuto Properties.**

40. My analysis of Bozzuto's pricing strategy at Novel South on consumer decision-making is applicable to other properties in the District of Columbia because Bozzuto used a materially identical pricing strategy that failed to disclose variable utilities and related fees such as the monthly administrative billing fee at the time tenants filed their rental applications.

41. Based on my review of the Second Joint Stipulations of Fact (the "Stipulations") filed by Plaintiff and Bozzuto in this action, Bozzuto utilized such a materially identical pricing strategy for over 50 properties in the District where tenants are billed a monthly administrative

billing fee and variable utility expenses (referred to as the "Properties").[42] In the Stipulations, Bozzuto stipulates to the following facts:

- Bozzuto "serves or has served as the property manager for over 50 multifamily residential rental properties where tenants are billed a monthly administrative billing fee and variable utility expenses in the District of Columbia between December 5, 2020 and the date of entry of this stipulation [November 20, 2025]."[43]

- "For each of the Properties, BMC requires prospective tenants to submit a rental application before leasing a unit, for which BMC charges an application fee."[44]

- "Between December 5, 2020 and the date of entry of this stipulation, the monthly administrative billing fees and variable utility expenses billed by the third-party utility billing company to tenants were not listed on the application forms used at the Sampled Properties."[45]

- Between December 5, 2020 and the August 27, 2025, the monthly administrative billing fees and variable utility expenses billed by the third-party utility billing company to tenants were not listed on the websites of the Sampled Properties."[46]

42. In addition, I have reviewed Bozzuto's discovery responses in which a Bozzuto representative stated, "Bozzuto's standard procedure is to provide prospective residents with a price sheet before they submit a rental application. These price sheets are provided during tours and prior to application, and disclose the various fees that tenants may be responsible to pay during their tenancy."[47]

43. Based on these stipulations and discovery responses, Bozzuto's pricing strategy at the Properties was materially identical to that at Novel South in failing to disclose variable utilities

---

[42] ECF 73, Plaintiff's and Defendant's Second Joint Stip. of Fact.

[43] *Id.* ¶ 1.

[44] *Id.* ¶ 6.

[45] *Id.* ¶ 8.

[46] *Id.* ¶ 9.

[47] ECF 46-2, Aff. Of Madelaine Wellerson ¶ 6; Bozzuto Resp. to Pl. Interrog. 29 ("With respect to Plaintiff's inquiry about the manner and timing by which price sheets were provided to prospective tenants, Bozzuto incorporates by reference the information contained in the January 31, 2025 Affidavit of Madeline Dunn Wellerson.").)

and related fees such as the monthly administrative billing fee at the time tenants filed their rental applications, and disclosing price sheets to tenants at temporally separate points to the time of application. My analysis of Bozzuto's pricing strategy at Novel South on consumer decision-making is thus applicable to Bozzuto's other Properties.

## VI. CONCLUSION

44. Bozzuto's pricing strategy leads consumers to spend more on a rental unit than they would have if the charges for building-utilities and related fees had been disclosed upfront. Once these charges are revealed, consumers are unlikely to switch to cheaper or more desirable alternatives because the disclosure is temporally separate, occurring only after they have selected a unit, paid an application fee, and provided a deposit.

45. I reserve the right to supplement, amend, or otherwise revise these opinions if additional information becomes available during discovery.

I hereby certify that this report is a complete and accurate statement of all of my opinions, and the basis and reasons for them, to which I will testify under oath.

*/s/ Keith Wilcox*

Professor Keith Wilcox

**Keith Wilcox**
Mays Business School, Wehner 220C
College Station, Texas 77843
kwilcox@mays.tamu.edu

**Education**

| | |
|---|---|
| 2004-2009 | **The City University of New York, Baruch College (Graduate Center)**<br>*Ph.D., Marketing, 2009* |
| 1999-2001 | **The University of California, Berkeley, Haas School of Business**<br>*Master of Business Administration, 2001* |
| 1993-1997 | **The City University of New York, Baruch College**<br>*Bachelor of Business Administration, Finance, 1997* |

**Professional Appointments**

| | |
|---|---|
| 2025-Present | Ford Endowed Chair in Consumerism/E-Business/E-Commerce<br>Mays Business School, Texas A&M University |
| 2021-2025 | Macys Foundation Professor<br>Mays Business School, Texas A&M University |
| 2015-2021 | Barbara and Meyer Feldberg Associate Professor of Business<br>Columbia University, Columbia Business School |
| 2014-2015 | Associate Professor of Marketing<br>Columbia University, Columbia Business School |
| 2012-2014 | Assistant Professor of Marketing<br>Columbia University, Columbia Business School |
| 2009-2012 | Assistant Professor of Marketing<br>Babson College, Olin School of Business |
| 2005-2009 | Lecturer<br>The City University of New York, Baruch College |

**Honors & Awards**

| | |
|---|---|
| 2024 | Research Excellence Award<br>Mays Business School |

| | |
|---|---|
| 2024 | Outstanding Member of the Editorial Review Board<br>International Journal of Research in Marketing |
| 2022 | Best Talk Award<br>Society of Consumer Psychology Conference, JDM Track |
| 2020 | MSI Scholar<br>Marketing Science Institute |
| 2015 | Outstanding Reviewer Award<br>Journal of Consumer Research |
| 2013 | Citations of Excellence Award<br>Emerald Group Publishing |
| 2013 | Young Marketing Scholar<br>Marketing Science Institute |
| 2009-2012 | Joseph R. Weintraub Term Chair<br>Babson College, Olin School of Business |
| 2011 | Best Conference Paper<br>La Londe Conference |
| 2009 | Best Conference Paper<br>Marketing and Public Policy Conference |
| 2009 | Babson Faculty Research Fund Award<br>Babson College, Olin School of Business |
| 2007 | AMA-Sheth Foundation Doctoral Consortium Fellow<br>The City University of New York, Baruch College |
| 2006 | Valuing Diversity Dissertation Scholarship<br>American Marketing Association |
| 2004-2006 | Llewellyn Fellowship<br>The City University of New York |
| 1999-2001 | Consortium for Graduate Study in Management Fellow<br>The University of California, Berkeley, Haas School of Business |

**Publications**


- Thompson, Debora, Amna Kirmani, Rebecca Hamilton, Andy Li, Christilene du Plessis, Daniel Fernandes, Guillaume Johnson, Brent McFerran, Jian Ni, Vladimir Pavlov, Francine Petersen, Lisa Scheer, Yan Vieites and Keith Wilcox (2025), "Cycles of Inequality in the Marketplace: Insights from Macro, Marketer and Consumer Perspectives," *International Journal of Research in Marketing*, https://doi.org/10.1016/j.ijresmar.2025.09.004.

- Hoyer, Wayne D., Echo Wen Wan and Keith Wilcox* (2024), "Practical Relevance in Consumer Research," *Journal of Consumer Research*, 51 (2), 428–438.

- Wilcox, Keith, Sandra Laporte and Gabriel Ward (2024), "How Traditional Production Shapes Perceptions of Product Quality." *Journal of Consumer Research,* 51 (2), 256-275.

- Köcher, Sören and Keith Wilcox (2021), "I Made It Work: How Using a Self-Assembled Product Increases Task Performance," *Journal of Consumer Psychology,* 32 (3), 492-499.

- Wilcox, Keith and Sonja Prokopec (2019), "Restraint that Blinds: Attention Narrowing and Consumers' Response to Numerosity in Self-Control Decisions." *Journal of Consumer Research*, 46 (2), 371-387.

- Wilcox, Keith, Juliano Laran, Andrew Stephen and Peter Zubcsek (2016), "How Being Busy Can Increase Motivation and Reduce Task Completion Time," *Journal of Personality and Social Psychology*, 110 (3), 371-384.

- Puccinelli, Nancy, Keith Wilcox and Dhruv Grewal (2015), "Consumers' Response to Commercials: When the Energy Level in the Commercial Conflicts with the Media Context," *Journal of Marketing*, 79 (2), 1-18.

- Wilcox, Keith and Andrew Stephen (2013), "Are Close Friends the Enemy? Online Social Networks, Self-Esteem, and Self-Control," *Journal of Consumer Research*, 40 (1), 90-103.

- Wilcox, Keith, Anne Roggeveen and Dhruv Grewal (2011), "Shall I Tell You Now or Later? Assimilation and Contrast in the Evaluation of Experiential Products," *Journal of Consumer Research*, 38 (4), 763-773.

- Wilcox, Keith, Lauren Block and Eric Eisenstein (2011), "Leave Home Without It? The Effects of Credit Card Debt and Available Credit on Spending," *Journal of Marketing Research*, 48 (SPL), S78-S91.

- Laran, Juliano and Keith Wilcox* (2011), "Choice, Rejection, and Elaboration on Preference-Inconsistent Alternatives," *Journal of Consumer Research*, 38 (2), 229-241.

- Wilcox, Keith and Sangyoung Song (2011), "Discrepant Fluency in Self Customization," *Journal of Marketing Research*, 48 (4), 729-740.

- Wilcox, Keith, Thomas Kramer and Sankar Sen (2011), "Indulgence or Self-Control: A Dual Process Model of the Effect of Incidental Pride on Indulgent Choice," *Journal of Consumer Research*, 38 (1), 151-163.

- Wilcox, Keith, Beth Vallen, Lauren Block and Gavan Fitzsimons (2009), "Vicarious Goal Fulfillment: When the Mere Presence of a Healthy Option Leads to an Ironically Indulgent Decision," *Journal of Consumer Research*, 36 (3), 380-393.

- Wilcox, Keith, Hyeong Min Kim and Sankar Sen (2009), "Why Do Consumers Buy Counterfeit Luxury Brands?" *Journal of Marketing Research*, 46 (1), 247-259.

*Co-first author

**Book Chapters**

- Wilcox, Keith and Judith Lynne Zaichkowsky (2019), "The Evolution of Counterfeit Luxury Consumption." *Research Handbook on Luxury Branding*, Eds. Felicitas Morhart, Keith Wilcox and Sandor Czellar, Edward Elgar Publishing, 268-303.

- Wilcox, Keith (2019), "How Signaling Motives and Identity Salience Influence Luxury Consumption." *Handbook of Research on Identity Theory in Marketing*, Eds. Americus Reed and Mark Forehand, Edward Elgar Publishing, 72-84.

- Block, Lauren and Keith Wilcox (2013), "Self-Control and Spending." In *The Routledge Companion to Identity and Consumption*, Eds. Ayalla Ruvio and Russell Belk, Routledge, 227-234.

**Other Publications**

- Wilcox, Keith, Sandra Laporte and Gabriel Ward (2024), "Why Consumers Value Traditionally Made Products." *Character & Context Blog*.

**Work in Progress**

- Shiri, Amin, Felipe Affonso and Keith Wilcox. "When Consumers Prefer Point Versus Range Estimates of Product Performance." Revise & resubmit at *Journal of Marketing Research*.

- Ward, Gabriel, Nicholas Olson and Keith Wilcox. "Buildings from the Past, Brands for the Future: How Adaptive Reuse Increases Perceived Brand Innovativeness." Revise & resubmit at *Journal of Consumer Research*.

- Mosley, Buffy and Keith Wilcox. "Dynamic Duo: How Text and Image Arousal Shape Consumer Engagement." Revise & resubmit at *Journal of Marketing Research*.

- Wang, Yusu, Keith Wilcox and Jeffrey Lee. "Conspicuous Expression? How the Expression of Arousal Increases Perceived Status." Reject & resubmit at *Journal of Consumer Research*.

- Shiri, Amin, Keith Wilcox and Xiang Wang. "How Intolerance for Uncertainty Increases Confidence in the Voracity of Fake News." Manuscript in preparation for *Psychological Science*.

- Yanar, Evrim, Felicitas Morhart and Keith Wilcox. "Contentment and Satisfaction with Life as a Status Signal." Data collection in progress.

- Hur, Elina, Nofar Duani, Keith Wilcox and Alix Barasch, "How the Virtual Presence of Others Increases Task Performance." Data collection in progress.

- Shiri, Amin and Keith Wilcox. "Faith in Falsity: Why "Fake" Labels Resonate More Than Verified Truths." Data collection in progress.

- Edwards, Devin, Keith Wilcox and Ralph Park, "Suspiciously Positive: How Profile Images Decrease Persuasion in Online Reviews and Social Media." Data collection in progress.

**Cases**

- Kate Spade New York: Will Expansion Deepen or Dilute the Brand? (2015) Coauthor: Eva Ascarza.

**Grants and Funding**

- "The New Rich Life: The Role of Life Satisfaction in Status Signaling." Qualtrics Behavioral Research Grant. 2021-2024. Swiss National Science Foundation. Principle Investigators: Felicitas Morhart and Keith Wilcox. Award amount: CHF 239,779.

- "Thinking About Financial Deprivation: Rumination and Decision Making Among the Poor." Qualtrics Behavioral Research Grant. 2015-2016. Qualtrics. Principle Investigators: Rachel Meng, Keith Wilcox and Gita Johar. Award amount: $5,000.

- "Thinking About Financial Deprivation: Rumination and Decision Making Among the Poor." Research Grant. 2015-2016. Marketing Science Institute. Principle Investigators: Rachel Meng, Keith Wilcox and Gita Johar. Award amount: $10,000.

- "Mobile Platforms, Location-Based Services, and their Impact on Consumers." Research Grant. 2013-2014. Marketing Science Institute. Principle Investigators: Peter Pal Zubcsek, Keith Wilcox and Alan Cook. Award amount: $14,300.

- "Depletion-as-Information." Junior Faculty Provost's Grant. 2013-2014. Columbia University. Principle Investigator: Keith Wilcox. Award amount: $25,000.

- "Depletion-as-Information." Eugene M. Lang Support Fund Research Grant. 2013-2014. Columbia University, Graduate School of Business. Principle Investigator: Keith Wilcox. Award amount: $10,000.

- "Quantity Aversion." CIBER Research Grant. 2012-2013. Center for International Business Education and Research, Columbia University. Keith Wilcox and Amy Dalton. Award amount: $10,000.

- "The Role of Emotions In-Store." Duke-Ipsos Research Grant. 2012-2013. Duke-Ipsos Research Center. Principle Investigators: Keith Wilcox and Amy Dalton. Award amount: $10,000.

- "Pride: A License to Indulge and a Cue for Greater Self-Control." Graduate Center Research Grant. 2007-2008. The City University of New York, Graduate Center. Principle Investigator: Keith Wilcox. Award amount: $2,000.

**Editorial Appointments**

- Associate Editor — *Journal of Consumer Research* (2021-2025)
- Associate Editor — *International Journal of Research in Marketing* (2024-Present)
- Associate Editor — *Journal of Marketing* (2025-Present)
- Associate Editor — *Journal of Marketing Research* (2025-Present)
- Associate Editor — *Oxford Bibliographies in Marketing* (2024-2025)
- Editorial Board — *Journal of Consumer Psychology* (2015-Present)
- Editorial Board — *Journal of Consumer Research* (2025-Present)
- Article Associate Editor — *Frontiers in Psychology* (2023)

**Peer Reviewing**

- Ad Hoc Reviewer *Health Psychology*
- Ad Hoc Reviewer *European Journal of Marketing*
- Ad Hoc Reviewer *PLOS ONE*
- Ad Hoc Reviewer *Journal of Experimental Social Psychology*
- Ad Hoc Reviewer *Psychological Science*
- Ad Hoc Reviewer *Journal of Personality and Social Psychology*
- Ad Hoc Reviewer *Personality and Social Psychology Bulletin*
- Ad Hoc Reviewer *Journal of Public Policy & Marketing*
- Ad Hoc Reviewer *Journal of Cognitive Psychology*
- Ad Hoc Reviewer *Journal of Business Ethics*
- Ad Hoc Reviewer *Marketing Letters*
- Ad Hoc Reviewer *International Marketing Review*
- Ad Hoc Reviewer *Journal of Macromarketing*
- Ad Hoc Reviewer *Journal of the American Society for Information Science and Technology*

**Presentations**

- When Consumers Prefer Point Versus Range Estimates of Product Performance. (Coauthors: A., Shiri & F. Affonso). Oregon State University, Marketing Speaker Series (2025).
- When Consumers Prefer Point Versus Range Estimates of Product Performance. (Coauthors: A., Shiri & F. Affonso). London Business School, Marketing Speaker Series (2025).
- Expressing Contentment on Social Media Increases Status Via Perceived Morality. (Coauthors: E., Yanar & F., Morhart). Society of Consumer Psychology Boutique Conference on Social Impact (2024).
- How Adaptive Reuse Increases Perceived Innovativeness (Coauthors: G. Ward & N Olson). Association for Consumer Research Conference (2024).
- Expressing Contentment on Social Media Increases Status Via Perceived Morality. (Coauthors: E., Yanar & F., Morhart). Vienna University of Economics and Business (2024).
- Expressing Contentment on Social Media Increases Status Via Perceived Morality. (Coauthors: E., Yanar & F., Morhart). Baruch College, City University of New York (2024).
- Faith in Falsity: Why "Fake" Labels Resonate More Than Verified Truths. (Coauthors A. Shiri and X. Wang). Association for Consumer Research Conference (2023).
- Grinners Gain More Followers: Signaling Status through High Arousal Emotional Expressions on Social Media. (Coauthors Y. Wang and J. Lee). Association for Consumer Research Conference (2023).
- Beyond Market Beliefs: The Moderating Role of Self-construal in Copycat Evaluation. (S. Jeon, F. van Horen, P. Verlegh) European Association for Consumer Research Conference (2023).

- Grinners Gain More Followers: Signaling Status through High Arousal Emotional Expressions on Social Media. (Coauthors Y. Wang and J. Lee). Erasmus University Rotterdam (2023).
- Grinners Gain More Followers: Signaling Status through High Arousal Emotional Expressions on Social Media. (Coauthors Y. Wang and J. Lee). University of Groningen (2023).
- Grinners Gain More Followers: Signaling Status through High Arousal Emotional Expressions on Social Media. (Coauthors Y. Wang and J. Lee). Fisher College of Business, Ohio State University, Marketing Camp (2023).
- The Less You Know the Better: How Persuasion Knowledge Increases Preference for Products with Ambiguous Attributes. (Coauthor: A., Shiri). Society of Consumer Psychology Conference (2023).
- Expressing Contentment on Social Media Increases Status Via Perceived Morality. (Coauthors: E., Yanar & F., Morhart). Society of Consumer Psychology Conference (2023).
- The Less You Know the Better: How Persuasion Knowledge Increases Preference for Products with Ambiguous Attributes. (Coauthor: A., Shiri). Association for Consumer Research Conference (2022).
- Contentment and Satisfaction with Life as a Status Signal. (Coauthors: E., Yanar & F., Morhart). Association for Consumer Research Conference (2022).
- Inferring Status from High Arousal Emotions. (Coauthor: Y., Wang, J., Lee). Association for Consumer Research Conference (2022).
- How Intolerance for Uncertainty Shape Sharing of Misinformation. (Coauthors: A., Shiri, X., Wang). Association for Consumer Research Conference (2022).
- How Intolerance for Uncertainty Shape Sharing of Misinformation. (Coauthor: A., Shiri). Society of Consumer Psychology Conference (2022).
- How Traditional Production Shapes Perceptions of Artisanal Product Quality. (Coauthors: G., Ward & S., Laporte). Texas A&M University, New Beginnings Symposium (2021).
- On the Relationship Between Attractiveness and Intelligence. (Coauthors: Y., Jun & S., Matz). ESSEC, Marketing Speaker Series (2021).
- On the Relationship Between Attractiveness and Intelligence. (Coauthors: Y., Jun & S., Matz). Dartmouth, Marketing Speaker Series (2020).
- On the Relationship Between Attractiveness and Intelligence. (Coauthors: Y., Jun & S., Matz). Texas A&M, Marketing Speaker Series (2020).
- “We” Don’t Always Like Copycats: How Self-Construal Influences Evaluation of Product Imitation. (Coauthors: S. Jeon, F. van Horen & P. Verlegh). Association for Consumer Research Conference (2020).
- On the Relationship Between Attractiveness and Intelligence. (Coauthors: Y., Jun & S., Matz). Stanford, Marketing Speaker Series (2020).
- Don’t Worry, Be Healthy: Subjective Feelings of Busyness Lower Self-Control. (Coauthor: E. Hur). Society of Consumer Psychology Conference (2020).
- On the Relationship Between Attractiveness and Intelligence. (Coauthors: Y., Jun & S., Matz). HEC Paris, Winter Camp (2019).

- On the Relationship Between Attractiveness and Intelligence. (Coauthors: Y., Jun & S., Matz). HEC Montreal, Marketing Speaker Series (2019).
- The Upside of Busyness: How Feeling Busy Influences Consumer Motivation. (Coauthor: J., Laran). Four-School Conference, Stern Business School, New York University (2019).
- On the Relationship Between Attractiveness and Intelligence. (Coauthors: Y., Jun & S., Matz). Boston College, Marketing Speaker Series (2019).
- The Dual Effect of Subjective Busyness on Consumer Motivation. (Coauthor: J., Laran). Georgetown University, Marketing Speaker Series (2019).
- Is Beauty Only Skin-deep? The Self-Confirming Effects of Physical Attractiveness Stereotype. (Coauthors: Y., Jun & S., Matz). Society of Consumer Psychology Conference (2019).
- Do Altruistic Individuals "Share" More on Social Media? (Coauthor: T., Oh). Association for Consumer Research Conference (2018).
- The Costco Effect: When Utilitarian Products Undermine Self-control. (Coauthors: J., Liu & A., Dalton). Association for Consumer Research Conference (2018).
- The Dual Effect of Subjective Busyness on Consumer Motivation. (Coauthor: J., Laran). Association for Consumer Research Conference (2018).
- The Upside of Busyness: How Feeling Busy Can Increase Productivity. (Coauthor: J., Laran). Dortmund - International School of Management ISM, Marketing Speaker Series (Fall 2018)
- The Upside of Busyness: How Feeling Busy Can Increase Productivity. (Coauthor: J., Laran). Vrije Universiteit Amsterdam, Marketing Speaker Series (2018).
- The Upside of Busyness: How Feeling Busy Can Increase Productivity. (Coauthor: J., Laran). Behavioral Science 2018: Customer Experience Conference. Duke University (2018).
- Restraint that Blinds: Attention Narrowing and Consumers' Response to Numerosity in Self-Control Decisions. (Coauthor: S., Prokopec). Boston University, Marketing Speaker Series (2018).
- Restraint that Blinds: Attention Narrowing and Consumers' Response to Numerosity in Self-Control Decisions. (Coauthor: S., Prokopec). American Marketing Association Winter Conference (2018).
- The Dual Effect of Subjective Busyness on Consumer Motivation. (Coauthor: (J., Laran). Frontiers in Consumer Psychology Conference (2018).
- Quantity Aversion: Self-Control and Consumers' Response to Product Quantity. (Coauthor: A., Dalton). Society of Consumer Psychology Boutique Conference on Vice and Virtue (2018).
- Is the Glass Half Empty? How Focusing on Energy Consumed Affects Mental Performance. (Coauthor: A., Madzharov). Society of Consumer Psychology Boutique Conference on Vice and Virtue (2018).
- The Downside of Purchase Consideration for Luxury Brands. (Coauthor: F., Petersen). Thought Leaders in Consumer-Based Strategy Conference (2017).
- The Dual Effect of Busyness on Motivation. (Coauthor: J., Laran). University of Miami Marketing Department (2017).
- The Dual Effect of Subjective Busyness on Consumer Motivation. (Coauthor: J., Laran). Association for Consumer Research Conference (2017).

- Is the Glass Half Empty? How Focusing on Energy Consumed Affects Mental Performance. (Coauthor: A., Madzharov). Society of Experimental Social Psychology Conference (2017).
- Restraint that Blinds: Attention Narrowing and Consumers' Response to Numerosity in Self-Control Decisions. (Coauthor: S., Prokopec). University of Pennsylvania, Marketing Camp (2017).
- Restraint that Blinds: Attention Narrowing and Consumers' Response to Numerosity in Self-Control Decisions. (Coauthor: S., Prokopec). Drexel University, Marketing Speaker Series (2017).
- Consumer Empowerment Empowering the Brand: Challenges and Opportunities. (Coauthors: V. Škare, P. Rydén, H. Muhammad, E. Kottika). Fourth International Conference on Contemporary Marketing Issues, Heraklion, Greece (2016).
- How Luxury Brand Consumption Promotes Costly Self-Signaling Behavior. (Coauthors: H., Hagtvedt & B., Kocher). University of St. Gallen, Marketing Speaker Series (2016).
- Restraint that Blinds: Attention Narrowing and Consumers' Response to Numerosity in Self-Control Decisions. (Coauthor: S., Prokopec). Faculty of Business and Economics, HEC Lausanne, Speaker Series (2016).
- Education, Liberalism and Consumers' Response to Luxury Brands. (Coauthor: F., Petersen). Association for Consumer Research Conference (2016).
- Restraint that Blinds: Attention Narrowing and Consumers' Response to Numerosity in Self-Control Decisions. (Coauthor: S., Prokopec). Frank Batten School of Leadership & Public Policy, University of Virginia, Speaker Series (2016).
- How Busyness Affects Motivation & Attentional Control. Northwestern University, Marketing Speaker Series (2016).
- How Busyness Affects Motivation & Attentional Control. Duke University, Marketing Speaker Series (2016).
- How Busyness Affects Motivation & Attentional Control. Saïd Business School, Oxford University, Marketing Camp (2016).
- Education, Liberalism and Consumers' Response to Luxury Brands. (Coauthor: F., Petersen). Association for Consumer Research Conference (2016).
- Rumination and Decision Making Among the Poor. (Coauthors: G., Johar & R., Meng). Boulder Summer Conference on Consumer Financial Decision Making (2016).
- Education, Liberalism and Consumers' Response to Luxury Brands. (Coauthor: F., Petersen). Monaco Symposium on Luxury (2016).
- Thinking About Financial Deprivation: Rumination and Decision Making Among the Poor. (Coauthors: G., Johar & R. Meng). Association for Consumer Research Conference Doctoral Symposium (2015).
- The Downside of Purchase Consideration for Luxury Brands. (Coauthor: F., Petersen). Consumer Competence Research Training Conference (2015).
- Restraint that Blinds: Attention Narrowing and Consumers' Response to Numerosity in Self-Control Decisions. (Coauthor: S., Prokopec). University of Maryland, Marketing Camp (Fall 2015).

- Depletion-as-Information: The Role of Feelings in Resource Depletion. (Coauthor: C., Chen). Society of Consumer Psychology Conference (2015).
- Depletion-as-Information: The Role of Feelings in Resource Depletion. (Coauthor: C., Chen). European Marketing Academy Conference (2015).
- How Being Busy Affects Productivity. (Coauthors: A., Stephen, J., Laran, & P., Zubcsek). Ghent University, Marketing Speaker Series (2015).
- How Being Busy Affects Productivity. (Coauthors: A., Stephen, J., Laran, & P., Zubcsek). American University, Marketing Speaker Series (Spring 2015)
- How Missing Deadlines and Being Busy Affect Productivity. (Coauthors: A., Stephen, J., Laran, & P., Zubcsek). Association for Consumer Research Conference Doctoral Symposium (2014).
- Quantity Aversion: Self-Control and Consumers' Response to Product Quantity. (Coauthor: A., Dalton). University of Pittsburgh, Marketing Speaker Series (2014).
- How Missing Deadlines and Being Busy Affect Productivity. (Coauthors: A., Stephen, J., Laran, & P., Zubcsek). Behavioral Decision Research in Management Conference (2014).
- The Less Conspicuous Road to Virtue: The Influence of Luxury Consumption on Socially Valued Behavior. (Coauthors: H., Hagtvedt & B., Kocher). Marketing in Israel Conference (2014).
- The Less Conspicuous Road to Virtue: The Influence of Luxury Consumption on Socially Valued Behavior. (Coauthors: H., Hagtvedt & B., Kocher). Copenhagen Business School, Marketing Speaker Series (2014).
- Encouraging Ideal Behavior via Luxury Consumption. (Coauthors: H., Hagtvedt & B., Kocher). University of Ghent, Marketing Speaker Series (2013).
- The Less Conspicuous Road to Virtue: The Influence of Luxury Consumption on Socially Valued Behavior. (Coauthors: H., Hagtvedt & B., Kocher). ESSEC, Winter Marketing Camp (2013).
- Depletion-as-Information: The Role of Feelings in Resource Depletion. (Coauthor: C., Chen). Association for Consumer Research Conference (2013).
- Tens, Hundreds or Thousands? How Nutritional Information Numerosity Nonconsciously Affects Unhealthy Food Choices. (Coauthor: S., Prokopec). Association for Consumer Research Conference (2013).
- Quantity Aversion: Self-Control and Consumers' Preference for Quality vs. Quantity. (Coauthor: A., Dalton). Association for Consumer Research Conference (2013).
- The Less Conspicuous Road to Virtue: The Influence of Luxury Consumption on Socially Valued Behavior. (Coauthors: H., Hagtvedt & B., Kocher). University of Miami, Marketing Speaker Series (2013).
- The Less Conspicuous Road to Virtue: The Influence of Luxury Consumption on Socially Valued Behavior. (Coauthors: H., Hagtvedt & B., Kocher). Erasmus University, Marketing Speaker Series (2013).
- The Less Conspicuous Road to Virtue: The Influence of Luxury Consumption on Socially Valued Behavior. (Coauthors: H., Hagtvedt & B., Kocher). Fisher College of Business, Ohio State University, Marketing Camp (2013).

- The Less Conspicuous Road to Virtue: The Influence of Luxury Consumption on Socially Valued Behavior. (Coauthors: H., Hagtvedt & B., Kocher). Marketing Science Institute, Young Scholar's Conference (2013).
- Are Close Friends the Enemy? Online Social Networks, Narcissism, and Self-Control. (Coauthor: A., Stephen). Association for Consumer Research Conference (2012).
- Encouraging Ideal Behavior by Imagining Luxury Consumption. (Coauthors: H., Hagtvedt & B., Kocher). Association for Consumer Research Conference (2012).
- Does Imitation Benefit the Imitated Brand? The Effects of Target Ambiguity and Processing Mindset on Judgment. (Coauthors: J., Laran & S., Sen). KU Leuven, Marketing Camp (2012).
- Does Imitation Benefit the Imitated Brand? The Effects of Target Ambiguity and Processing Mindset on Judgment. (Coauthors: J., Laran & S., Sen). University of Florida, Marketing Speaker Series (2012).
- Does Imitation Benefit the Imitated Brand? The Effects of Target Ambiguity and Processing Mindset on Judgment. (Coauthors: J., Laran & S., Sen). Four-School Conference, Columbia Business School, Columbia University (2012).
- Are Close Friends the Enemy? Online Social Networks, Narcissism, and Self-Control. (Coauthor: A., Stephen). University of Houston, Marketing Speaker Series (2012).
- Are Close Friends the Enemy? Online Social Networks, Narcissism, and Self-Control. (Coauthor: A., Stephen). University of Alberta, Marketing Speaker Series (2012).
- Are Close Friends the Enemy? Online Social Networks, Narcissism, and Self-Control. (Coauthor: A., Stephen). Society of Consumer Psychology Conference (2012).
- Does Imitation Benefit the Imitated Brand? The Effects of Target Ambiguity and Processing Mindset on Judgment. (Coauthors: J., Laran & S., Sen). Society of Consumer Psychology (2012).
- Are Close Friends the Enemy? Online Social Networks, Narcissism, and Self-Control. (Coauthor: A., Stephen). Columbia University, Marketing Speaker Series (2011).
- Are Close Friends the Enemy? Online Social Networks, Narcissism, and Self-Control. (Coauthor: A., Stephen). Boston University, Marketing Speaker Series (2011).
- Far Away or So Close: The Influence of Counterfeits on Genuine Brand Preference. (Coauthors: J., Laran & S., Sen). Association for Consumer Research Conference (2011).
- (In)congruity in the Evaluation of Celebrity Co-Brands. (Coauthor: R., Carroll). Association for Consumer Research Conference (2011).
- Choice, Rejection, and Elaboration on Goal-Inconsistent Alternatives. (Coauthor: J. Laran). La Londe Conference (2011).
- How the Order of Information About an Experiential Product Impacts Affective Evaluation. (Coauthors: A., Roggeveen & D., Grewal). La Londe Conference (2011).

- Choice, Rejection, and Elaboration on Goal-Inconsistent Alternatives. (Coauthor: J., Laran). Society for Consumer Psychology Conference (2011).
- The Ironic Effects of Credit Card Balances and Credit Limits on Consumer Spending. (Coauthors: L., Block & E., Eisenstein). Society for Consumer Psychology Conference (2011).
- How the Order of Information About an Experiential Product Impacts Affective Evaluation. (Coauthors: A., Roggeveen & D., Grewal). Society for Consumer Psychology Conference (2011).
- Vicarious Goal Fulfillment: When the Presence of a Healthy Option Leads to an Indulgent Decision. (Coauthors: B., Vallen, L., Block, & G., Fitzsimons). Society for Personality and Social Psychology Conference (2011).
- How the Order of Information About an Experiential Product Impacts Affective Evaluation. (Coauthors: A., Roggeveen & D., Grewal). Association for Consumer Research Conference (2010).
- The Ironic Effects of Credit Card Balances and Credit Limits on Conspicuous Consumption. (Coauthor: L., Block). Association for Consumer Research Conference (2010).
- The Ironic Effects of Credit Card Balances and Credit Limits on Conspicuous Consumption. (Coauthor: L., Block). Marketing and Public Policy Conference (2010).
- Pride: A License to Indulge or a Cue for Greater Self-Control? (Coauthors: T., Kramer & S. Sen). Association for Consumer Research Conference (2009).
- Vicarious Goal Fulfillment: When the Presence of a Healthy Option Leads to an Ironically Indulgent Decision. (Coauthors: B., Vallen, L., Block, & G., Fitzsimons). Association for Consumer Research Conference (2009).
- Pride: A License to Indulge or a Cue for Greater Self-Control? (Coauthors: T., Kramer & S. Sen). University of Queensland, Marketing Speaker Series (2009).
- Vicarious Goal Fulfillment: When the Presence of a Healthy Option Leads to an Ironically Indulgent Decision. (Coauthors: B., Vallen, L., Block, & G., Fitzsimons). La Londe Conference (2009).
- Vicarious Goal Fulfillment: When the Presence of a Healthy Option Leads to an Ironically Indulgent Decision. (Coauthors: B., Vallen, L., Block, & G., Fitzsimons). Marketing and Public Policy Conference (2009).
- Preference Fluency in Sequential Customization: The Unexpected Ease or Difficulty of Product Feature Decisions. (Coauthor: S., Song). Association for Consumer Research Conference (2008).
- Pride: A License to Indulge or a Cue for Greater Self-Control? (Coauthors: T., Kramer & S. Sen). University of Illinois Urbana Champaign, Marketing Speaker Series (2008).
- Pride: A License to Indulge or a Cue for Greater Self-Control? (Coauthors: T., Kramer & S. Sen). University of Southern California, Marketing Speaker Series (2008).
- Pride: A License to Indulge or a Cue for Greater Self-Control? (Coauthors: T., Kramer & S. Sen). Babson College, Marketing Speaker Series (2008).

- Pride: A License to Indulge or a Cue for Greater Self-Control? (Coauthors: T., Kramer & S. Sen). Lehigh University, Marketing Speaker Series (2008).
- Pride: A License to Indulge or a Cue for Greater Self-Control? (Coauthors: T., Kramer & S. Sen). Rutgers School of Business – Camden, Marketing Speaker Series (2008).
- If I Can Choose Vegetables, then I'll have Dessert: The Mere Presence of Healthy Food Items on Healthy versus Unhealthy Choice. (Coauthors: B., Vallen, L., Block, & G., Fitzsimons). Marketing and Public Policy Conference (2007).
- The Importance of Being Hedonic: Consumer Responsiveness to Promotions for Hedonic and Utilitarian Products. (Coauthor: K., Bawa). Society for Consumer Psychology Conference (2007).
- What's in a Logo: Exploring Motivations to Purchase Counterfeit Brands. (Coauthors: H., Kim & S. Sen). Association for Consumer Research Conference (2006).

**Courses Taught**

| | |
|---|---|
| Spring 2025 | Analyzing Consumer Behavior, Mays Business School |
| Spring 2025 | Seminar in Consumer Behavior, Mays Business School |
| Fall 2024 | Consumer Behavior, Mays Business School |
| Fall 2024 | Analyzing Consumer Behavior, Mays Business School |
| Fall 2023 | Consumer Behavior, Mays Business School |
| Fall 2023 | Analyzing Consumer Behavior, Mays Business School |
| Spring 2023 | PhD Seminar on Consumer Behavior, Mays Business School |
| Spring 2023 | Consumer Behavior, Mays Business School |
| Spring 2022 | Seminar in Consumer Behavior, Mays Business School |
| Spring 2021 | MBA Core Marketing, Columbia Business School |
| Fall 2020 | MBA Core Marketing, Columbia Business School |
| Spring 2020 | NYC Immersion Seminar: Luxury Brands, Columbia Business School |
| Fall 2019 | MBA Core Marketing, Columbia Business School |
| Summer 2019 | NYC Immersion Seminar: Luxury Brands, Columbia Business School |
| Fall 2018 | MBA Core Marketing, Columbia Business School |
| Spring 2018 | NYC Immersion Seminar: Luxury Brands, Columbia Business School |
| Fall 2017 | MBA Core Marketing, Columbia Business School |
| Spring 2017 | NYC Immersion Seminar: Luxury Brands, Columbia Business School |
| Fall 2016 | MBA Core Marketing, Columbia Business School |
| Spring 2016 | NYC Immersion Seminar: Luxury Brands, Columbia Business School |
| Fall 2015 | MBA Core Marketing, Columbia Business School |
| Spring 2015 | NYC Immersion Seminar: Luxury Brands, Columbia Business School |
| Fall 2014 | MBA Core Marketing, Columbia Business School |
| Spring 2014 | NYC Immersion Seminar: Luxury Brands, Columbia Business School |
| Fall 2013 | EMBA Core Marketing, Columbia Business School |
| Fall 2013 | Marketing Management, Columbia College |
| Summer 2013 | EMBA Core Marketing, Columbia Business School |
| Fall 2012 | EMBA Core Marketing, Columbia Business School |
| Spring 2011 | MBA Core Marketing, Babson College |

| | |
|---|---|
| Spring 2011 | MBA Consumer Behavior, Babson College |
| Fall 2011 | Undergraduate Consumer Behavior, Babson College |
| Spring 2010 | MBA Consumer Behavior, Babson College |
| Fall 2010 | Undergraduate Consumer Behavior, Babson College |
| Spring 2009 | MBA Consumer Behavior, Babson College |
| Fall 2009 | Undergraduate Consumer Behavior, Babson College |
| Spring 2008 | Undergraduate Marketing Management, Baruch College |

**Doctoral Dissertation Service**

- Amin Shiri, doctoral student, Texas A&M, (Dissertation Chair)
- Gabriel Ward, doctoral student, Texas A&M, (Dissertation Co-Chair)
- Charlene Chen, Assistant Professor, Nanyang Business School (Dissertation Committee)
- Travis Tae Oh, Assistant Professor, Yeshiva University (Dissertation Committee)
- Youjung Jun, Assistant Professor, Yonsei School of Business (Dissertation Committee)

**Service**

- Association for Consumer Research Conference 2023 Co-Chair
- Society of Consumer Psychology Conference 2021 Outreach and Fundraising Co-Chair
- Society of Consumer Psychology Conference 2020 Associate Editor
- Society of Consumer Psychology Boutique Conference 2019 Co-Chair
- AMA Winter Academic Conference 2018 Associate Editor
- Society of Consumer Psychology Boutique Conference 2017 Co-Chair
- APA Conference 2012 (Division 23) Co-Chair
- Society of Consumer Psychology Conference, Ad Hoc Reviewer & Program Committee
- Association for Consumer Research Conference, Ad Hoc Reviewer & Program Committee
- MSI Clayton Dissertation Proposal Competition, Ad Hoc Reviewer
- Valuing Diversity Dissertation Scholarship, Ad Hoc Reviewer

**Professional Experience**

- Associate, Alvarez & Marsal
- Consultant, Seedco
- Advertising Account Executive, CMG Communications
- Advertising Account Executive, Mezzina/Brown

**Expert Testimony in the Last 4 Years**

*William R. Klopfenstein, et al. v. Fifth Third Bank*, United States District Court Southern District of Ohio Western Division. Case No. 1:12-CV-00851. Testified in deposition on the effects of Defendant's alleged wrongful acts on Plaintiffs' consumer behavior, August 2022.

*BLST Northstar, LLC and BLST Receivables & Servicing, LLC. v. Santander Consumer USA, Inc.*, United States District Court of Minnesota. Case No. 22-cv-02210-WMW-DJF. Testified in deposition on the effects of Defendant's alleged wrongful acts on the behavior of Plaintiffs' consumers, July 2024.

*Anthony Ramirez, Mynor Villatoro Aldana and Janet Hobson v. Bank of America, N.A.*, United States District Court for the Northern District of California. Case No. 4:22-cv-00859-YGR. Testified in deposition on the effects of Defendant's alleged wrongful acts on Plaintiffs' consumer behavior, February 2025.

*Brendan C. Haney v. Costa Del Mar, Inc.*, Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida. Case No. 4 16-2017-CA-004794-XXXX-MA DIVISION: CV-E. Testified in deposition on the effects of Defendant's alleged wrongful acts on Plaintiffs' consumer behavior, May 2025.

*Donrick Sanderson v. Whoop, Inc.*, United States District Court for the Northern District of California. Case No. 3:23-cv-05477-CRB. Testified in deposition on the effects of Defendant's alleged wrongful acts on Plaintiffs' consumer behavior, October 2025.

# APPENDIX B

## Documents Considered

**Legal Documents**

ECF 73, Plaintiff's and Defendant's Second Joint Stip. of Fact.

ECF 46-2, Aff. Of Madelaine Wellerson.

First Amended Class Action Complaint, *Laura Hettinger vs. Bozzuto Management Company*, United States District Court, District of Columbia, 1:23-cv-03687-JEB, January 2, 2025..

Memorandum Opinion, *Laura Hettinger vs. Bozzuto Management Company*, United States District Court, District of Columbia, Civil Action No. 23-3687 (JEB), July 21, 2025.

BOZZUTO 002902-002917
BOZZUTO 003468-003481
BOZZUTO 002918-002931
BOZZUTO 002932-002946
BOZZUTO 002963-002981
BOZZUTO 003063-003077
BOZZUTO 003078-003092
BOZZUTO 003482-003494
BOZZUTO 003495-003507
BOZZUTO 003106-003120
BOZZUTO 003508-003524
BOZZUTO 003134-003141
BOZZUTO 003174-003188
BOZZUTO 003204-003218
BOZZUTO 003539-003553
BOZZUTO 003554-003564
BOZZUTO 003219-003231
BOZZUTO 003232-003246
BOZZUTO 003247-003258
BOZZUTO 003565-003582
BOZZUTO 003583-003598
BOZZUTO 003599-003611
BOZZUTO 003273-003288
BOZZUTO 003303-003316
BOZZUTO 003317-003330
BOZZUTO 003346-003361
BOZZUTO 003362-003376
BOZZUTO 003377-003388
BOZZUTO 003625-003640
BOZZUTO 003389-003404
BOZZUTO 002077
BOZZUTO 001265
BOZZUTO 001030
BOZZUTO 001113
BOZZUTO 001189
BOZZUTO 002224
BOZZUTO 002291
BOZZUTO 004626
BOZZUTO 001312
BOZZUTO 001432
BOZZUTO 001496
BOZZUTO 001556
BOZZUTO 001621
BOZZUTO 001701
BOZZUTO 004390
BOZZUTO 001759
BOZZUTO 002350
BOZZUTO 001871
BOZZUTO 004458
BOZZUTO 002403
BOZZUTO 002578
BOZZUTO 004175
BOZZUTO 004999-005002
BOZZUTO 004944-004948
BOZZUTO 004949-004963
BOZZUTO 005017-005027
BOZZUTO 005257-005261
BOZZUTO 004971-004977
BOZZUTO 005262-005265
BOZZUTO 002745-002749
BOZZUTO 003778
BOZZUTO 003755-003757
BOZZUTO 002744, 003760
BOZZUTO 003762
BOZZUTO 003763
BOZZUTO 003764
BOZZUTO 003765
BOZZUTO 003766
BOZZUTO 003767
BOZZUTO 003780
BOZZUTO 003769-003770
BOZZUTO 003771
BOZZUTO 003781
BOZZUTO 003784
BOZZUTO 003783
BOZZUTO 000001-000063
BOZZUTO 000064-000112
BOZZUTO 000113-000191
BOZZUTO 000258-000314
BOZZUTO 000448-000509
BOZZUTO 000510-000594
BOZZUTO 001924-001979
BOZZUTO 004537-004617
BOZZUTO 004710-004870
BOZZUTO 001980-002068
BOZZUTO 000751-000822
BOZZUTO 000897-000973
BOZZUTO 000974-001018
BOZZUTO 002069-002156
BOZZUTO 002157-002215

BOZZUTO 003405-003419
BOZZUTO 003641-003654
BOZZUTO 003439-003452
BOZZUTO 003453-003467
BOZZUTO 003655-003667
BOZZUTO 003694-003709
BOZZUTO 003680-003693
P-HETTINGER00113
BOZZUTO 000009
BOZZUTO 000072
BOZZUTO 000124
BOZZUTO 000266
BOZZUTO 000518
BOZZUTO 001932
BOZZUTO 004545
BOZZUTO 004722
BOZZUTO 001988
BOZZUTO 000759
BOZZUTO 000908
BOZZUTO 000982
BOZZUTO 005028-005041
BOZZUTO 005054-005061
BOZZUTO 003728
BOZZUTO 003789
BOZZUTO 003729
BOZZUTO 003730
BOZZUTO 003733-003734
BOZZUTO 003735
BOZZUTO 003772
BOZZUTO 003773
BOZZUTO 003738
BOZZUTO 003740
BOZZUTO 003788
BOZZUTO 003745
BOZZUTO 003775
BOZZUTO 003776
BOZZUTO 003746-003750
BOZZUTO 003752
BOZZUTO 003777
BOZZUTO 003753
BOZZUTO 001019-001104
BOZZUTO 001105-001180
BOZZUTO 001181-001239
BOZZUTO 002216-002282
BOZZUTO 002283-002341
BOZZUTO 004618-004709
BOZZUTO 001304-001356
BOZZUTO 001424-001486
BOZZUTO 001487-001547
BOZZUTO 001548-001612
BOZZUTO 001613-001692
BOZZUTO 001693-001747
BOZZUTO 004381-004446
BOZZUTO 001748-001870
BOZZUTO 002342-002394
BOZZUTO 001863-001923
BOZZUTO 004447-004536
BOZZUTO 002395-002452
BOZZUTO 002569-002688
BOZZUTO 004164-004231

**Publicly Available Documents**

Banerjee, Somak, Sujay Dutta, Abhijit Biswas, and Hyokjin Kwak. "The impact of consumer expectations and familiarity on deceptive pricing in advertising: a view from drip pricing practice." *International Journal of Advertising* 43, no. 2 (2024): 254-285.

Blake, Tom, Sarah Moshary, Kane Sweeney, and Steve Tadelis. "Price salience and product choice." *Marketing Science* 40, no. 4 (2021): 619-636.

Federal Trade Commission. *Trade Regulation Rule on Unfair or Deceptive Fees*, 90 Fed. Reg. 2066, 2068 (Jan. 10, 2025) (to be codified at 16 C.F.R. pt. 464) available at https://www.federalregister.gov/documents/2025/01/10/2024-30293/trade-regulation-rule-on-unfair-or-deceptive-fees.

Garcia, Manny and Berchick, Edward, *Renters: Results from the Zillow Consumer Housing Trends Report 2024* (2024), https://www.zillow.com/research/renters-housing-trends-report-2024-34387/.

Huck, Steffen, and Brian Wallace. "The impact of price frames on consumer decision making: Experimental evidence." *Experimental Evidence* (2015): 1-47.

Josephs, Leslie. "Airlines to rake in record $57 billion in passenger fees this year, study shows." *CNBC*, *available at* https://www.cnbc.com/2017/11/27/airlines-to-rake-in-record-57-billion-in-passenger-fees-this-year.html.

Kahneman, Daniel, Jack L. Knetsch, and Richard H. Thaler. "Anomalies: The endowment effect, loss aversion, and status quo bias." *Journal of Economic Perspectives* 5, no. 1 (1991): 193-206.
Kotler, Philip, and Kevin Lane Keller, *Marketing Management*, 15th edition, Pearson, 2016.

Lynch Jr, John G., and Thomas K. Srull. "Memory and attentional factors in consumer choice: Concepts and research methods." *Journal of consumer research* 9, no. 1 (1982): 18-37.

Murre, Jaap MJ, and Joeri Dros. "Replication and analysis of Ebbinghaus' forgetting curve." *PloS one* 10, no. 7 (2015): 1-23.

Robbert, Thomas. "Feeling nickeled and dimed–consequences of drip pricing." *Journal of Service Theory and Practice* 25, no. 5 (2015): 621-635, p. 622.
Robbert, Thomas, and Stefan Roth. "The flip side of drip pricing." *Journal of Product & Brand Management* 23, no. 6 (2014): 413-419.

Rosenbloom, Stephanie. "Hotels rake in record fees, and travelers foot the bill." *New York Times*, *available at* https://www.nytimes.com/2017/09/29/travel/hotels-rake-in-record-fees-and-travelers-foot-the-bill.html.

Santana, Shelle, Steven K. Dallas, and Vicki G. Morwitz. "Consumer reactions to drip pricing." *Marketing Science* 39, no. 1 (2020): 188-210.

Sullivan, Mary. "Overview of drip pricing." Presentation at the Economics of Drip Pricing Conference, May 21, 2012, https://www.ftc.gov/sites/default/files/documents/public_events/economics-drip-pricing/msullivan.pdf.

Tversky, Amos, and Daniel Kahneman. "Advances in prospect theory: Cumulative representation of uncertainty." *Journal of Risk and Uncertainty* 5 (1992): 297-323.

Vanhuele, Marc, Gilles Laurent, and Xavier Dreze. "Consumers' immediate memory for prices." *Journal of Consumer Research* 33, no. 2 (2006): 163-172.

Wang, Ruxian, and Ozge Sahin. "The impact of consumer search cost on assortment planning and pricing." *Management Science* 64, no. 8 (2018): 3649-3666.