# EXHIBIT 13

**From:** [redacted]
**Sent:** Mon 10/4/2021 8:54:20 PM (UTC)
**To:** Alexa Sclavounos[Alexa.Sclavounos@bozzuto.com]
**Subject:** Re: ledger

Hi - I'm following up on this again. When is a good time to speak tomorrow? Because once again, the fees are outrageously high. If this fleecing is going to continue then we need to have a significant conversation. I'm currently paying more for your "electricity" payment than I pay for electricity for my entire apartment. That's absolutely ridiculous.

On Thu, Sep 16, 2021 at 10:48 PM [redacted] wrote:

Can we do 9:30 on Monday?

On Thu, Sep 16, 2021 at 3:02 PM Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com> wrote:

My apologies I have been in meetings and will have training the other portion of the day. I am in the office on Mondays to Fridays, so unfortunately if Saturday is the best option it would have to be another agent you meet with. To help accommodate your call schedule, I have a 15-minute break in between meetings tomorrow starting at 9:30 am. Would that time slot work for you?

Best,

**Lexi Sclavounos**
Assistant General Manager
2 I Street SE | Washington, DC 20003
(O) 202.922.2025 | novelsouthcapitol.com | bozzuto.com

BOZZUTO
NAMED A TOP WORKPLACE BY THE WASHINGTON POST SIX YEARS IN A ROW
2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR
NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

---

**From** [redacted]
**Sent:** Thursday, September 16, 2021 12:42 PM
**To:** Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com>
**Subject:** Re: ledger

What about today? Or Saturday? I have some serious issues regarding my renewal I want to discuss. I know my schedule is the problem! But I just want to chat sooner rather than later.

[redacted]

On Sep 16, 2021, at 12:39 PM, Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com> wrote:

That's okay, thank you for letting me know! Unfortunately, I am not available at 9:15am on Friday. I am free from 10am-1pm on Friday.

Best,

**Lexi Sclavounos**
Assistant General Manager
2 I Street SE | Washington, DC 20003
(O) 202.922.2025 | novelsouthcapitol.com | bozzuto.com
<Outlook-vx2kvbb4.png>

NAMED A TOP WORKPLACE BY THE WASHINGTON POST SIX YEARS IN A ROW
2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR
NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

---

**From:** [redacted]
**Sent:** Thursday, September 16, 2021 12:36 PM
**To:** Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com>
**Subject:** Re: ledger

I'm so sorry I have a call now at 10. Could we do like 915?

[redacted]

On Sep 15, 2021, at 1:06 PM, Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com> wrote:

That works! I'll look for your call this Friday at 10:30 AM!

Talk to you then!

Best,

**Lexi Sclavounos**
Assistant General Manager
2 I Street SE | Washington, DC 20003
(O) 202.922.2025 | novelsouthcapitol.com | bozzuto.com
<Outlook-5js2b5lg.png>

NAMED A TOP WORKPLACE BY THE WASHINGTON POST SIX YEARS IN A ROW
2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR
NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

---

**From:** [redacted]
**Sent:** Wednesday, September 15, 2021 12:52 PM
**To:** Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com>
**Subject:** Re: ledger

Let's do a call Friday at 10:30am! Does that work?

On Wed, Sep 15, 2021 at 12:45 PM Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com> wrote:

H[redacted]

Unfortunately, I now have meetings between 1pm-3pm. Does anytime tomorrow between 12pm-2pm or Friday between 10am-1pm work?

If the proposed timeframes do not work, I included a screenshot of your renewal offers accessible on your online portal for your convenience!

I am happy to answer any questions you may have about your lease expiration in the meantime!

Best,

**Lexi Sclavounos**
Leasing Manager
2 I Street SE | Washington, DC 20003
(O) 202.922.2025 | novelsouthcapitol.com | bozzuto.com
<Outlook-jpuzryzb.png>

NAMED A TOP WORKPLACE BY THE WASHINGTON POST SIX YEARS IN A ROW
2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR
NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

---

**From:** [redacted]
**Sent:** Wednesday, September 15, 2021 11:56 AM
**To:** Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com>
**Subject:** Re: ledger

Actually I just had a meeting cancel. Could we do 2:15pmET?

On Wed, Sep 15, 2021 at 11:55 AM [redacted] wrote:

> It has happened again. Can we do a call? Maybe at like 2:30?
>
> On Tue, Sep 14, 2021 at 3:51 PM Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com> wrote:
>
> > H[redacted]
> >
> > That's okay, I totally understand!
> >
> > Yes, I am free anytime between 11am-3pm tomorrow!
> >
> > Best,
> >
> > **Lexi Sclavounos**
> > Leasing Manager
> > 2 I Street SE | Washington, DC 20003
> > (O) 202.922.2025 | novelsouthcapitol.com | bozzuto.com
> > <Outlook-43uwxycb.png>
> >
> > NAMED A TOP WORKPLACE BY THE WASHINGTON POST SIX YEARS IN A ROW
> > 2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR

NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

---

**From:** [redacted]
**Sent:** Tuesday, September 14, 2021 3:48 PM
**To:** Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com>
**Subject:** Re: ledger

I am so sorry I'm getting pulled into work. But my boss leaves shortly. Do you have time tomorrow?

On Thu, Sep 9, 2021 at 4:34 PM Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com> wrote:

Sounds good! I'll see you at 1pm this Tuesday.

Best,

**Lexi Sclavounos**
Leasing Manager
2 I Street SE | Washington, DC 20003
(O) 202.922.2025 | novelsouthcapitol.com | bozzuto.com
<Outlook-5cppo3r1.png>

NAMED A TOP WORKPLACE BY THE WASHINGTON POST SIX YEARS IN A ROW
2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR
NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

---

**From:** [redacted]
**Sent:** Thursday, September 9, 2021 4:28 PM
**To:** Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com>
**Cc:** Novel South Capitol <Novel@bozzuto.com>
**Subject:** Re: ledger

Can we do 1pm?

On Thu, Sep 9, 2021 at 3:09 PM Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com> wrote:

Hi Leslie,

Yes, Tuesday works! I am free any time between 12pm-3pm.

Let me know a time that works best for your schedule!

Best,

**Lexi Sclavounos**
Leasing Manager
2 I Street SE | Washington, DC 20003
(O) 202.922.2025 | novelsouthcapitol.com | bozzuto.com
<Outlook-ypls3a3f.png>

NAMED A TOP WORKPLACE BY THE WASHINGTON POST SIX YEARS IN A ROW
2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR
NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

**From:** [redacted]
**Sent:** Thursday, September 9, 2021 1:29 PM
**To:** Novel South Capitol <Novel@bozzuto.com>
**Cc:** Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com>
**Subject:** Re: ledger

When is a good time to speak about this and about the lease renewal? Would you have time on Tuesday?

On Wed, Sep 8, 2021 at 4:45 PM Novel South Capitol <Novel@bozzuto.com> wrote:

[redacted]

I reviewed the HVAC consumption and there were no reports of any issues with the reads or any estimates that have had to be used since you moved in on 9/26. The attached report shows the change in consumption month over month. In the winter months, you will notice the increase as a result of the colder months.

I believe your main concern is the July charges that hit this month. There was a period where the data collector was down (6/1-8/1) and there were inconsistencies with reads so the last two months were estimates. The data collector is for the entire building and this was replaced the first week of August so we have been receiving accurate reads since then. The charges that hit for this month include the true up from the estimates. This true up is noted in the message center on the monthly bill.

The last accurate read we received was 5/1 utility charges and the meter read was 67502. 6/1 billing was a property average of 1801. 7/1 $0 was billed due to the inconsistencies with the reads throughout the month. The last meter read billed reflects 72962 so this reflects a true up and difference of 3659 consumed. The attached rent statement includes the charge per gallon from the service providers.

Since the data collector has been replaced, we have been receiving regular reads and you can monitor your utilities and daily consumption on Conservice's site. I am also happy to look into any additional questions that you may have.

Best,

**Maty Wellerson**

General Manager, NOVEL South Capitol

2 I Street SE | Washington, DC 20003

(O) 202.922.2025 | www.novelsouthcapitol.com

<image001.png>

NAMED #1 TOP WORKPLACE 2020 BY THE WASHINGTON POST

2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR

NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

---

**From:** Novel South Capitol
**Sent:** Wednesday, September 8, 2021 2:30 PM
**To:** [redacted]
**Cc:** Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com>
**Subject:** RE: ledger

Hi [redacted]

Thank you for the follow up. Your message was passed along in regards to utilities and I am working with Conservice to provide you with a detailed breakdown in regards to your water, sewage, and HVAC charges.

I have included Lexi on this email to set up a time to discuss your November renewal.

Sincerely,

**Maty Wellerson**

General Manager, NOVEL South Capitol

2 I Street SE | Washington, DC 20003

(O) 202.922.2025 | www.novelsouthcapitol.com

<image006.png>

NAMED #1 TOP WORKPLACE 2020 BY THE WASHINGTON POST

2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR

NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

**From:** [redacted]
**Sent:** Wednesday, September 8, 2021 1:48 PM
**To:** Novel South Capitol <Novel@bozzuto.com>
**Subject:** Re: ledger

Hi - no one has contacted me. I'd like to set up a time to speak with you about my lease renewal. Can someone please let me know when I can speak with the property manager?

On Sun, Sep 5, 2021 at 2:32 PM [redacted] wrote:

Thanks - I paid my rent, the processing fee and my trash, which are charges I do not dispute. I've attached a list of these utility fees and highlighted the ones that we need to discuss. I'm realizing this is not the first month of these insanely high charges. Nor do half of these make sense as they vary wildly (December HVAC was $4.51 but it was $60 in January and $43 in February), or they don't match up (December HVAC dropped drastically to $4.51 but that same month the sewer and water doubled or tripled from the previous month - which makes no sense).

I look forward to hearing from the manager so we can discuss this and my lease renewal.

Thanks,

On Sun, Sep 5, 2021 at 2:08 PM Novel South Capitol <Novel@bozzuto.com> wrote:

--

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]