# EXHIBIT 14

**From:** [redacted]
**Sent:** Thur 12/30/2021 8:25:25 PM (UTC)
**To:** Alexa Sclavounos[Alexa.Sclavounos@bozzuto.com]
**Subject:** Re: 1204-Move Out Statement

Hi Alexa,
I am so terribly sorry for the delay. For some reason this email went to my junk folder!

I am looking over the bill and it is clear that it is incorrect. The total gallon amount seems unreasonably high given the size of the apartment and because I was not living in the apartment for the majority of the last 4 months. It is incorrect that my bill is that high in a studio apartment given I am now in a 2 bed 2 bath apartment paying $30 - $40 in water and sewer combined.

I have compiled all of my water bills while at Novel in this spreadsheet. Please let me know if you are not able to access it. For the first 10 months I lived at Novel, my average bill was $82.84, however, in the last 4 months at Novel my average bill increased to $219.86, where the majority of those months the apartment sat empty.

I would also like to highlight the following:

- My bill for the 15 days in November is $77 more than the total amount for 30 days in October
- My final trash bill is higher than a full month's trash bill
- I have been charged two processing fees for my final bill

Based on the average of the first 10 months I lived at Novel, I am estimating that I have overpaid for the 9/1 and 10/1 utility bill by ~ $284.48. Once the 11/1 and final bill are corrected, I will be happy to pay the difference, subtracting the amount that I have already overpaid from the 9/1 and 10/1 bills.

Please let me know if my spreadsheet differs for your records and we can compare. I am also available today and tomorrow if it is helpful to get on the phone or stop by the office.

Thank you for your help with all of this, hopefully, we can figure out what is going on.

On Thu, Dec 9, 2021 at 10:31 AM Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com> wrote:

Hi [redacted]

Thank you for your patience while I looked into your final utility charges at Novel!

My maintenance team inspected apartment home 1204's meter and determined it was functioning properly. From there, I went through all of the 04-tier floorplans and analyzed their monthly water/sewage charges from the past several months; the general monthly average of all unit statements compared to #1204's bills ranged from the sewage bills averaging around $45-$90 and, the monthly water bills ranging from $30-$60. Finally, I reached out to Novel's ConService representative to see if he could investigate the charges on his end and this was the response I received:

'The charges are a bit high, but I do show them to be accurate. For reference, last month, with actual reads, their sewer was $87.40, since their final bill is a month and a half a charge of $126.87 for sewer is accurate.

I show their unit was using about 6,000/gallons a month previously.

Please let me know if you have any other questions. Or if it helps, please don't hesitate to have residents reach out to our live CSR team at 1-866-947-7379 or Ext 1011. They are always happy to go over residents' bills and their meter readings with them, to explain the charges for the resident.'

As apartment home 1204's final utility statement was from 10/02/2021 – 11/15/2021, your monthly bill was about around $63 for sewage and $41 for water, which seems to be consistent with the 04-tier's average.

From these results, the most I can offer is to adjust your final utility fees towards the lower average of the 04-tiers water/sewage utility statements. This credit would result in a $28 figure comped from your final bill.

Please let me know if this works for you and I will update the statement!

Best,

**Lexi Sclavounos**

Assistant General Manager

2 I Street SE | Washington, DC 20003

(O) 202.922.2025 | novelsouthcapitol.com | bozzuto.com

NAMED A TOP WORKPLACE BY THE WASHINGTON POST SIX YEARS IN A ROW

2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR

NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

---

**From:** Alexa Sclavounos
**Sent:** Wednesday, November 17, 2021 3:42 PM
**To:** [redacted]
**Subject:** RE: 1204-Move Out Statement

Okay, thank you for letting me know. I will also put in a service ticket with the maintenance team to inspect the meter for apartment 1204.

Best,

**Lexi Sclavounos**

Assistant General Manager

2 I Street SE | Washington, DC 20003

(O) 202.922.2025 | novelsouthcapitol.com | bozzuto.com

NAMED A TOP WORKPLACE BY THE WASHINGTON POST SIX YEARS IN A ROW

2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR

NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

**From:** [redacted]
**Sent:** Wednesday, November 17, 2021 2:53 PM
**To:** Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com>
**Subject:** Re: 1204-Move Out Statement

Thank you, that would be very helpful.

I just reached out to Conservice as well, and they let me know that there is nothing they can do. That Novel is in charge of the maintenance for the meters, so if anything is reporting incorrectly that is has to be fixed with the leasing office.

I know this is not on you personally Alexa, I am just at a loss. I have paid $200+ for water and sewage in a tiny apartment for the last 4-6 months and it makes no sense.

I appreciate any help!

On Wed, Nov 17, 2021 at 2:42 PM Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com> wrote:

Hi [redacted]

I will reach out to Conservice on your behalf for them to take another look at your final utilities. I will reach out once I receive an update.

Best,

**Lexi Sclavounos**

Assistant General Manager

2 I Street SE | Washington, DC 20003

(O) 202.922.2025 | novelsouthcapitol.com | bozzuto.com

NAMED A TOP WORKPLACE BY THE WASHINGTON POST SIX YEARS IN A ROW

2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR

NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW

**From:** [redacted]
**Sent:** Wednesday, November 17, 2021 1:41 PM
**To:** Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com>
**Subject:** Re: 1204-Move Out Statement

And the utilities for November should only be for half the month, so there is no way they are this price.

On Wed, Nov 17, 2021 at 1:39 PM [redacted] wrote:

I'm sorry, but you are telling me that my utilities for a tiny studio apartment (that do not include the electric bill I already pay) for two months is $421.47? This is insane and there is no way this is correct.

I am very worried that I have overpaid the entire year I have been at Novel and will never see this money again. Is there any way you can look in to what my actual bill should be? I have only lived in this apartment part-time for the last 6 months and there is absolutely no way I have this much usage.

Please let me know what I can do to fix this, as I do not want to be in default, but I fully suspect I will never see this money again.

Thanks,

On Wed, Nov 17, 2021 at 1:29 PM Alexa Sclavounos <Alexa.Sclavounos@bozzuto.com> wrote:

Good afternoon [redacted]

I hope all is well since moving from NOVEL!

Please find your move-out statement attached, which shows the balance due at the bottom right corner in the amount of $421.17. This amount will cover your final utilities from the last months at NOVEL. You should still have access to the resident portal in order to submit a payment for this amount due, but personal check and certified funds are also acceptable to be brought to or mailed to the property!

Please let me know if you have questions. Always happy to help!

Best,

**Lexi Sclavounos**

Assistant General Manager

2 I Street SE | Washington, DC 20003

(O) 202.922.2025 | novelsouthcapitol.com | bozzuto.com

NAMED A TOP WORKPLACE BY THE WASHINGTON POST SIX YEARS IN A ROW

2020 NAHB PROPERTY MANAGEMENT FIRM OF THE YEAR

NAMED #1 IN THE US FOR ONLINE REPUTATION SEVEN YEARS IN A ROW