# EXHIBIT 15

**From:** Maty Wellerson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4B6B9A3FE53641CD827C54B3630E1EE8-MATY DUNN]
**Sent:** Thur 12/21/2023 1:32:04 PM (UTC)
**To:** [redacted]Novel South Capitol[/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=99f9c073a1954ef3af7c4a000a0922af-Novel South]
**Bcc:** Melvin Guandique[Melvin.Guandique@bozzuto.com]
**Subject:** RE: Monthly Conservice Statement for Novel South Capitol East
**Attachment:** Novel South Capitol East_30 Day Usage - Unit 0614 (1).xlsx
**Attachment:** #614 January 1 2024 Statement.pdf
**Attachment:** #614 Conservice.pdf

Good Morning [redacted]

Please see the attached 30 day history of water meter readings. Overall consumption is in line with standard usage but please feel free to put in a maintenance request for a time that is convenient for you if you would like the team to do a meter test to ensure that everything is working properly.

DC Water bills NOVEL for the entire community and Conservice's equipment submeters your consumption based off of DC Water rates as listed below. The DC Water rates are not fixed rates. I attached you last two bills to show the variable rate.

| Service Type | Description |
| --- | --- |
| Sewer | Sewer service is provided by DC Water and Sewer Authority. Your submetering s submeter reads in Gal units. You are billed according to that consumption multip charged a base fee of $0.00 per month, as well as $0.025235 per Gal. |
| Trash | Trash service is provided by Elytus Ltd. Your charges are based on a flat rate per |
| Water | Water service is provided by DC Water and Sewer Authority. Your submetering s reads in Gal units. You are billed according to that consumption multiplied by th base fee of $0.00 per month, as well as $0.016199 per Gal. |

Sincerely,

**Maty Wellerson**
General Manager, Novel South Capitol
2 I Street SE, Washington DC 20003
(O) 202-922-2025 | www.novelsouthcapitol.com

BOZZUTO
NATIONALLY CERTIFIED AS A GREAT PLACE TO WORK®
NAMED A TOP WORKPLACE BY THE WASHINGTON POST EIGHT YEARS IN A ROW

**From:** [redacted]
**Sent:** Wednesday, December 20, 2023 9:44 PM
**To:** Maty Wellerson <maty.wellerson@bozzuto.com>; Novel South Capitol <novel@bozzuto.com>
**Subject:** Fwd: Monthly Conservice Statement for Novel South Capitol East

Hello,

Clearly there is an error with this bill for 171.96.
Sewer for $94. No one is home all day and the water is high as well. Please advise and provide meter readings to justify. Better still I am requesting that DC Water come out and check my units meter readings as I have been overcharged. Thank you for your time.

Kind regards,

[redacted]

---------- Forwarded message ---------
From: **Conservice** <ebill@ebill.conservicemail.com>
Date: Wed, Dec 20, 2023 at 8:02 AM
Subject: Monthly Conservice Statement for Novel South Capitol East
To[redacted]

[redacted] [redacted]

Your utility statement due on 1/1/2024 is ready. A summary of your charges is below, for the account number ending in 2391. To view the bill or see payment options, please click below. Payment options may vary by Community.

## Current Rent and Lease Charges

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| Rent | 01/01/2024 - 01/31/2024 | $2,870.00 |
| **Rent and Leasing Charges Due 01/01/2024** | | **$2,870.00** |

## Current Utility Charges

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| Sewer | 11/01/2023 - 12/01/2023 | $94.38 |
| Trash | 11/01/2023 - 12/01/2023 | $10.00 |
| Water | 11/01/2023 - 12/01/2023 | $60.58 |
| Service Fee | Conservice is a service provider contracted to prepare monthly statements and provide conservation resources. | $7.00 |
| **Current Charges due 01/01/2024** | | **$171.96** |

| | |
|---|---|
| **Total Current Charges** | **$3,041.96** |
| Prior Balance as of 12/19/2023 | $0.00 |
| **Grand Total Due 01/01/2024** | **$3,041.96** |

**VIEW STATEMENT**

**PAY BILL**

www.conservice.com | opt out

If you need to contact Conservice, please visit utilitiesinfo.conservice.com