# EXHIBIT 17

**Resident Ledger**

BOZZUTO

**Date: 07/31/2024**

| | | | | | |
|---|---|---|---|---|---|
| **Code** | t0380471 | **Property** | b0000917 | **Lease From** | 07/23/2021 |
| **Name** | Laura Hettinger | **Unit** | 1106 | **Lease To** | 08/22/2022 |
| **Address** | [redacted] | **Status** | Past | **Move In** | 07/23/2021 |
| | | **Rent** | 2276.00 | **Move Out** | 08/22/2022 |
| **City** | [redacted] | **Phone (H)** | | **Phone (W)** | |

| Date | Chg Code | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 06/27/2021 | appfee | Application Fee (Laura Hettinger) | 75.00 | | 75.00 | 34229587 |
| 06/27/2021 | | chk# 1[redacted] Credit Card On-Line Payment ; Mobile Web - Online Leasing | | 75.00 | 0.00 | 17438175 |
| 07/01/2021 | amty | Amenity Fee | 300.00 | | 300.00 | 34592016 |
| 07/01/2021 | | chk# 1[redacted] Credit Card On-Line Payment ; Web - Online Leasing | | 300.00 | 0.00 | 17484408 |
| 07/23/2021 | rent | Rent for 9 days | 733.65 | | 733.65 | 34662993 |
| 07/27/2021 | ocitrash | LS-prorated trash | 2.90 | | 736.55 | 34666043 |
| 07/28/2021 | | chk# 0595 :CHECKscan Payment | | 963.61 | (227.06) | 17602716 |
| 08/01/2021 | rent | Rent-Current Acct Period ONLY (08/2021) | 2,276.00 | | 2,048.94 | 34816409 |
| 08/03/2021 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile App - Resident Services | | 2,048.94 | 0.00 | 17683875 |
| 09/01/2021 | rent | Rent-Current Acct Period ONLY (09/2021) | 2,276.00 | | 2,276.00 | 35263179 |
| 09/01/2021 | ocitrash | Trash - 07/23/21-08/01/21 | 3.13 | | 2,279.13 | 35487304 |
| 09/01/2021 | ocielect | Utility - HVAC - 07/23/21-08/01/21 | 0.71 | | 2,279.84 | 35487306 |
| 09/01/2021 | ocinfee | Utility - New Account Fee | 10.00 | | 2,289.84 | 35487308 |
| 09/01/2021 | ocifee | Utility - Processing Fee - 09/01/21-09/30/21 | 4.30 | | 2,294.14 | 35487310 |
| 09/01/2021 | ocisew | Utility - Sewer - 07/23/21-08/01/21 | 20.17 | | 2,314.31 | 35487312 |
| 09/01/2021 | ociwat | Utility - Water - 07/23/21-08/01/21 | 13.61 | | 2,327.92 | 35487314 |
| 09/01/2021 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile App - Resident Services | | 2,276.00 | 51.92 | 17800099 |
| 09/02/2021 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile App - Resident Services | | 51.92 | 0.00 | 17839093 |
| 10/01/2021 | rent | Rent-Current Acct Period ONLY (10/2021) | 2,276.00 | | 2,276.00 | 35709382 |
| 10/01/2021 | conc | Concession (10/2021) | (2,276.00) | | 0.00 | 35709384 |
| 10/01/2021 | garpar | Garage Parking (10/2021) | 300.00 | | 300.00 | 35709386 |
| 10/01/2021 | ocitrash | Trash - 08/01/21-09/01/21 | 10.00 | | 310.00 | 35939899 |
| 10/01/2021 | ocielect | Utility - HVAC - 08/01/21-09/01/21 | 2.27 | | 312.27 | 35939902 |
| 10/01/2021 | ocifee | Utility - Processing Fee - 10/01/21-10/31/21 | 4.30 | | 316.57 | 35939907 |
| 10/01/2021 | ocisew | Utility - Sewer - 08/01/21-09/01/21 | 62.79 | | 379.36 | 35939909 |
| 10/01/2021 | ociwat | Utility - Water - 08/01/21-09/01/21 | 41.46 | | 420.82 | 35939913 |
| 10/04/2021 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile App - Resident Services | | 420.82 | 0.00 | 17999508 |
| 10/11/2021 | garpar | Garage Parking Credit for 20 days | (193.55) | | (193.55) | 35974262 |
| 10/11/2021 | garpar | Garage Parking 21 days | 203.23 | | 9.68 | 35974264 |
| 10/15/2021 | garpar | MDW: reassigned parking space in Yardi | (9.68) | | 0.00 | 35984985 |
| 11/01/2021 | rent | Rent-Current Acct Period ONLY (11/2021) | 2,276.00 | | 2,276.00 | 36160082 |
| 11/01/2021 | garpar | Garage Parking (11/2021) | 300.00 | | 2,576.00 | 36160083 |
| 11/01/2021 | ocitrash | Trash - 09/01/21-10/01/21 | 10.00 | | 2,586.00 | 36315838 |
| 11/01/2021 | ocielect | Utility - HVAC - 09/01/21-10/01/21 | 1.37 | | 2,587.37 | 36315841 |
| 11/01/2021 | ocifee | Utility - Processing Fee - 11/01/21-11/30/21 | 4.30 | | 2,591.67 | 36315845 |
| 11/01/2021 | ocisew | Utility - Sewer - 09/01/21-10/01/21 | 51.15 | | 2,642.82 | 36315847 |
| 11/01/2021 | ociwat | Utility - Water - 09/01/21-10/01/21 | 33.18 | | 2,676.00 | 36315851 |
| 11/01/2021 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile App - Resident Services | | 2,676.00 | 0.00 | 18118115 |
| 12/01/2021 | rent | Rent-Current Acct Period ONLY (12/2021) | 2,276.00 | | 2,276.00 | 36579044 |
| 12/01/2021 | garpar | Garage Parking (12/2021) | 300.00 | | 2,576.00 | 36579045 |
| 12/01/2021 | ocitrash | Trash - 10/01/21-11/01/21 | 10.00 | | 2,586.00 | 36742301 |
| 12/01/2021 | ocielect | Utility - HVAC - 10/01/21-11/01/21 | 1.48 | | 2,587.48 | 36742304 |
| 12/01/2021 | ocifee | Utility - Processing Fee - 12/01/21-12/31/21 | 4.30 | | 2,591.78 | 36742305 |
| 12/01/2021 | ocisew | Utility - Sewer - 10/01/21-11/01/21 | 53.39 | | 2,645.17 | 36742307 |
| 12/01/2021 | ociwat | Utility - Water - 10/01/21-11/01/21 | 34.94 | | 2,680.11 | 36742309 |
| 12/02/2021 | | chk# :ACH-1729018 Pre-Authorized Payment | | 2,680.11 | 0.00 | 18276799 |
| 01/01/2022 | rent | Rent-Current Acct Period ONLY (01/2022) | 2,276.00 | | 2,276.00 | 37009190 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/01/2022 | garpar | Garage Parking (01/2022) | 300.00 | | 2,576.00 | 37009191 |
| 01/01/2022 | ocitrash | Trash - 11/01/21-12/01/21 | 10.00 | | 2,586.00 | 37161341 |
| 01/01/2022 | ocielect | Utility - HVAC - 11/01/21-12/01/21 | 6.04 | | 2,592.04 | 37161343 |
| 01/01/2022 | ocifee | Utility - Processing Fee - 01/01/22-01/31/22 | 4.30 | | 2,596.34 | 37161345 |
| 01/01/2022 | ocisew | Utility - Sewer - 11/01/21-12/01/21 | 52.86 | | 2,649.20 | 37161347 |
| 01/01/2022 | ociwat | Utility - Water - 11/01/21-12/01/21 | 29.68 | | 2,678.88 | 37161348 |
| 01/02/2022 | | chk# :ACH-1772084 Pre-Authorized Payment | | 2,678.88 | 0.00 | 18406290 |
| 02/01/2022 | rent | Rent-Current Acct Period ONLY (02/2022) | 2,276.00 | | 2,276.00 | 37433254 |
| 02/01/2022 | garpar | Garage Parking (02/2022) | 300.00 | | 2,576.00 | 37433255 |
| 02/01/2022 | ocitrash | Trash - 12/01/21-01/01/22 | 10.00 | | 2,586.00 | 37591554 |
| 02/01/2022 | ocielect | Utility - HVAC - 12/01/21-01/01/22 | 13.30 | | 2,599.30 | 37591555 |
| 02/01/2022 | ocifee | Utility - Processing Fee - 02/01/22-02/28/22 | 4.30 | | 2,603.60 | 37591556 |
| 02/01/2022 | ocisew | Utility - Sewer - 12/01/21-01/01/22 | 47.86 | | 2,651.46 | 37591557 |
| 02/01/2022 | ociwat | Utility - Water - 12/01/21-01/01/22 | 30.80 | | 2,682.26 | 37591559 |
| 02/02/2022 | | chk# :ACH-1819552 Pre-Authorized Payment | | 2,682.26 | 0.00 | 18547825 |
| 02/22/2022 | conc | LS-Garage Repair 2.17 Car Wash Credit | (25.00) | | (25.00) | 37711183 |
| 03/01/2022 | ocitrash | Trash - 01/01/22-02/01/22 | 10.00 | | (15.00) | 37836676 |
| 03/01/2022 | ocielect | Utility - HVAC - 01/01/22-02/01/22 | 2.61 | | (12.39) | 37836677 |
| 03/01/2022 | ocifee | Utility - Processing Fee - 03/01/22-03/31/22 | 4.30 | | (8.09) | 37836680 |
| 03/01/2022 | ocisew | Utility - Sewer - 01/01/22-02/01/22 | 49.65 | | 41.56 | 37836682 |
| 03/01/2022 | ociwat | Utility - Water - 01/01/22-02/01/22 | 30.80 | | 72.36 | 37836683 |
| 03/01/2022 | rent | Rent-Current Acct Period ONLY (03/2022) | 2,276.00 | | 2,348.36 | 38044815 |
| 03/01/2022 | garpar | Garage Parking (03/2022) | 300.00 | | 2,648.36 | 38044816 |
| 03/02/2022 | | chk# :ACH-1864138 Pre-Authorized Payment | | 2,648.36 | 0.00 | 18681424 |
| 04/01/2022 | ocitrash | Trash - 02/01/22-03/01/22 | 10.00 | | 10.00 | 38306817 |
| 04/01/2022 | ocielect | Utility - HVAC - 02/01/22-03/01/22 | 23.22 | | 33.22 | 38306818 |
| 04/01/2022 | ocifee | Utility - Processing Fee - 04/01/22-04/30/22 | 4.30 | | 37.52 | 38306819 |
| 04/01/2022 | ocisew | Utility - Sewer - 02/01/22-03/01/22 | 43.53 | | 81.05 | 38306820 |
| 04/01/2022 | ociwat | Utility - Water - 02/01/22-03/01/22 | 27.64 | | 108.69 | 38306821 |
| 04/01/2022 | garpar | Garage Parking (04/2022) | 300.00 | | 408.69 | 38458656 |
| 04/01/2022 | rent | Rent-Current Acct Period ONLY (04/2022) | 2,276.00 | | 2,684.69 | 38458657 |
| 04/02/2022 | | chk# :ACH-1909960 Pre-Authorized Payment | | 2,684.69 | 0.00 | 18826228 |
| 05/01/2022 | rent | Rent-Current Acct Period ONLY (05/2022) | 2,276.00 | | 2,276.00 | 38753418 |
| 05/01/2022 | garpar | Garage Parking (05/2022) | 300.00 | | 2,576.00 | 38753419 |
| 05/01/2022 | ocitrash | Trash - 03/01/22-04/01/22 | 10.00 | | 2,586.00 | 38901738 |
| 05/01/2022 | ocielect | Utility - HVAC - 03/01/22-04/01/22 | 15.79 | | 2,601.79 | 38901739 |
| 05/01/2022 | ocifee | Utility - Processing Fee - 05/01/22-05/31/22 | 4.30 | | 2,606.09 | 38901740 |
| 05/01/2022 | ocisew | Utility - Sewer - 03/01/22-04/01/22 | 51.67 | | 2,657.76 | 38901741 |
| 05/01/2022 | ociwat | Utility - Water - 03/01/22-04/01/22 | 32.83 | | 2,690.59 | 38901742 |
| 05/02/2022 | | chk# :ACH-1953620 Pre-Authorized Payment | | 2,690.59 | 0.00 | 18959267 |
| 06/01/2022 | garpar | Garage Parking (06/2022) | 300.00 | | 300.00 | 39152841 |
| 06/01/2022 | rent | Rent-Current Acct Period ONLY (06/2022) | 2,276.00 | | 2,576.00 | 39152842 |
| 06/01/2022 | ocitrash | Trash - 04/01/22-05/01/22 | 10.00 | | 2,586.00 | 39363269 |
| 06/01/2022 | ocielect | Utility - HVAC - 04/01/22-05/01/22 | 4.86 | | 2,590.86 | 39363270 |
| 06/01/2022 | ocifee | Utility - Processing Fee - 06/01/22-06/30/22 | 4.30 | | 2,595.16 | 39363272 |
| 06/01/2022 | ocisew | Utility - Sewer - 04/01/22-05/01/22 | 58.42 | | 2,653.58 | 39363273 |
| 06/01/2022 | ociwat | Utility - Water - 04/01/22-05/01/22 | 36.69 | | 2,690.27 | 39363275 |
| 06/02/2022 | | chk# :ACH-[redacted] Pre-Authorized Payment | | 2,690.27 | 0.00 | 19108592 |
| 07/01/2022 | rent | Rent-Current Acct Period ONLY (07/2022) | 2,276.00 | | 2,276.00 | 39623475 |
| 07/01/2022 | garpar | Garage Parking (07/2022) | 300.00 | | 2,576.00 | 39623476 |
| 07/01/2022 | ocitrash | Trash - 05/01/22-06/01/22 | 10.00 | | 2,586.00 | 39815137 |
| 07/01/2022 | ocielect | Utility - HVAC - 05/01/22-06/01/22 | 1.70 | | 2,587.70 | 39815138 |
| 07/01/2022 | ocifee | Utility - Processing Fee - 07/01/22-07/31/22 | 4.30 | | 2,592.00 | 39815139 |
| 07/01/2022 | ocisew | Utility - Sewer - 05/01/22-06/01/22 | 49.57 | | 2,641.57 | 39815140 |
| 07/01/2022 | ociwat | Utility - Water - 05/01/22-06/01/22 | 31.41 | | 2,672.98 | 39815141 |
| 07/02/2022 | | chk# :ACH-2046145 Pre-Authorized Payment | | 2,672.98 | 0.00 | 19259955 |
| 08/01/2022 | rent | Rent-Current Acct Period ONLY (08/2022) | 2,276.00 | | 2,276.00 | 40005534 |
| 08/01/2022 | garpar | Garage Parking (08/2022) 22 days | 212.90 | | 2,488.90 | 40005535 |
| 08/01/2022 | ocitrash | Trash - 06/01/22-07/01/22 | 10.00 | | 2,498.90 | 40222993 |
| 08/01/2022 | ocielect | Utility - HVAC - 06/01/22-07/01/22 | 1.20 | | 2,500.10 | 40222994 |
| 08/01/2022 | ocifee | Utility - Processing Fee - 08/01/22-08/31/22 | 4.30 | | 2,504.40 | 40222995 |
| 08/01/2022 | ocisew | Utility - Sewer - 06/01/22-07/01/22 | 50.93 | | 2,555.33 | 40222996 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/01/2022 | ociwat | Utility - Water - 06/01/22-07/01/22 | 31.45 | | 2,586.78 | 40222997 |
| 08/01/2022 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile App - Resident Services | | 1,839.53 | 747.25 | 19378755 |
| 08/22/2022 | rent | Rent-Current Acct Period ONLY (08/2022) Credit 9 days | (660.77) | | 86.48 | 40430821 |
| 08/24/2022 | ocitrash | Final Trash - 08/02/22-08/22/22 | 6.56 | | 93.04 | 40429410 |
| 08/24/2022 | ocitrash | Trash - 07/01/22-08/01/22 | 10.00 | | 103.04 | 40429411 |
| 08/24/2022 | ocielect | Final Utility - HVAC - 08/02/22-08/22/22 | 1.43 | | 104.47 | 40429412 |
| 08/24/2022 | ocielect | Utility - HVAC - 07/01/22-08/01/22 | 2.18 | | 106.65 | 40429413 |
| 08/24/2022 | ocifee | Final Utility - Processing Fee | 4.30 | | 110.95 | 40429414 |
| 08/24/2022 | ocifee | Utility - Processing Fee - 09/01/22-09/30/22 | 4.30 | | 115.25 | 40429415 |
| 08/24/2022 | ocisew | Final Utility - Sewer - 08/02/22-08/22/22 | 29.38 | | 144.63 | 40429416 |
| 08/24/2022 | ocisew | Utility - Sewer - 07/01/22-08/01/22 | 44.77 | | 189.40 | 40429417 |
| 08/24/2022 | ociwat | Final Utility - Water - 08/02/22-08/22/22 | 17.40 | | 206.80 | 40429418 |
| 08/24/2022 | ociwat | Utility - Water - 07/01/22-08/01/22 | 26.51 | | 233.31 | 40429419 |
| 09/01/2022 | | chk# :ACH-WEB Online Payment - EFT Payment. Mobile App - Resident Services | | 233.31 | 0.00 | 19578832 |