**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAURA HETTINGER,<br><br>*Plaintiff*,<br><br>v.<br><br>BOZZUTO MANAGEMENT COMPANY,<br><br>*Defendant*. | Case No: 1:23-cv-03687-JEB |

**[PROPOSED] ORDER**

Upon consideration of the Plaintiff's Motion for Class Certification, and good cause appearing, it is hereby **ORDERED** that:

Laura Hettinger's Motion for Class Certification is **GRANTED**; it is further

**ORDERED** that the proposed classes are certified under Federal Rules of Civil Procedure 23(b)(2) and (b)(3) and that the Classes are defined as:

> **Drip-Pricing Class:** All current and former residential tenants at a Bozzuto-managed property who filed a rental application while Bozzuto managed that property and who were charged or paid a Service Fee or variable utility charges between December 5, 2020, and August 27, 2025.
>
> **Overcharge Class**: All current and former residential tenants of the Properties at a Bozzuto-managed property in the District of Columbia who were charged or paid a per-1,000 gallon rate for water or sewer service greater than the lawfully established regulatory cap at any point since December 5, 2020.

It is further **ORDERED** that:

- Ms. Hettinger is appointed as class representative.

- Hassan Zavareei and F. Peter Silva II of Tycko & Zavareei LLP and Jason Rathod, Nicholas Migliaccio, and Randolph Chen of Migliaccio & Rathod LLP are appointed as Class Counsel pursuant to Rule 23(g).
- Defendant Bozzuto Management Company ("Bozzuto") shall bear the cost of class notice as Bozzuto's liability under Subcount A has already been determined.
- The parties shall meet and confer and submit a proposed joint scheduling order within fourteen (14) days of this Order.
- Defendant Bozzuto Management Company shall produce Class Members' information sufficient to provide class notice within 21 days of this Order.
- Ms. Hettinger and Class Counsel shall submit a notice plan within 30 days of receiving Class Members' information from Bozzuto.

______________________________

The Honorable Judge James E. Boasberg
United States District Judge

Serve:

F. Peter Silva II (DC Bar No. 1010483)
Hassan A. Zavareei (DC Bar No. 456161)
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave., NW, Suite 1010
Washington, District of Columbia 20006
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
*psilva@tzlegal.com*

Randolph T. Chen (DC Bar No. 1032644)
Jason S. Rathod (DC Bar No. 100082)
Nicholas A. Migliaccio (DC Bar No. 484366)
**MIGLIACCIO & RATHOD LLP**
412 H Street NE
Washington DC 20002
Office: (202) 470-3520

Fax: (202) 800-2730
rchen@classlawdc.com
jrathod@classlawdc.com
nmigliaccio@classlawdc.com

*Counsel for Plaintiff Laura Hettinger and the Putative Classes*

Jean M. Zachariasiewicz (Bar No. 1019973)
Joe Dugan (pro hac vice)
James D. Bragdon (Bar No. 1017743)
Christina F. Araviakis (Bar No. MD0203)
**GALLAGHER LLP**
218 North Charles Street, Suite 400
Baltimore, MD 21201
Telephone: (410) 347-1866
Fax: (410) 468-2786
jzachariasiewicz@gallagherllp.com
jdugan@gallagherllp.com
jbragdon@gallagherllp.com
caraviakis@gallagherllp.com

*Counsel for Defendant Bozzuto Management Company*