**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**LAURA HETTINGER,**

*Plaintiff,*

**v.**

**BOZZUTO MANAGEMENT COMPANY,**

*Defendant.*

**Case No. 1:23-cv-03687-JEB**

**DEFENDANT'S STATUS REPORT REGARDING CLASS MEMBER IDENTIFICATION**

Defendant Bozzuto Management Company ("BMC") respectfully submits this status report to update the Court on its compliance with the Court's July 15, 2026 Order, as modified by the Court's August 5, 2026 Minute Order.

1. BMC has completed its production of the names and contact information of class members with respect to all properties covered by the class period for which BMC has this information in its possession, custody, or control. This production involves extensive data from over seventy-five properties. Undersigned counsel for BMC produced this information on a rolling basis as it became available and has worked collaboratively with Plaintiff's counsel to complete the production.

2. For four remaining properties, BMC does not have the court-ordered information (or does not have all of the information) in its possession, custody, or control, as BMC no longer manages these buildings, and as tenant information at these buildings was not stored in BMC's instance of Yardi at the time BMC managed the property.

3. For the four remaining properties, BMC has made contact with the owner entities

to request that they voluntarily produce the information.

4. Two of the owner entities (the owner of both Senate Square and 14W, and the owner of The Vale) have declined to produce the information unless they receive a subpoena. Undersigned counsel for BMC have relayed the owners' position to Plaintiff's counsel. Undersigned counsel will be glad to assist Plaintiff's counsel with identifying a relevant point of contact, should they choose to issue a subpoena.

5. One of the owner entities (the owner of Crossing) is reviewing BMC's request, and should that owner produce the requested information, BMC will promptly deliver the information to Plaintiff. Should the owner decline to produce the requested information without a subpoena, BMC will notify Plaintiff of same.

6. In the meantime, BMC was able to compile a subset of the court-ordered information for two of the outstanding properties and has produced that subset of information to Plaintiff.

7. Undersigned counsel are available at the Court's convenience, should the Court wish to hear from BMC further about any of the foregoing information or its compliance efforts.

Respectfully submitted,

**GALLAGHER LLP**

*/s/ Joe Dugan*

Joe Dugan (Bar No. MD0259)
James D. Bragdon (Bar No. 1017743)
Jean M. Zachariasiewicz (Bar No. 1019973)
Christina F. Araviakis (Bar No. MD0203)
218 North Charles St., Suite 400
Baltimore, MD 21201
Telephone: (410) 727-7702
Fax: (410) 468-2786
jdugan@gallagherllp.com
jbragdon@gallagherllp.com
jzachariasiewicz@gallagherllp.com
caraviakis@gallagherllp.com

*Attorneys for Defendant*
*Bozzuto Management Company*

September 4, 2026