**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAURA HETTINGER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**BOZZUTO MANAGEMENT COMPANY,**<br><br>*Defendant,*<br><br>and<br><br>**CONSERVICE, LLC,**<br><br>*Proposed Defendant-Intervenor.* | Civil Action No. 23-3687 (JEB)<br><br>CLASS ACTION |

**MOTION OF CONSERVICE, LLC**
**TO INTERVENE AS DEFENDANT**

Conservice, LLC ("Conservice"), by its undersigned counsel, respectfully moves under Federal Rules of Civil Procedure 24(a)(2), 24(b)(1)(B), and Local Civil Rule 7(j), to intervene as a defendant in this action. The grounds for Conservice's Motion are set forth in the accompanying Memorandum of Points and Authorities.

Counsel for Conservice conferred with counsel for Plaintiffs Laura Hettinger and certified class members ("Plaintiffs") and counsel for Defendant Bozzuto Management Company ("Bozzuto"), pursuant to Local Civil Rule 7(m). Plaintiffs do not consent to this Motion. Bozzuto consents to Conservice's intervention.

WHEREFORE, Conservice respectfully moves that the Court grant this Motion, permit Conservice to intervene as a defendant under Rule 24(a)(2) or, alternatively, Rule 24(b)(1)(B), and grant leave to file an Answer and Affirmative Defenses within ten days of the Court's order.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Graham Cronogue*

Graham Cronogue (Bar No. 1044036)
Ashley Calcagno (Bar No. 90029279)
Sabrina Rubis (*Pro Hac Vice Forthcoming*)
BLANK ROME LLP
1825 I Street NW
Washington, DC 20006
Telephone: (202) 772-5886
E-mail: graham.cronogue@blankrome.com
Email: ashley.calcagno@blankrome.com
Email: sabrina.rubis@blankrome.com

*Attorneys for Proposed Defendant-Intervenor*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, I caused a true and correct copy of the foregoing MOTION OF CONSERVICE, LLC TO INTERVENE AS DEFENDANT to be served via electronic mail on all counsel of record via the Court's CM/ECF system.

Dated: November 3, 2026

*/s/ Graham Cronogue*
Graham Cronogue