# Exhibit A

CONSERVICE
The Utility Experts®

**Balance Inquiries & Payment Options**
Leasing Office: 1-202-922-2025

**Customer Service**
Chat Us: www.utilitiesinfo.com
Toll Free: 1-866-947-7379

**Service Problems with Utilities**
Leasing Office: 1-202-922-2025

| | |
|---|---|
| **Account #:** | [redacted]**4591** |
| **Account Name:** | [redacted] |
| **Due Date:** | **11/01/2023** |
| **Statement Date:** | **10/21/2023** |
| **Total Charges:** | **$3394.49** |
| **Service Address:** | [redacted] |
| **Web Pin:** | [redacted] |




***Heat your home efficiently! Make sure vents are free from obstacles.***

## Utility Statement for Novel South Capitol

### METER READS & USAGE

| UTILITY | DATES | START READ/END READ | CONSUMPTION |
|---|---|---|---|
| HVAC | 9/1/2023 - 10/1/2023 | 368341.10 - 368864.15 | 523.05 kWh |
| Water | 9/1/2023 - 10/1/2023 | 90347.00 - 93106.00 | 2759.00 Gal |

### CURRENT RENT AND LEASE CHARGES

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| Garage | 11/01/2023 - 11/30/2023 | $300.00 |
| Pet Fee | 11/01/2023 - 11/30/2023 | $50.00 |
| Rent | 11/01/2023 - 11/30/2023 | $2,830.00 |
| **Rent and Leasing Charges Due 11/01/2023** | | **$3,180.00** |

### CURRENT UTILITY CHARGES

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| HVAC | 09/01/2023 - 10/01/2023 | $127.49 |
| Sewer | 09/01/2023 - 10/01/2023 | $43.95 |
| Trash | 09/01/2023 - 10/01/2023 | $10.00 |
| Water | 09/01/2023 - 10/01/2023 | $28.75 |
| Service Fee | Conservice is a service provider contracted to prepare monthly statements and provide conservation resources. | $4.30 |
| **Current Charges due 11/01/2023** | | **$214.49** |
| **Total Current Charges** | | **$3,394.49** |
| Prior Balance as of 10/20/2023 | | $0.00 |
| **Grand Total Due 11/01/2023** | | **$3,394.49** |

**Please see reverse for charge explanations and messages**

CONSERVICE
The Utility Experts®

PO BOX 4717 LOGAN, UT 84323-4717
nv033

**Account #** ................................ [redacted]**4591 Novel South Capitol**
**Amount Due** ................................................ **$3394.49**
**Due Date** ................................................ **11/01/2023**

*Balances are uploaded from your property management. Balances are current as of the date indicated in the prior balance section. If you have made payments since this date, please check with the leasing office for your updated balance.

Additional charges due to your leasing office may not be reflected on this bill. All monthly charges including utilities will be uploaded to your resident portal account on the 1st of each month. Payments can be made by visiting bozzutoresidents.com. For questions, please reach out to your leasing office.

[redacted]

**Your payment should be made out to:**

**Novel South Capitol**
2 I St SE
Washington DC 20003

e

| Service Type | Description |
|---|---|
| **HVAC** | HVAC service is provided by Pepco. Your submetering system measures the amount of electricity used by the HVAC system in your unit. Your submeter reads in kWh units. You are billed according to that consumption multiplied by the average electric rate of the local utility provider. You are charged $0.243751 per kWh. |
| **Sewer** | Sewer service is provided by DC Water and Sewer Authority. Your submetering system measures the amount of Sewer used in your unit. Your submeter reads in Gal units. You are billed according to that consumption multiplied by the average Sewer rate of the local utility provider. You are charged $0.01593 per Gal. |
| **Trash** | Trash service is provided by Elytus Ltd. Your charges are based on a flat rate per unit for your trash service. |
| **Water** | Water service is provided by DC Water and Sewer Authority. Your submetering system measures the amount of Water used in your unit. Your submeter reads in Gal units. You are billed according to that consumption multiplied by the average Water rate of the local utility provider. You are charged $0.010419 per Gal. |
| **Service Fee** | Rent and utility billing service fee. |
| **Rent** | Your rent charges have been included with your utility bill as a courtesy. Your lease with the management will still serve as the control document for all applicable rent charges. |

***This bill is not from your local utility provider or from any other provider. Vacant charges are prorated from your move-in date.***

## Message Center

**Bozzuto Management Company is proud to be an ENERGY STAR Partner of the Year 5 Years in a row**

Savings tip of the month: Buy liquid soaps, shampoos, cleaning detergents, and other chemicals only in the amounts you expect to use, and apply only as indicated. Using extra chemicals unnecessarily increases the burden on the sewer treatment system. For more ways to save on energy and water, please visit: https://www.energystar.gov/campaign/home & https://www3.epa.gov/watersense/

ENERGY STAR AWARD 2022
PARTNER OF THE YEAR
Sustained Excellence

CONSERVICE®
The Utility Experts®

**Balance Inquiries & Payment Options**
Leasing Office: 1-202-922-2025

**Customer Service**
Chat Us: www.utilitiesinfo.com
Toll Free: 1-866-947-7379

**Service Problems with Utilities**
Leasing Office: 1-202-922-2025

| | |
|---|---|
| **Account #:** | [redacted]**4591** |
| **Account Name:** | [redacted] |
| **Due Date:** | **06/01/2023** |
| **Statement Date:** | **05/19/2023** |
| **Total Charges:** | **$3319.41** |
| **Service Address:** | [redacted] |
| **Web Pin:** | [redacted] |




***Unplug items such as cell phone chargers, curling irons, and hair dryers when not in use.***

## Utility Statement for Novel South Capitol

### METER READS & USAGE

| UTILITY | DATES | START READ/END READ | CONSUMPTION |
|---|---|---|---|
| HVAC | 4/1/2023 - 5/1/2023 | 366111.47 - 366389.82 | 278.35 kWh |
| Water | 4/1/2023 - 5/1/2023 | 78303.00 - 80421.00 | 2118.00 Gal |

### CURRENT RENT AND LEASE CHARGES

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| Garage | 06/01/2023 - 06/30/2023 | $300.00 |
| Pet Fee | 06/01/2023 - 06/30/2023 | $50.00 |
| Rent | 06/01/2023 - 06/30/2023 | $2,830.00 |
| **Rent and Leasing Charges Due 06/01/2023** | | **$3,180.00** |

### CURRENT UTILITY CHARGES

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| HVAC | 04/01/2023 - 05/01/2023 | $67.51 |
| Sewer | 04/01/2023 - 05/01/2023 | $34.36 |
| Trash | 04/01/2023 - 05/01/2023 | $10.00 |
| Water | 04/01/2023 - 05/01/2023 | $23.24 |
| Service Fee | Conservice is a service provider contracted to prepare monthly statements and provide conservation resources. | $4.30 |
| **Current Charges due 06/01/2023** | | **$139.41** |
| **Total Current Charges** | | **$3,319.41** |
| Prior Balance as of 05/18/2023 | | $0.00 |
| **Grand Total Due 06/01/2023** | | **$3,319.41** |

**Please see reverse for charge explanations and messages**

**Account #**...................................[redacted]**4591 Novel South Capitol**
**Amount Due**........................................................ **$3319.41**
**Due Date** ........................................................ **06/01/2023**

CONSERVICE®
The Utility Experts®

PO BOX 4717 LOGAN, UT 84323-4717
nv033

*Balances are uploaded from your property management. Balances are current as of the date indicated in the prior balance section. If you have made payments since this date, please check with the leasing office for your updated balance.

Additional charges due to your leasing office may not be reflected on this bill. All monthly charges including utilities will be uploaded to your resident portal account on the 1st of each month. Payments can be made by visiting bozzutoresidents.com. For questions, please reach out to your leasing office.

[redacted]

**Your payment should be made out to:**
**Novel South Capitol**
2 I St SE
Washington DC 20003

e

| Service Type | Description |
|---|---|
| **HVAC** | HVAC service is provided by Pepco. Your submetering system measures the amount of electricity used by the HVAC system in your unit. Your submeter reads in kWh units. You are billed according to that consumption multiplied by the average electric rate of the local utility provider. You are charged $.242546 per kWh. |
| **Sewer** | Sewer service is provided by DC Water and Sewer Authority. Your submetering system measures the amount of Sewer used in your unit. Your submeter reads in Gal units. You are billed according to that consumption multiplied by the average Sewer rate of the local utility provider. You are charged $.016223 per Gal. |
| **Trash** | Trash service is provided by Elytus Ltd. Your charges are based on a flat rate per unit for your trash service. |
| **Water** | Water service is provided by DC Water and Sewer Authority. Your submetering system measures the amount of Water used in your unit. Your submeter reads in Gal units. You are billed according to that consumption multiplied by the average Water rate of the local utility provider. You are charged $.010972 per Gal. |
| **Service Fee** | Rent and utility billing service fee. |
| **Rent** | Your rent charges have been included with your utility bill as a courtesy. Your lease with the management will still serve as the control document for all applicable rent charges. |

***This bill is not from your local utility provider or from any other provider. Vacant charges are prorated from your move-in date.***

## Message Center

**Bozzuto Management Company is proud to be an ENERGY STAR Partner of the Year 5 Years in a row**

Savings tip of the month: Implement paper-reducing strategies such as double-sided printing and reusing paper. For more ways to save on energy and water, please visit: https://www.energystar.gov/campaign/home & https://www3.epa.gov/watersense/

ENERGY STAR AWARD 2022
PARTNER OF THE YEAR
Sustained Excellence

CONSERVICE®
The Utility Experts®

Balance Inquiries & Payment Options
Leasing Office: 1-202-922-2025

Customer Service
Chat Us: www.utilitiesinfo.com
Toll Free: 1-866-947-7379

Service Problems with Utilities
Leasing Office: 1-202-922-2025

| | |
|---|---|
| **Account #:** | [redacted]**4591** |
| **Account Name:** | [redacted] |
| **Due Date:** | **01/01/2023** |
| **Statement Date:** | **12/31/2022** |
| **Total Charges:** | **$3075.02** |
| **Service Address:** | [redacted] |
| **Web Pin:** | [redacted] |




***Reduce Paper Transactions by going digital for bill payment, vendor ordering, invoices, online banking, e-mail and faxing directly from your computer.***

## Utility Statement for Novel South Capitol

### METER READS & USAGE

| UTILITY | DATES | START READ/END READ | CONSUMPTION |
|---|---|---|---|
| HVAC | 11/1/2022 - 12/1/2022 | 10942.65 - 11488.36 | 545.71 kWh |
| Water | 11/1/2022 - 12/1/2022 | 68040.00 - 70280.00 | 2240.00 Gal |

### CURRENT RENT AND LEASE CHARGES

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| Pet Fee | 01/01/2023 - 01/31/2023 | $50.00 |
| Rent | 01/01/2023 - 01/31/2023 | $2,830.00 |
| **Rent and Leasing Charges Due 01/01/2023** | | **$2,880.00** |

### CURRENT UTILITY CHARGES

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| HVAC | 11/01/2022 - 12/01/2022 | $125.92 |
| Sewer | 11/01/2022 - 12/01/2022 | $34.09 |
| Trash | 11/01/2022 - 12/01/2022 | $10.00 |
| Water | 11/01/2022 - 12/01/2022 | $20.71 |
| Service Fee | Conservice is a service provider contracted to prepare monthly statements and provide conservation resources. | $4.30 |
| **Current Charges due 01/01/2023** | | **$195.02** |
| **Total Current Charges** | | **$3,075.02** |
| Prior Balance as of 12/30/2022 | | $0.00 |
| **Grand Total Due 01/01/2023** | | **$3,075.02** |

**Please see reverse for charge explanations and messages**

CONSERVICE®
The Utility Experts®

PO BOX 4717 LOGAN, UT 84323-4717
nv033

[redacted]

**Account #**....................................[redacted]**4591 Novel South Capitol**
**Amount Due**.......................................................... **$3075.02**
**Due Date** .......................................................... **01/01/2023**

*Balances are uploaded from your property management. Balances are current as of the date indicated in the prior balance section. If you have made payments since this date, please check with the leasing office for your updated balance.

Additional charges due to your leasing office may not be reflected on this bill. All monthly charges including utilities will be uploaded to your resident portal account on the 1st of each month. Payments can be made by visiting bozzutoresidents.com. For questions, please reach out to your leasing office.

**Your payment should be made out to:**

**Novel South Capitol**
2 I St SE
Washington DC 20003

e

| Service Type | Description |
|---|---|
| **HVAC** | HVAC service is provided by Pepco. Your submetering system measures the amount of electricity used by the HVAC system in your unit. Your submeter reads in kWh units. You are billed according to that consumption multiplied by the average electric rate of the local utility provider. You are charged $.230754 per kWh. |
| **Sewer** | Sewer service is provided by DC Water and Sewer Authority. Your submetering system measures the amount of Sewer used in your unit. Your submeter reads in Gal units. You are billed according to that consumption multiplied by the average Sewer rate of the local utility provider. You are charged $.01522 per Gal. |
| **Trash** | Trash service is provided by Elytus Ltd. Your charges are based on a flat rate per unit for your trash service. |
| **Water** | Water service is provided by DC Water and Sewer Authority. Your submetering system measures the amount of Water used in your unit. Your submeter reads in Gal units. You are billed according to that consumption multiplied by the average Water rate of the local utility provider. You are charged $.009245 per Gal. |
| **Service Fee** | Rent and utility billing service fee. |
| **Rent** | Your rent charges have been included with your utility bill as a courtesy. Your lease with the management will still serve as the control document for all applicable rent charges. |

***This bill is not from your local utility provider or from any other provider. Vacant charges are prorated from your move-in date.***

## Message Center

**Bozzuto Management Company is proud to be an ENERGY STAR Partner of the Year 5 Years in a row**

Savings tip of the month: Wash your fruits and vegetables in a pan of water instead of running water from the tap. You could then reuse it to water houseplants. For more ways to save on energy and water, please visit: https://www.energystar.gov/campaign/home & https://www3.epa.gov/watersense/

ENERGY STAR AWARD 2022
PARTNER OF THE YEAR
Sustained Excellence

dc water is life®

**Account Number:** [redacted]
**Service Address:** 2 I ST SE
**Square/Suffix/Lot:** 0695/ /0802
**Impervious Sq. Ft.:** 48,300

**Questions/Preguntas:** (202) 354-3600
**Emergencies/Emergencia:** (202) 612-3400
**Visit Us Online:** DCWater.com

| Meter Number | Meter Size | Prior Read Date | Current Read Date | Number of Days | Prior Read | Current Read | Usage (CCF) | Usage (Gallons) | Read Type |
|---|---|---|---|---|---|---|---|---|---|
| 15715580A | 6X1" | 10/18/22 | 11/15/22 | 29 | 1,901,670 | 1,947,813 | 461.43 | 345149.64 | ACT |
| 15715580B | 6X1" | 10/18/22 | 11/15/22 | 29 | 762,325 | 889,203 | 1268.78 | 949047.44 | ACT |

## BILL SUMMARY

| | |
|---|---|
| Bill Date | 11/16/22 |
| Previous Balance | $45,127.31 |
| Payments as of 11/16/22 | $45,127.31 cr |
| Outstanding Amount Due | $0.00 |
| Other Charges and Credits | $87.40 |
| Current Charges | $33,677.11 |
| **Total Amount Due by 12/11/22** | **$33,764.51** |

**Dispute Deadline for Current Bill: 12/6/22**

## IMPORTANT MESSAGES

During the holiday season, please consider donating to our SPLASH program, which offers water bill assistance for families in crisis who are facing service disconnection. For more information, please visit www.dcwater.com or contact Customer Service.

## CURRENT CHARGES - COMMERCIAL

| | |
|---|---|
| Metering Fee 6X1" | $547.52 |
| Water System Replacement Fee 6X1" | $1,292.14 |
| Water Services 1730.21 CCF X $5.78 | $10,000.61 |
| Sewer Services 1730.21 CCF X $11.26 | $19,482.16 |
| Clean Rivers IAC 48.30 ERU X $18.14 | $876.16 |

## DC GOVERNMENT FEES

| | |
|---|---|
| DC Government PILOT Fee 1730.21 CCF X $0.59 | $1,020.82 |
| DC Government ROW Fee 1730.21 CCF X $0.19 | $328.74 |
| DC Govt Stormwater Fee 48.30 ERU X $2.67 | $128.96 |
| **Total Current Charges** | **$33,677.11** |

## OTHER CHARGES AND CREDITS

| | |
|---|---|
| Backflow Prev. Assembly Fee 11 X $6.70 | $73.70 |
| Food Service Est. Fee 1 X $13.70 | $13.70 |
| **Total Other Charges and Credits** | **$87.40** |
| **TOTAL CURRENT BILL** | **$33,764.51** |

**USAGE AT A GLANCE (CCF)**




*Please return the portion below with your payment to ensure proper credit to your account.*

dc water is life®

**Make a SPLASH to help those in need pay their water bill**

☐ R-Up ☐ R-Up + $1 ☐ R-Up + $5 ☐ R-Up + $____ ☐ $_____

ROUND UP (R-Up)
Round your bill up to the next dollar or more*
(Starts on next bill, recurring monthly)

ONE-TIME
(Include with payment)

| | |
|---|---|
| Account Number | [redacted] |
| **Total Amount Due: 12/11/22** | **$33,764.51** |
| Amount Due After: 12/16/22 | $37,132.22 |
| **Amount Enclosed** | **$**____________ |

Please allow time for your payment to reach us.

Remit payment to:

DC WATER
CUSTOMER SERVICE DEPARTMENT
P.O. BOX 97200
WASHINGTON DC 20090

000201210758 1 0033764519 0037132220

**Account Number:** [redacted]

## EXPLANATION OF TERMS

| | | | | | |
|---|---|---|---|---|---|
| **ACT** | ACTUAL METER READING | **CUST** | CUSTOMER METER READING | **ERU** | |
| **CAP** | CUSTOMER ASSISTANCE PROGRAM | **EST** | ESTIMATED METER READING | **NSF** | INSUFFICIENT FUNDS |
| **CCF** | CENTUM CUBIC FEET (100) | | 1 CCF = 748 GALLONS | | |

| CUSTOMER CLASSIFICATION | DESCRIPTION – Please see 21 DCMR § 4104 for full description of the customer classifications. |
|---|---|
| RESIDENTIAL | A single-family dwelling used for domestic purposes, within a single-family home, apartment building, condominium or cooperative housing association where each unit is served by a separate service line and is individually metered, or a multi-family structure or development used for domestic purposes (less than 4 units) served by a single service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| MULTI-FAMILY (MF) | A multi-family structure or development used for domestic purposes, with four or more residential dwelling units, including single-family, apartment, condominium, or cooperative housing association served by the same service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| NON-RESIDENTIAL OR COMMERCIAL | All customers not referenced within the Residential or Multi-Family class including premises where one or more units are not used for domestic purposes and all units are served by the same master metered service line. |

| SERVICE FEES & CHARGES | REASON | AMOUNT |
|---|---|---|
| LATE FEE | Bill is not paid within 30 calendar days after bill date<br>Bill is not paid 60 or more days after bill date | 10%<br>1% Interest, compounded monthly |
| SERVICE DISCONNECTION/RESTORATION | Disconnection of service<br>Restoration of service | $55<br>$50 -Residential; $100 -Non-Residential and MF |
| UNAUTHORIZED TURN-ON | Water is illegally turned on without authorization following disconnection | $260 |
| METERING FEE | Installation, operation and repair of DC Water-owned meters | Based on meter size |
| CHECK RETURN FEE | Returned check or electronic funds transfer (EFT) | $30 |
| RETURNED CREDIT CARD FEE | Returned credit card or chargeback charge | $40 |
| WATER SYSTEM REPLACEMENT FEE | Funds replacement of aging water infrastructure | Based on meter size and average water flow |
| MANUAL METER READING FEE | If a customer refuses installation of automated meter reading device or does not satify meter transmission reuquirements, a fee of $20 is charged for residential customers, and $100 to $500 is charged based on meter size for non-residential and MF customers. | |
| NON-COMPLIANCE FEE | A $475 fee is charged for failure to comply with a notice of repair order issued to the customer. | |
| NEW CUSTOMER ACCOUNT INITIATION FEE (SERVICE INITIATION FEE) | A $55 fee for new account setup. If you are a property owner in the District of Columbia and need to start water service, have your title company contact DC Water and provide a copy of your settlement statement. Tenants are unable to start service. | |
| CLEAN RIVERS IMPERVIOUS AREA CHARGE (CRIAC) | This charge is based on the impervious area of a property and was designed so that property owners pay a fair share towards the cost of the Long Term Combined Sewer Overflow Control Plan. The charge structure uses the term equivalent residential unit or ERU to measure the impervious area. Residential properties are categorized into tiered ranges. Multi-family and non-residential properties are charged based on square footage of impervious area. For more information, please visit us at dcwater.com/impervious-area-faq. | |

| DC GOVERNMENT CHARGES | PURPOSE |
|---|---|
| STORMWATER | Set by DC Dept. of Energy & Environment per amount of impervious area, funds DC stormwater management program. |
| ROW (RIGHT-OF-WAY) | Payment made to DC government for DC Water's sewer and water mains that occupy the Public Right-of-Way. |
| PILOT (PAYMENT IN LIEU OF TAXES) | Payment made to DC government for services, like public safety, that are provided to DC Water. |

| BILLING & PAYMENT | ACTION |
|---|---|
| PAYING BY MAIL | Write your account number on your check or money order and make it payable to DC Water. |
| SELLING PROPERTY / FINAL BILL REQUEST | If you are selling your property in the District of Columbia and need to close your account, have your title company contact DC Water and provide a copy of your settlement statement. DC Water holds the owner of the property responsible for payment of the final bill. Listed tenants vacating the property are encouraged to contact DC Water to be removed from the account. |
| CAP (CUSTOMER ASSISTANCE PROGRAM) | DC Water assistance program for low-income residents that may qualify for discounts on water and sewer charges and CRIAC. Contact the DC Department of Energy & Environment (DOEE) at (202) 673-6750 or 311 to apply for assistance. |
| SPLASH (SERVING PEOPLE BY LENDING A SUPPORTING HAND) | SPLASH is a DC Water customer assistance program designed to provide emergency assistance to financially challenged District residential owner/tenant customers pay their water and sewer bill. For assistance, contact the Greater Washington Urban League at 202-265-8200. To support this program, please round your bill up to the next dollar or two, and donate the difference to a DC resident in need. To automatically contribute to the roundup program, please check the appropriate box on the payment stub. The monthly roundup contribution will be made automatically. Please be sure your account balance is current before contributing. |

## BILLING DISPUTES

An owner or occupant may challenge the most recent charges on the bill by either: (a) paying the current charges in the bill and notifying DC Water in writing within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect and that the bill is being paid under protest; or, (b) not paying the current charges in the bill and notifying DC Water in writing, within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect. Challenges received after the 20 day period, will be deemed untimely and will not stop the imposition of a penalty for nonpayment of charges or the possibility of termination of service for nonpayment. DC Water will investigate and suspend an owner or occupant's obligation to pay the disputed bill until they have been provided written results of the investigation and the date that the bill should be paid. If it is determined that the bill is erroneous, DC Water shall adjust the bill accordingly and refund any overcharges paid. If the owner/occupant is not satisfied with DC Water's decision, then they may request in writing an administrative hearing within fifteen (15) calendar days of the date of the decision. The owner or occupant is not relieved of the responsibility for paying all previously or subsequently rendered bill(s), uncontested service charges, penalties, interest, and administrative costs. For more information on your rights please visit us at dcwater.com/disputing-bill.

dc water is life®

**Account Number:** [redacted]
**Service Address:** 2 I ST SE
**Square/Suffix/Lot:** 0695/ /0802
**Impervious Sq. Ft.:** 48,300

**Questions/Preguntas:** (202) 354-3600
**Emergencies/Emergencia:** (202) 612-3400
**Visit Us Online:** DCWater.com

| Meter Number | Meter Size | Prior Read Date | Current Read Date | Number of Days | Prior Read | Current Read | Usage (CCF) | Usage (Gallons) | Read Type |
|---|---|---|---|---|---|---|---|---|---|
| 15715580A | 6X1" | 3/15/23 | 4/14/23 | 31 | 2,055,240 | 2,081,818 | 265.78 | 198803.44 | ACT |
| 15715580B | 6X1" | 3/15/23 | 4/14/23 | 31 | 260,027 | 351,596 | 915.69 | 684936.12 | ACT |

## BILL SUMMARY

| | |
|---|---|
| Bill Date | 4/18/23 |
| Previous Balance | $23,800.16 |
| Payments as of 4/18/23 | $23,800.16 cr |
| Outstanding Amount Due | $0.00 |
| Other Charges and Credits | $105.80 |
| Current Charges | $23,898.58 |
| **Total Amount Due by 5/13/23** | **$24,004.38** |

**Dispute Deadline for Current Bill: 5/8/23**

## IMPORTANT MESSAGES

February 20th through May 15th the disinfectant used for drinking water treatment will temporarily switch from chloramine to chlorine, which may cause a change in the taste and smell of your water. DC Water continues daily monitoring to ensure chlorine be used to minimize lead release. More info and tips to minimize taste and odor visit dcwater.com/chlorine-switch or call (202) 612-3440.

## CURRENT CHARGES - COMMERCIAL

| | |
|---|---|
| Metering Fee 6X1" | $547.52 |
| Water System Replacement Fee 6X1" | $1,292.14 |
| Water Services 1181.47 CCF X $5.78 | $6,828.90 |
| Sewer Services 1181.47 CCF X $11.26 | $13,303.35 |
| Clean Rivers IAC 48.30 ERU X $18.14 | $876.16 |

## DC GOVERNMENT FEES

| | |
|---|---|
| DC Government PILOT Fee 1181.47 CCF X $0.59 | $697.07 |
| DC Government ROW Fee 1181.47 CCF X $0.19 | $224.48 |
| DC Govt Stormwater Fee 48.30 ERU X $2.67 | $128.96 |
| **Total Current Charges** | **$23,898.58** |

## OTHER CHARGES AND CREDITS

| | |
|---|---|
| Backflow Prev. Assembly Fee 13 X $6.70 | $87.10 |
| Food Service Est. Fee 1 X $18.70 | $18.70 |
| **Total Other Charges and Credits** | **$105.80** |
| **TOTAL CURRENT BILL** | **$24,004.38** |

### USAGE AT A GLANCE (CCF)




*Please return the portion below with your payment to ensure proper credit to your account.*

dc water is life®

**Make a SPLASH to help those in need pay their water bill**

☐ R-Up ☐ R-Up + $1 ☐ R-Up + $5 ☐ R-Up + $____ ☐ $_____

ROUND UP (R-Up)
Round your bill up to the next dollar or more*
(Starts on next bill, recurring monthly)

ONE-TIME
(Include with payment)

| | |
|---|---|
| Account Number | [redacted] |
| **Total Amount Due: 5/13/23** | **$24,004.38** |
| Amount Due After: 5/18/23 | $26,394.24 |
| **Amount Enclosed** | $____________ |

Please allow time for your payment to reach us.

Remit payment to:

DC WATER
CUSTOMER SERVICE DEPARTMENT
P.O. BOX 97200
WASHINGTON DC 20090

000201210758 1 0024004381 0026394240

**Account Number:** [redacted]

**EXPLANATION OF TERMS**

| | | | | | |
|---|---|---|---|---|---|
| **ACT** | ACTUAL METER READING | **CUST** | CUSTOMER METER READING | **ERU** | EQUIVALENT RESIDENTIAL UNIT |
| **CAP** | CUSTOMER ASSISTANCE PROGRAM | **EST** | ESTIMATED METER READING | **NSF** | INSUFFICIENT FUNDS |
| **CCF** | CENTUM CUBIC FEET (100) | | 1 CCF = 748 GALLONS | | |

| **CUSTOMER CLASSIFICATION** | **DESCRIPTION – Please see 21 DCMR § 4104 for full description of the customer classifications.** |
|---|---|
| RESIDENTIAL | A single-family dwelling used for domestic purposes, within a single-family home, apartment building, condominium or cooperative housing association where each unit is served by a separate service line and is individually metered, or a multi-family structure or development used for domestic purposes (less than 4 units) served by a single service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| MULTI-FAMILY (MF) | A multi-family structure or development used for domestic purposes, with four or more residential dwelling units, including single-family, apartment, condominium, or cooperative housing association served by the same service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| NON-RESIDENTIAL OR COMMERCIAL | All customers not referenced within the Residential or Multi-Family class including premises where one or more units are not used for domestic purposes and all units are served by the same master metered service line. |

| **SERVICE FEES & CHARGES** | **REASON** | **AMOUNT** |
|---|---|---|
| LATE FEE | Bill is not paid within 30 calendar days after bill date<br>Bill is not paid 60 or more days after bill date | 10%<br>1% Interest, compounded monthly |
| SERVICE DISCONNECTION/RESTORATION | Disconnection of service<br>Restoration of service | $55<br>$50 -Residential; $100 -Non-Residential and MF |
| UNAUTHORIZED TURN-ON | Water is illegally turned on without authorization following disconnection | $260 |
| METERING FEE | Installation, operation and repair of DC Water-owned meters | Based on meter size |
| CHECK RETURN FEE | Returned check or electronic funds transfer (EFT) | $30 |
| RETURNED CREDIT CARD FEE | Returned credit card or chargeback charge | $40 |
| WATER SYSTEM REPLACEMENT FEE | Funds replacement of aging water infrastructure | Based on meter size and average water flow |
| MANUAL METER READING FEE | If a customer refuses installation of automated meter reading device or does not satify meter transmission reuquirements, a fee of $20 is charged for residential customers, and $100 to $500 is charged based on meter size for non-residential and MF customers. | |
| NON-COMPLIANCE FEE | A $475 fee is charged for failure to comply with a notice of repair order issued to the customer. | |
| NEW CUSTOMER ACCOUNT INITIATION FEE (SERVICE INITIATION FEE) | A $55 fee for new account setup. If you are a property owner in the District of Columbia and need to start water service, have your title company contact DC Water and provide a copy of your settlement statement. Tenants are unable to start service. | |
| CLEAN RIVERS IMPERVIOUS AREA CHARGE (CRIAC) | This charge is based on the impervious area of a property and was designed so that property owners pay a fair share towards the cost of the Long Term Combined Sewer Overflow Control Plan. The charge structure uses the term equivalent residential unit or ERU to measure the impervious area. Residential properties are categorized into tiered ranges. Multi-family and non-residential properties are charged based on square footage of impervious area. For more information, please visit us at dcwater.com/impervious-area-faq. | |

| **DC GOVERNMENT CHARGES** | **PURPOSE** |
|---|---|
| STORMWATER | Set by DC Dept. of Energy & Environment per amount of impervious area, funds DC stormwater management program. |
| ROW (RIGHT-OF-WAY) | Payment made to DC government for DC Water's sewer and water mains that occupy the Public Right-of-Way. |
| PILOT (PAYMENT IN LIEU OF TAXES) | Payment made to DC government for services, like public safety, that are provided to DC Water. |

| **BILLING & PAYMENT** | **ACTION** |
|---|---|
| PAYING BY MAIL | Write your account number on your check or money order and make it payable to DC Water. |
| SELLING PROPERTY / FINAL BILL REQUEST | If you are selling your property in the District of Columbia and need to close your account, have your title company contact DC Water and provide a copy of your settlement statement. DC Water holds the owner of the property responsible for payment of the final bill. Listed tenants vacating the property are encouraged to contact DC Water to be removed from the account. |
| CAP (CUSTOMER ASSISTANCE PROGRAM) | DC Water assistance program for low-income residents that may qualify for discounts on water and sewer charges and CRIAC. Contact the DC Department of Energy & Environment (DOEE) at (202) 673-6750 or 311 to apply for assistance. |
| SPLASH (SERVING PEOPLE BY LENDING A SUPPORTING HAND) | SPLASH is a DC Water customer assistance program designed to provide emergency assistance to financially challenged District residential owner/tenant customers pay their water and sewer bill. For assistance, contact the Greater Washington Urban League at 202-265-8200. To support this program, please round your bill up to the next dollar or two, and donate the difference to a DC resident in need. To automatically contribute to the roundup program, please check the appropriate box on the payment stub. The monthly roundup contribution will be made automatically. Please be sure your account balance is current before contributing. |

**BILLING DISPUTES**

An owner or occupant may challenge the most recent charges on the bill by either: (a) paying the current charges in the bill and notifying DC Water in writing within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect and that the bill is being paid under protest; or, (b) not paying the current charges in the bill and notifying DC Water in writing, within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect. Challenges received after the 20 day period, will be deemed untimely and will not stop the imposition of a penalty for nonpayment of charges or the possibility of termination of service for nonpayment. DC Water will investigate and suspend an owner or occupant's obligation to pay the disputed bill until they have been provided written results of the investigation and the date that the bill should be paid. If it is determined that the bill is erroneous, DC Water shall adjust the bill accordingly and refund any overcharges paid. If the owner/occupant is not satisfied with DC Water's decision, then they may request in writing an administrative hearing within fifteen (15) calendar days of the date of the decision. The owner or occupant is not relieved of the responsibility for paying all previously or subsequently rendered bill(s), uncontested service charges, penalties, interest, and administrative costs. For more information on your rights please visit us at dcwater.com/disputing-bill.

dc water is life®

**Account Number:** [redacted]
**Service Address:** 2 I ST SE
**Square/Suffix/Lot:** 0695/ /0802
**Impervious Sq. Ft.:** 48,300

**Questions/Preguntas:** (202) 354-3600
**Emergencies/Emergencia:** (202) 612-3400
**Visit Us Online:** DCWater.com

| Meter Number | Meter Size | Prior Read Date | Current Read Date | Number of Days | Prior Read | Current Read | Usage (CCF) | Usage (Gallons) | Read Type |
|---|---|---|---|---|---|---|---|---|---|
| 15715580A | 6X1" | 8/15/23 | 9/15/23 | 32 | 2,312,795 | 2,360,380 | 475.85 | 355935.80 | EST |
| 15715580B | 6X1" | 8/15/23 | 9/15/23 | 32 | 844,511 | 964,129 | 1196.19 | 894750.12 | EST |

## BILL SUMMARY

| | |
|---|---|
| Bill Date | 9/19/23 |
| Previous Balance | $30,791.12 |
| Payments as of 9/19/23 | $30,791.12 cr |
| Outstanding Amount Due | $0.00 |
| Other Charges and Credits | $105.80 |
| Current Charges | $32,640.53 |
| **Total Amount Due by 10/14/23** | **$32,746.33** |

**Dispute Deadline for Current Bill: 10/9/23**

## CURRENT CHARGES - COMMERCIAL

| | |
|---|---|
| Metering Fee 6X1" | $547.52 |
| Water System Replacement Fee 6X1" | $1,292.14 |
| Water Services 1672.04 CCF X $5.78 | $9,664.39 |
| Sewer Services 1672.04 CCF X $11.26 | $18,827.17 |
| Clean Rivers IAC 48.30 ERU X $18.14 | $876.16 |

## DC GOVERNMENT FEES

| | |
|---|---|
| DC Government PILOT Fee 1672.04 CCF X $0.59 | $986.50 |
| DC Government ROW Fee 1672.04 CCF X $0.19 | $317.69 |
| DC Govt Stormwater Fee 48.30 ERU X $2.67 | $128.96 |
| **Total Current Charges** | **$32,640.53** |

## OTHER CHARGES AND CREDITS

| | |
|---|---|
| Backflow Prev. Assembly Fee 13 X $6.70 | $87.10 |
| Food Service Est. Fee 1 X $18.70 | $18.70 |
| **Total Other Charges and Credits** | **$105.80** |

**TOTAL CURRENT BILL** **$32,746.33**




*Please return the portion below with your payment to ensure proper credit to your account.*

dc water is life®

**Make a SPLASH to help those in need pay their water bill**

☐ R-Up ☐ R-Up + $1 ☐ R-Up + $5 ☐ R-Up + $____ ☐ $_____

ROUND UP (R-Up)
Round your bill up to the next dollar or more*
(Starts on next bill, recurring monthly)

ONE-TIME
(Include with payment)

| | |
|---|---|
| Account Number | [redacted] |
| **Total Amount Due: 10/14/23** | **$32,746.33** |
| Amount Due After: 10/19/23 | $36,010.38 |
| **Amount Enclosed** | **$**____________ |

Please allow time for your payment to reach us.

Remit payment to:

DC WATER
CUSTOMER SERVICE DEPARTMENT
P.O. BOX 97200
WASHINGTON DC 20090

000201210758 1 0032746338 0036010381

**Account Number:** [redacted]

**EXPLANATION OF TERMS**

| | | | | | |
|---|---|---|---|---|---|
| **ACT** | ACTUAL METER READING | **CUST** | CUSTOMER METER READING | **ERU** | EQUIVALENT RESIDENTIAL UNIT |
| **CAP** | CUSTOMER ASSISTANCE PROGRAM | **EST** | ESTIMATED METER READING | **NSF** | INSUFFICIENT FUNDS |
| **CCF** | CENTUM CUBIC FEET (100) | | 1 CCF = 748 GALLONS | | |

| CUSTOMER CLASSIFICATION | DESCRIPTION – Please see 21 DCMR § 4104 for full description of the customer classifications. |
|---|---|
| RESIDENTIAL | A single-family dwelling used for domestic purposes, within a single-family home, apartment building, condominium or cooperative housing association where each unit is served by a separate service line and is individually metered, or a multi-family structure or development used for domestic purposes (less than 4 units) served by a single service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| MULTI-FAMILY (MF) | A multi-family structure or development used for domestic purposes, with four or more residential dwelling units, including single-family, apartment, condominium, or cooperative housing association served by the same service line that is master metered. See 21 DCMR § 4104 for excluded premises. |
| NON-RESIDENTIAL OR COMMERCIAL | All customers not referenced within the Residential or Multi-Family class including premises where one or more units are not used for domestic purposes and all units are served by the same master metered service line. |

| SERVICE FEES & CHARGES | REASON | AMOUNT |
|---|---|---|
| LATE FEE | Bill is not paid within 30 calendar days after bill date<br>Bill is not paid 60 or more days after bill date | 10%<br>1% Interest, compounded monthly |
| SERVICE DISCONNECTION/RESTORATION | Disconnection of service<br>Restoration of service | $55<br>$50 -Residential; $100 -Non-Residential and MF |
| UNAUTHORIZED TURN-ON | Water is illegally turned on without authorization following disconnection | $260 |
| METERING FEE | Installation, operation and repair of DC Water-owned meters | Based on meter size |
| CHECK RETURN FEE | Returned check or electronic funds transfer (EFT) | $30 |
| RETURNED CREDIT CARD FEE | Returned credit card or chargeback charge | $40 |
| WATER SYSTEM REPLACEMENT FEE | Funds replacement of aging water infrastructure | Based on meter size and average water flow |
| MANUAL METER READING FEE | If a customer refuses installation of automated meter reading device or does not satify meter transmission reuquirements, a fee of $20 is charged for residential customers, and $100 to $500 is charged based on meter size for non-residential and MF customers. | |
| NON-COMPLIANCE FEE | A $475 fee is charged for failure to comply with a notice of repair order issued to the customer. | |
| NEW CUSTOMER ACCOUNT INITIATION FEE (SERVICE INITIATION FEE) | A $55 fee for new account setup. If you are a property owner in the District of Columbia and need to start water service, have your title company contact DC Water and provide a copy of your settlement statement. Tenants are unable to start service. | |
| CLEAN RIVERS IMPERVIOUS AREA CHARGE (CRIAC) | This charge is based on the impervious area of a property and was designed so that property owners pay a fair share towards the cost of the Long Term Combined Sewer Overflow Control Plan. The charge structure uses the term equivalent residential unit or ERU to measure the impervious area. Residential properties are categorized into tiered ranges. Multi-family and non-residential properties are charged based on square footage of impervious area. For more information, please visit us at dcwater.com/impervious-area-faq. | |

| DC GOVERNMENT CHARGES | PURPOSE |
|---|---|
| STORMWATER | Set by DC Dept. of Energy & Environment per amount of impervious area, funds DC stormwater management program. |
| ROW (RIGHT-OF-WAY) | Payment made to DC government for DC Water's sewer and water mains that occupy the Public Right-of-Way. |
| PILOT (PAYMENT IN LIEU OF TAXES) | Payment made to DC government for services, like public safety, that are provided to DC Water. |

| BILLING & PAYMENT | ACTION |
|---|---|
| PAYING BY MAIL | Write your account number on your check or money order and make it payable to DC Water. |
| SELLING PROPERTY / FINAL BILL REQUEST | If you are selling your property in the District of Columbia and need to close your account, have your title company contact DC Water and provide a copy of your settlement statement. DC Water holds the owner of the property responsible for payment of the final bill. Listed tenants vacating the property are encouraged to contact DC Water to be removed from the account. |
| CAP (CUSTOMER ASSISTANCE PROGRAM) | DC Water assistance program for low-income residents that may qualify for discounts on water and sewer charges and CRIAC. Contact the DC Department of Energy & Environment (DOEE) at (202) 673-6750 or 311 to apply for assistance. |
| SPLASH (SERVING PEOPLE BY LENDING A SUPPORTING HAND) | SPLASH is a DC Water customer assistance program designed to provide emergency assistance to financially challenged District residential owner/tenant customers pay their water and sewer bill. For assistance, contact the Greater Washington Urban League at 202-265-8200. To support this program, please round your bill up to the next dollar or two, and donate the difference to a DC resident in need. To automatically contribute to the roundup program, please check the appropriate box on the payment stub. The monthly roundup contribution will be made automatically. Please be sure your account balance is current before contributing. |

**BILLING DISPUTES**

An owner or occupant may challenge the most recent charges on the bill by either: (a) paying the current charges in the bill and notifying DC Water in writing within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect and that the bill is being paid under protest; or, (b) not paying the current charges in the bill and notifying DC Water in writing, within 20 calendar days after the bill date, the reason(s) why the bill is believed to be incorrect. Challenges received after the 20 day period, will be deemed untimely and will not stop the imposition of a penalty for nonpayment of charges or the possibility of termination of service for nonpayment. DC Water will investigate and suspend an owner or occupant's obligation to pay the disputed bill until they have been provided written results of the investigation and the date that the bill should be paid. If it is determined that the bill is erroneous, DC Water shall adjust the bill accordingly and refund any overcharges paid. If the owner/occupant is not satisfied with DC Water's decision, then they may request in writing an administrative hearing within fifteen (15) calendar days of the date of the decision. The owner or occupant is not relieved of the responsibility for paying all previously or subsequently rendered bill(s), uncontested service charges, penalties, interest, and administrative costs. For more information on your rights please visit us at dcwater.com/disputing-bill.