# Exhibit B

CONSERVICE®
The Utility Experts®

**Balance Inquiries & Payment Options**
Leasing Office: 1-202-922-2025

**Customer Service**
Toll Free: 1-866-947-7379
www.utilitiesinfo.com

**Service Problems with Utilities**
Leasing Office: 1-202-922-2025

| | |
|---|---|
| **Account #:** | [redacted] |
| **Account Name:** | [redacted] |
| **Due Date:** | 02/01/2022 |
| **Statement Date:** | 01/18/2022 |
| **Total Charges:** | $2682.26 |
| **Service Address:** | [redacted] |
| **Web Pin:** | [redacted] |




***Washing dark clothes in cold water saves both on water and energy while it helps your clothes keep their color.***

## Utility Statement for Novel South Capitol East

### METER READS & USAGE

| UTILITY | DATES | START READ/END READ | CONSUMPTION |
|---|---|---|---|
| HVAC | 12/1/2021 - 1/1/2022 | 644.42 - 728.21 | 83.79 kWh |
| Water | 12/1/2021 - 1/1/2022 | 55419.00 - 58497.00 | 3078.00 Gal |

### CURRENT RENT AND LEASE CHARGES

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| Garage | 02/01/2022 - 02/28/2022 | $300.00 |
| Rent | 02/01/2022 - 02/28/2022 | $2,276.00 |
| **Rent and Leasing Charges Due 02/01/2022** | | **$2,576.00** |

### CURRENT UTILITY CHARGES

| SERVICE TYPE | SERVICE PERIOD | CHARGES |
|---|---|---|
| HVAC | 12/01/2021 - 01/01/2022 | $13.30 |
| Sewer | 12/01/2021 - 01/01/2022 | $47.86 |
| Trash | 12/01/2021 - 01/01/2022 | $10.00 |
| Water | 12/01/2021 - 01/01/2022 | $30.80 |
| Service Fee | Conservice is a service provider contracted to prepare monthly statements and provide conservation resources. | $4.30 |
| **Current Charges due 02/01/2022** | | **$106.26** |
| **Total Current Charges** | | **$2,682.26** |
| Prior Balance as of 01/17/2022 | | $0.00 |
| **Grand Total Due 02/01/2022** | | **$2,682.26** |

**Please see reverse for charge explanations and messages**

CONSERVICE®
The Utility Experts®

PO BOX 4717 LOGAN, UT 84323-4717
nv067

Account # ............................ [redacted] Novel South Capitol East
Amount Due ................................................... $2682.26
Due Date ..................................................... 02/01/2022

*Balances are uploaded from your property management. Balances are current as of the date indicated in the prior balance section. If you have made payments since this date, please check with the leasing office for your updated balance.

Additional charges due to your leasing office may not be reflected on this bill. All monthly charges including utilities will be uploaded to your resident portal account on the 1st of each month. Payments can be made by visiting bozzutoresidents.com. For questions, please reach out to your leasing office.

[redacted]

**Your payment should be made out to:**
**Novel South Capitol East**
4 I St SE
Washington DC 20003

e

| Service Type | Description |
|---|---|
| **HVAC** | HVAC service is provided by Pepco. Your submetering system measures the amount of electricity used by the HVAC system in your unit. Your submeter reads in kWh units. You are billed according to that consumption multiplied by the average electric rate of the local utility provider. You are charged $.158686 per kWh. |
| **Sewer** | Sewer service is provided by DC Water and Sewer Authority. Your submetering system measures the amount of Sewer used in your unit. Your submeter reads in Gal units. You are billed according to that consumption multiplied by the average Sewer rate of the local utility provider. You are charged a base fee of $0.00 per month, as well as $.01555 per Gal. |
| **Trash** | Trash service is provided by Elytus Ltd. Your charges are based on a flat rate per unit for your trash service. |
| **Water** | Water service is provided by DC Water and Sewer Authority. Your submetering system measures the amount of Water used in your unit. Your submeter reads in Gal units. You are billed according to that consumption multiplied by the average Water rate of the local utility provider. You are charged a base fee of $0.00 per month, as well as $.010008 per Gal. |
| **Rent** | Your rent charges have been included with your utility bill as a courtesy. Your lease with the management will still serve as the control document for all applicable rent charges. |
| **Service Fee** | Rent and utility billing service fee. |

***This bill is not from your local utility provider or from any other provider. Vacant charges are prorated from your move-in date.***

## Message Center

**Bozzuto Management Company is proud to be an ENERGY STAR Partner of the Year 4 Years in a row**

Savings tip of the month: Buy liquid soaps, shampoos, cleaning detergents, and other chemicals only in the amounts you expect to use, and apply only as indicated. Using extra chemicals unnecessarily increases the burden on the sewer treatment system. For more ways to save on energy and water, please visit: https://www.energystar.gov/campaign/home & https://www3.epa.gov/watersense/

ENERGY STAR AWARD 2021
PARTNER OF THE YEAR
Sustained Excellence