**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAURA HETTINGER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**BOZZUTO MANAGEMENT COMPANY,**<br><br>*Defendant,*<br><br>and<br><br>**CONSERVICE, LLC,**<br><br>*Proposed Defendant-Intervenor.* | Civil Action No. 23-3687 (JEB)<br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING MOTION OF CONSERVICE, LLC TO INTERVENE AS DEFENDANT**

Upon consideration of the Motion of Conservice, LLC ("Conservice") to Intervene as Defendant (the "Motion"), the accompanying Memorandum of Points and Authorities, any opposition and reply thereto, and the entire record herein, and for good cause shown, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Conservice is permitted to intervene as a defendant in this action pursuant to Federal Rule of Civil Procedure 24; and it is further

**ORDERED** that Conservice shall file its Answer and Affirmative Defenses within ten (10) days of the date of this Order; and it is further

**ORDERED** that the Clerk of Court shall update the docket to reflect Conservice as Defendant-Intervenor.

**SO ORDERED.**

Dated: ____________________

____________________
JAMES E. BOASBERG
Chief United States District Judge