**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LAURA HETTINGER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**BOZZUTO MANAGEMENT COMPANY,**<br><br>*Defendant,*<br><br>and<br><br>**CONSERVICE, LLC,**<br><br>*Proposed Defendant-Intervenor.* | Civil Action No. 23-3687 (JEB)<br><br>CLASS ACTION |

**CONSERVICE, LLC'S CORPORATE**
**DISCLOSURE STATEMENT AND CERTIFICATE**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1) and Local Civil Rule 26.1, Conservice, LLC ("Conservice"), by and through its undersigned counsel, states as follows:

I, the undersigned, counsel of record for Conservice, certify that to the best of my knowledge and belief, Conservice discloses that it is a single-member limited liability company. Conservice's sole member is New Conservice LLC. New Conservice LLC's members are Conservice Midco LLC and Conservice Corporate Sub, Inc. (a Delaware corporation). Conservice Midco LLC's sole member is Conservice Intermediate LLC. Conservice Intermediate LLC's sole member is Conservice Parent LLC.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Graham Cronogue*
Graham Cronogue (Bar No. 1044036)
Ashley Calcagno (Bar No. 90029279)
Sabrina Rubis (*Pro Hac Vice Forthcoming*)
BLANK ROME LLP
1825 I Street NW
Washington, DC 20006
Telephone: (202) 772-5886
E-mail: graham.cronogue@blankrome.com
Email: ashley.calcagno@blankrome.com
Email: sabrina.rubis@blankrome.com

*Attorneys for Proposed Defendant-Intervenor*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2026, I caused a true and correct copy of the foregoing CONSERVICE, LLC'S CORPORATE DISCOSURE STATEMENT AND CERTIFICATE to be served via electronic mail on all counsel of record via the Court's CM/ECF system.

Dated: November 3, 2026

*/s/ Graham Cronogue*
Graham Cronogue